**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARIA JOSÉ PINTO CLARO DA FONSECA MIRANDA, Individually and On Behalf of All Others Similarly Situated, | Case No. 1:19-cv-06741-AKH-OTW |
| Plaintiff, | CLASS ACTION |
| v. | |
| IDEANOMICS, INC. f/k/a SEVEN STARS CLOUD GROUP, INC. f/k/a WECAST NETWORK, INC., BRUNO WU, SIMON WANG, BING YANG, JASON WU, and FEDERICO TOVAR, | |
| Defendants. | |

**DECLARATION OF W. SCOTT HOLLEMAN**
**IN SUPPORT OF RICHARD ROUSSY AND SUSAN**
**ROUSSY'S MOTION FOR APPOINTMENT AS LEAD**
**PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

I, W. Scott Holleman, hereby declare as follows:

1.      I am a Partner with the law firm of Bragar Eagel & Squire, P.C., counsel for lead plaintiff movants Richard Roussy and Susan Roussy (together, the "Roussys" or "Movant") and proposed lead counsel for the Class.

2.      I submit this Declaration, together with the attached exhibits, in support of Movant's Motion for Appointment as Lead Plaintiff and Approval of Selection of Bragar Eagel & Squire, P.C. as Lead Counsel for the Class.

3.      Attached hereto are true and correct copies of the following exhibits:

Exhibit 1:      Certification signed by the Roussys, attaching their securities transactions during the Class Period in Schedule A(s), thereto;

Exhibit 2:      Chart detailing Movant's financial losses;

Exhibit 3:    Press release published July 19, 2019, on *Globe Newswire* announcing the pendency of the securities class action against Defendants herein: *Miranda v. Ideanomics, Inc. f/k/a Seven Stars Cloud Group, Inc. f/k/a Wecast Network Inc., et al.*, Case No. 1:19-cv-06741; and

Exhibit 4:    Bragar Eagel & Squire, P.C. résumé.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.  Executed this 17th day of September, 2019.

/s/ W. Scott Holleman
W. Scott Holleman