# Exhibit 2

**Loss Chart**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Company Name** | Ideanomics, Inc. | | | | | |
| **Client Name(s)** | Richard and Susan Roussy | | **LIFO Loss** | | **($22,200.00)** | |
| **Ticker Symbol** | IDEX | | | | | |
| **Class Period Start** | 05/15/2017 | | | | | |
| **Class Period End** | 11/13/2018 | | | | | |

| Date | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
|---|---|---|---|---|---|---|
| 12/21/2017 | 5,000 | $5.84 | ($29,200.00) | | | ($29,200.00) |
| | | | | | **Subtotal** | ($29,200.00) |
| **Shares Retained** | 5,000 | | **90-Day Average Price** | | **Retained Share Value** | $7,000.00 |
| | | | $1.4000 | | **Total** | ($22,200.00) |

Sheet1