UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIA JOSÉ PINTO CLARO DA FONSECA MIRANDA, Individually, and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>IDEANOMICS, INC. f/k/a SEVEN STARS CLOUD GROUP, INC. f/k/a WECAST NETWORK, INC., BRUNO WU, SIMON WANG, BING YANG, JASON WU, and FEDERICO TOVAR,<br><br>Defendants. | Case No.  1:19-cv-06741-AKH |

DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION
OF JÜRGEN SCHULTZ-SIEMENS AND DANIEL J. DAVIS FOR
APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF LEAD COUNSEL

I, Jeremy A. Lieberman, Esq., hereby declare as follows:

1.     I am a Partner with Pomerantz LLP ("Pomerantz"), counsel on behalf of Jürgen Schultz-Siemens and Daniel J. Davis (together, the "Ideanomics Investor Group"), and have personal knowledge of the facts set forth herein.  My office is located at 600 Third Avenue, New York, New York 10016.

2.     I make this Declaration in support of the Ideanomics Investor Group's motion for appointment as Lead Plaintiff and approval of its selection of Pomerantz as Lead Counsel for the Class.

3.     Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit 1:     Loss chart of the Ideanomics Investor Group;

Exhibit 2:     Press release published over *Globe Newswire* on July 19, 2019, announcing the pendency of the above-captioned action;

Exhibit 3:     Shareholder Certifications executed by the members of the Ideanomics Investor Group; and

Exhibit 4:     Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on September 17, 2019, at New York, New York.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman

1