# EXHIBIT 1

**Ideanomics Inc. (IDEX) (f/k/a Seven Stars Cloud Group (SSC)**
**Class Period: May 15, 2017 to November 13, 2018**
**(Includes 90-Day Sales @ Statutory Pricing)**

| | Purchase | | | | Sales | | | | Shares | 90-Day* Mean Price $1.4088 Estimated | Estimated |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Plaintiff | Date | Shares | Price | Amount | Date | Shares | Price | Amount | Retained | Value | Gain(Loss) |
| Schultz-Siemens, Jürgen | | | | | Transferred shares from German Exchange | 4,740 | | | | | |
| Schultz-Siemens, Jürgen | | | | | 8/23/2018 | (4,500) | $5.6000 | $25,200 | | | |
| Schultz-Siemens, Jürgen | | | | | 8/23/2018 | (240) | $4.0000 | $960 | | | |
| Schultz-Siemens, Jürgen | | | | | | (4,740) | | $26,160 | | | |
| Schultz-Siemens, Jürgen | | | | | | | | | | | |
| Schultz-Siemens, Jürgen | 8/23/2018 | 3,225 | $ 3.6478 | ($11,764) | 8/23/2018 | (4,580) | $ 4.0000 | $18,320 | | | |
| Schultz-Siemens, Jürgen | 8/23/2018 | 3,225 | $ 3.7457 | ($12,080) | 8/23/2018 | (9,500) | $ 4.0000 | $38,000 | | | |
| Schultz-Siemens, Jürgen | 8/24/2018 | 2,630 | $ 4.4628 | ($11,737) | | | | | | | |
| Schultz-Siemens, Jürgen | 8/28/2018 | 5,000 | $ 4.8500 | ($24,250) | | | | | | | |
| Schultz-Siemens, Jürgen | 9/7/2018 | 3,000 | $ 4.5595 | ($13,679) | | | | | | | |
| Schultz-Siemens, Jürgen | 9/7/2018 | 3,000 | $ 4.5588 | ($13,676) | | | | | | | |
| Schultz-Siemens, Jürgen | 9/7/2018 | 3,000 | $ 4.4857 | ($13,457) | | | | | | | |
| Schultz-Siemens, Jürgen | 9/7/2018 | 3,000 | $ 4.4620 | ($13,386) | | | | | | | |
| Schultz-Siemens, Jürgen | 9/11/2018 | 3,000 | $ 5.4000 | ($16,200) | | | | | | | |
| Schultz-Siemens, Jürgen | 9/11/2018 | 3,000 | $ 5.4000 | ($16,200) | | | | | | | |
| Schultz-Siemens, Jürgen | 9/11/2018 | 3,000 | $ 4.9767 | ($14,930) | | | | | | | |
| **Schultz-Siemens, Jürgen** | | **35,080** | | **($161,359)** | | **(14,080)** | | **$56,320** | **21,000** | **$29,585** | **($75,454)** |
| Davis, Daniel J. | 12/19/2017 | 2,400 | $4.8300 | ($11,592) | 12/20/2017 | (100) | $5.8200 | $582 | | | |
| Davis, Daniel J. | 12/19/2017 | 1,732 | $5.1764 | ($8,966) | 12/20/2017 | (100) | $5.8600 | $586 | | | |
| Davis, Daniel J. | 12/19/2017 | 1,000 | $4.8300 | ($4,830) | 12/20/2017 | (100) | $5.9000 | $590 | | | |
| Davis, Daniel J. | 12/19/2017 | 900 | $5.1800 | ($4,662) | 12/20/2017 | (100) | $5.9100 | $591 | | | |
| Davis, Daniel J. | 12/19/2017 | 400 | $5.1700 | ($2,068) | 12/20/2017 | (200) | $5.9000 | $1,180 | | | |
| Davis, Daniel J. | 12/19/2017 | 400 | $5.1700 | ($2,068) | 12/20/2017 | (300) | $5.8300 | $1,749 | | | |
| Davis, Daniel J. | 12/19/2017 | 400 | $5.1700 | ($2,068) | 12/20/2017 | (300) | $5.8400 | $1,752 | | | |
| Davis, Daniel J. | 12/19/2017 | 247 | $4.8300 | ($1,193) | 12/20/2017 | (479) | $5.9200 | $2,836 | | | |
| Davis, Daniel J. | 12/19/2017 | 200 | $4.8300 | ($966) | 12/20/2017 | (500) | $5.8200 | $2,910 | | | |
| Davis, Daniel J. | 12/19/2017 | 185 | $4.8203 | ($892) | 12/20/2017 | (500) | $5.8300 | $2,915 | | | |
| Davis, Daniel J. | 12/19/2017 | 100 | $4.8299 | ($483) | 12/20/2017 | (500) | $5.8400 | $2,920 | | | |
| Davis, Daniel J. | 12/19/2017 | 100 | $5.1700 | ($517) | 12/20/2017 | (500) | $5.8900 | $2,945 | | | |
| Davis, Daniel J. | 12/19/2017 | 100 | $5.1700 | ($517) | 12/20/2017 | (500) | $5.8900 | $2,945 | | | |
| Davis, Daniel J. | 12/19/2017 | 100 | $5.1700 | ($517) | 12/20/2017 | (685) | $5.9201 | $4,055 | | | |
| Davis, Daniel J. | 12/27/2017 | 824 | $5.7884 | ($4,770) | 12/20/2017 | (1,400) | $5.8200 | $8,148 | | | |
| Davis, Daniel J. | 12/27/2017 | 400 | $5.7884 | ($2,315) | 12/20/2017 | (2,000) | $5.8600 | $11,720 | | | |
| Davis, Daniel J. | 12/27/2017 | 100 | $5.7800 | ($578) | 4/3/2018 | (200) | $3.1242 | $625 | | | |
| Davis, Daniel J. | 12/27/2017 | 100 | $5.7800 | ($578) | 4/3/2018 | (900) | $3.1154 | $2,804 | | | |
| Davis, Daniel J. | 12/27/2017 | 100 | $5.7899 | ($579) | 4/3/2018 | (1,400) | $3.1100 | $4,354 | | | |
| Davis, Daniel J. | 12/27/2017 | 100 | $5.7899 | ($579) | 4/4/2018 | (2,143) | $3.2270 | $6,915 | | | |

