**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| MARIA JOSÉ PINTO CLARO DA FONSECA MIRANDA, Individually, and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>      v.<br><br>IDEANOMICS, INC. f/k/a SEVEN STARS CLOUD GROUP, INC. f/k/a WECAST NETWORK, INC., BRUNO WU, SIMON WANG, BING YANG, JASON WU, and FEDERICO TOVAR,<br><br>                Defendants. | No. 1:19-cv-06741-AKH<br><br>**DECLARATION OF RICHARD W. GONNELLO IN SUPPORT OF JAYSUKH RUDANI'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL** |

I, Richard W. Gonnello, declare as follows:

1.      I am a member in good standing of the bar of the State of New York and am admitted in this Court.  I am a partner in the law firm of Faruqi & Faruqi, LLP.  I submit this declaration in support of the motion filed by Jaysukh Rudani ("Rudani") for appointment as Lead Plaintiff and approval of Rudani's selection of Faruqi & Faruqi, LLP to serve as Lead Counsel for the putative Class.

2.      Attached as Exhibits 1 through 4 are true and correct copies of the following documents:

Exhibit 1:      Notice of Pendency of Class Action

Exhibit 2:      PSLRA Certification of Rudani

Exhibit 3:      Chart of Rudani's Losses

Exhibit 4:      Firm Resume of Faruqi & Faruqi, LLP

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 17th day of September, 2019 at New York, NY.

*/s/ Richard W. Gonnello*
Richard W. Gonnello

1