*Avg Closing Prices from November 14, 2018 to February 11, 2019                    1 of 3

**Ideanomics Inc. (IDEX) (f/k/a Seven Stars Cloud Group (SSC)**
**Class Period: May 15, 2017 to November 13, 2018**
**(Includes 90-Day Sales @ Statutory Pricing)**

| | Purchase | | | | Sales | | | | Shares | 90-Day* Mean Price $1.4088 Estimated | Estimated |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Plaintiff | Date | Shares | Price | Amount | Date | Shares | Price | Amount | Retained | Value | Gain(Loss) |
| Davis, Daniel J. | 12/27/2017 | 100 | $5.7899 | ($579) | 6/7/2018 | (400) | $2.4210 | $968 | | | |
| Davis, Daniel J. | 2/23/2018 | 800 | $2.2188 | ($1,775) | 6/7/2018 | (1,164) | $2.4241 | $2,822 | | | |
| Davis, Daniel J. | 2/23/2018 | 700 | $2.2188 | ($1,553) | 6/7/2018 | (2,015) | $2.4201 | $4,877 | | | |
| Davis, Daniel J. | 2/23/2018 | 600 | $2.1995 | ($1,320) | 6/7/2018 | (4,921) | $2.4200 | $11,909 | | | |
| Davis, Daniel J. | 2/23/2018 | 400 | $2.2190 | ($888) | 6/20/2018 | (540) | $2.0800 | $1,123 | | | |
| Davis, Daniel J. | 2/23/2018 | 300 | $2.2190 | ($666) | 6/20/2018 | (1,107) | $2.0600 | $2,280 | | | |
| Davis, Daniel J. | 2/23/2018 | 300 | $2.2190 | ($666) | 6/20/2018 | (2,000) | $2.0700 | $4,140 | | | |
| Davis, Daniel J. | 2/23/2018 | 200 | $2.2188 | ($444) | 6/20/2018 | (8,077) | $2.0500 | $16,558 | | | |
| Davis, Daniel J. | 2/23/2018 | 200 | $2.2190 | ($444) | 7/12/2018 | (1,000) | $2.2610 | $2,261 | | | |
| Davis, Daniel J. | 2/23/2018 | 135 | $2.2188 | ($300) | 7/12/2018 | (1,400) | $2.2600 | $3,164 | | | |
| Davis, Daniel J. | 2/23/2018 | 100 | $2.2187 | ($222) | 7/12/2018 | (1,400) | $2.2700 | $3,178 | | | |
| Davis, Daniel J. | 2/23/2018 | 100 | $2.2088 | ($221) | 7/12/2018 | (1,407) | $2.2800 | $3,208 | | | |
| Davis, Daniel J. | 2/23/2018 | 100 | $2.2187 | ($222) | 7/12/2018 | (1,600) | $2.2501 | $3,600 | | | |
| Davis, Daniel J. | 2/23/2018 | 100 | $2.2187 | ($222) | 7/12/2018 | (2,000) | $2.2710 | $4,542 | | | |
| Davis, Daniel J. | 2/23/2018 | 100 | $2.2187 | ($222) | 7/12/2018 | (11,193) | $2.2510 | $25,195 | | | |
| Davis, Daniel J. | 2/23/2018 | 100 | $2.2187 | ($222) | 7/16/2018 | (300) | $2.1750 | $653 | | | |
| Davis, Daniel J. | 2/23/2018 | 100 | $2.2187 | ($222) | 7/16/2018 | (406) | $2.1900 | $889 | | | |
| Davis, Daniel J. | 2/23/2018 | 100 | $2.2187 | ($222) | 7/16/2018 | (500) | $2.1300 | $1,065 | | | |
| Davis, Daniel J. | 2/23/2018 | 100 | $2.2188 | ($222) | 7/16/2018 | (600) | $2.1400 | $1,284 | | | |
| Davis, Daniel J. | 2/23/2018 | 100 | $2.2188 | ($222) | 7/16/2018 | (1,005) | $2.1500 | $2,161 | | | |
| Davis, Daniel J. | 2/23/2018 | 8 | $2.2187 | ($18) | 7/16/2018 | (1,600) | $2.1700 | $3,472 | | | |
| Davis, Daniel J. | 6/7/2018 | 8,500 | $2.4386 | ($20,728) | 7/16/2018 | (2,250) | $2.2000 | $4,950 | | | |
| Davis, Daniel J. | 6/20/2018 | 10,000 | $1.9300 | ($19,300) | 7/16/2018 | (2,259) | $2.1100 | $4,766 | | | |
| Davis, Daniel J. | 7/11/2018 | 12,549 | $2.2090 | ($27,721) | 7/16/2018 | (2,600) | $2.1800 | $5,668 | | | |
| Davis, Daniel J. | 7/11/2018 | 2,700 | $2.1700 | ($5,859) | 7/16/2018 | (3,160) | $2.1600 | $6,826 | | | |
| Davis, Daniel J. | 7/11/2018 | 2,451 | $2.1900 | ($5,368) | 7/16/2018 | (5,320) | $2.1200 | $11,278 | | | |
| Davis, Daniel J. | 7/11/2018 | 2,100 | $2.1500 | ($4,515) | 8/10/2018 | (100) | $2.4500 | $245 | | | |
| Davis, Daniel J. | 7/11/2018 | 100 | $2.1400 | ($214) | 8/10/2018 | (200) | $2.5300 | $506 | | | |
| Davis, Daniel J. | 7/11/2018 | 100 | $2.1800 | ($218) | 8/10/2018 | (1,000) | $2.5010 | $2,501 | | | |
| Davis, Daniel J. | 7/13/2018 | 13,900 | $2.2400 | ($31,136) | 8/10/2018 | (1,000) | $2.5210 | $2,521 | | | |
| Davis, Daniel J. | 7/13/2018 | 3,100 | $2.2300 | ($6,913) | 8/10/2018 | (1,175) | $2.5100 | $2,949 | | | |
| Davis, Daniel J. | 7/13/2018 | 2,000 | $2.2200 | ($4,440) | 8/10/2018 | (2,500) | $2.4900 | $6,225 | | | |
| Davis, Daniel J. | 7/13/2018 | 1,000 | $2.2500 | ($2,250) | 8/10/2018 | (2,900) | $2.4700 | $7,163 | | | |
| Davis, Daniel J. | 8/8/2018 | 16,800 | $2.3100 | ($38,808) | 8/10/2018 | (3,775) | $2.4510 | $9,253 | | | |
| Davis, Daniel J. | 8/8/2018 | 5,500 | $2.2900 | ($12,595) | 8/10/2018 | (9,187) | $2.5200 | $23,151 | | | |
| Davis, Daniel J. | 8/8/2018 | 5,313 | $2.3000 | ($12,220) | 8/10/2018 | (14,526) | $2.5000 | $36,315 | | | |
| Davis, Daniel J. | 8/8/2018 | 4,550 | $2.2500 | ($10,238) | 8/20/2018 | (20) | $3.8899 | $78 | | | |
| Davis, Daniel J. | 8/8/2018 | 3,500 | $2.2700 | ($7,945) | 8/20/2018 | (300) | $3.8700 | $1,161 | | | |
| Davis, Daniel J. | 8/8/2018 | 700 | $2.2800 | ($1,596) | 8/20/2018 | (400) | $3.8800 | $1,552 | | | |
| Davis, Daniel J. | 8/15/2018 | 18,412 | $2.1500 | ($39,586) | 8/20/2018 | (700) | $3.8600 | $2,702 | | | |
| Davis, Daniel J. | 8/15/2018 | 8,300 | $2.1200 | ($17,596) | 8/20/2018 | (900) | $3.8100 | $3,429 | | | |

*Avg Closing Prices from November 14, 2018 to February 11, 2019                    2 of 3

**Ideanomics Inc. (IDEX) (f/k/a Seven Stars Cloud Group (SSC)**
**Class Period: May 15, 2017 to November 13, 2018**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 90-Day* Mean Price $1.4088 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Davis, Daniel J. | 8/15/2018 | 2,519 | $2.0900 | ($5,265) | 8/20/2018 | (1,400) | $3.8200 | $5,348 | | | |
| Davis, Daniel J. | 8/15/2018 | 1,800 | $2.0800 | ($3,744) | 8/20/2018 | (1,477) | $3.8500 | $5,686 | | | |
| Davis, Daniel J. | 8/15/2018 | 500 | $2.1300 | ($1,065) | 8/20/2018 | (1,500) | $3.8300 | $5,745 | | | |
| Davis, Daniel J. | 8/28/2018 | 11,111 | $5.0900 | ($56,555) | 8/20/2018 | (24,834) | $3.8000 | $94,369 | | | |
| Davis, Daniel J. | 10/1/2018 | 17,543 | $3.8000 | ($66,663) | 8/28/2018 | (500) | $4.7300 | $2,365 | | | |
| Davis, Daniel J. | 10/15/2018 | 11,006 | $3.1800 | ($34,999) | 8/28/2018 | (900) | $4.7200 | $4,248 | | | |
| Davis, Daniel J. | 10/19/2018 | 39,449 | $3.9700 | ($156,613) | 8/28/2018 | (1,120) | $4.7000 | $5,264 | | | |
| Davis, Daniel J. | 10/19/2018 | 1,900 | $3.9599 | ($7,524) | 8/28/2018 | (1,580) | $4.7100 | $7,442 | | | |
| Davis, Daniel J. | 10/19/2018 | 900 | $3.9590 | ($3,563) | 8/28/2018 | (7,011) | $4.7500 | $33,302 | | | |
| Davis, Daniel J. | 10/19/2018 | 400 | $3.9200 | ($1,568) | 10/16/2018 | (100) | $3.4210 | $342 | | | |
| Davis, Daniel J. | 10/19/2018 | 300 | $3.9190 | ($1,176) | 10/16/2018 | (300) | $3.4200 | $1,026 | | | |
| Davis, Daniel J. | 10/19/2018 | 300 | $3.9600 | ($1,188) | 10/16/2018 | (400) | $3.4300 | $1,372 | | | |
| Davis, Daniel J. | 10/19/2018 | 195 | $3.9500 | ($770) | 10/16/2018 | (1,100) | $3.4110 | $3,752 | | | |
| Davis, Daniel J. | 10/19/2018 | 134 | $3.8900 | ($521) | 10/16/2018 | (2,000) | $3.4310 | $6,862 | | | |
| Davis, Daniel J. | 10/19/2018 | 100 | $3.9300 | ($393) | 10/16/2018 | (2,096) | $3.4500 | $7,231 | | | |
| Davis, Daniel J. | | | | | 10/16/2018 | (5,004) | $3.4100 | $17,064 | | | |
| Davis, Daniel J. | | | | | 10/18/2018 | (800) | $3.9600 | $3,168 | | | |
| Davis, Daniel J. | | | | | 10/18/2018 | (7,096) | $3.9400 | $27,958 | | | |
| Davis, Daniel J. | | | | | 10/18/2018 | (9,653) | $3.9500 | $38,129 | | | |
| Davis, Daniel J. | | | | | 12/21/2018 | (25) | $1.6227 | $41 | | | |
| Davis, Daniel J. | | | | | 12/21/2018 | (391) | $1.6227 | $634 | | | |
| Davis, Daniel J. | | | | | 12/21/2018 | (700) | $1.6227 | $1,136 | | | |
| Davis, Daniel J. | | | | | 12/21/2018 | (900) | $1.6227 | $1,460 | | | |
| Davis, Daniel J. | | | | | 12/21/2018 | (2,800) | $1.6227 | $4,544 | | | |
| Davis, Daniel J. | | | | | 12/21/2018 | (38,862) | $1.6227 | $63,061 | | | |
| **Davis, Daniel J.** | | **224,363** | | **($672,457)** | | **(224,363)** | | **$637,260** | **43,678** | | **($35,197)** |

Summary

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Schultz-Siemens, Jürgen | | 35,080 | | ($161,359) | | (14,080) | | $56,320 | 21,000 | | ($75,454) |
| Davis, Daniel J. | | 224,363 | | ($672,457) | | (224,363) | | $637,260 | 43,678 | | ($35,197) |
| **Total** | | **259,443** | | **($833,817)** | | **(238,443)** | | **$693,580** | **64,678** | | **($110,651)** |

*Avg Closing Prices from November 14, 2018 to February 11, 2019          3 of 3