# Exhibit 1

# Pomerantz Law Firm Announces the Filing of a Class Action against Ideanomics, Inc. f/k/a Seven Stars Cloud Group, Inc. f/k/a Wecast Network Inc. and Certain Officers – IDEX



f  𝕏  in  G+  📌   |   @ Email   |   🖨 Print Friendly   |   ✖ Share

July 19, 2019 12:53 ET | **Source:** Pomerantz LLP

NEW YORK, July 19, 2019 (GLOBE NEWSWIRE) -- Pomerantz LLP announces that a class action lawsuit has been filed against Ideanomics, Inc. f/k/a Seven Stars Cloud Group, Inc. f/k/a Wecast Network Inc. ("Ideanomics" or the "Company") (NASDAQ:  IDEX) and certain of its officers.  The class action, filed in United States District Court, for the Southern District of New York, and indexed under 19-cv-06741, is on behalf of a class consisting of all persons and entities other than Defendants who purchased or otherwise acquired Ideanomics securities between May 15, 2017 and November 13, 2018, both dates inclusive (the "Class Period").  Plaintiff asserts claims against Ideanomics and certain of Ideanomics' officers and directors (collectively, "Defendants") under the Securities Exchange Act of 1934 (the "Exchange Act").

If you are a shareholder who purchased Ideanomics securities during the class period, you have until September 17, 2019, to ask the Court to appoint you as Lead Plaintiff for the class.  A copy of the Complaint can be obtained at **www.pomerantzlaw.com**.  To discuss this action, contact Robert S. Willoughby at **rswilloughby@pomlaw.com** or 888.476.6529 (or 888.4-POMLAW), toll-free, Ext. 9980. Those who inquire by e-mail are encouraged to include their mailing address, telephone number, and the number of shares purchased.

**[Click here for information about joining the class action]**

Ideanomics purports to operate as a financial technology and asset digitization services company.  The Company asserts that its "business model is to become a next-generation [fintech] company, with the intention of offering both traditional financing solutions and digital financing solutions based on the emergence of trading systems that utilize blockchain and artificial intelligence technologies."  Historically, however, Ideanomics' purported business activities have varied widely and changed with some frequency.

The Complaint alleges that throughout the Class Period, the defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, the defendants failed to disclose to investors that: (i) costs associated with building out Ideanomics' U.S. infrastructure and hiring its new executive team were negatively impacting the Company's

bottom line performance; (ii) as a result, Ideanomics was highly unlikely to meet its 2018 EBITDA guidance; (iii) Ideanomics' margins in its oil trading and consumer electronics businesses were too low for those businesses to remain viable; and (iv) as a result, Ideanomics' public statements were materially false and misleading at all relevant times.

On November 14, 2018, the Company issued a press release, filed as an exhibit to a Current Report on Form 8-K with the SEC, announcing the Company's financial and operating results for the third quarter of 2018 (the "Q3 2018 Press Release").  In the Q3 2018 Press Release, Ideanomics reported that "we intend to phase out our oil trading and consumer electronics businesses, with the intention to fully divest these assets in the near future," citing "low margins in relation to top line sales."  Ideanomics further reported that "[c]osts associated with building out our U.S. infrastructure and hiring our new executive team have put a strain on our bottom line performance, resulting in our increased net loss for the third quarter of 2018 as compared to the third quarter of 2017," and that accordingly, "we do not anticipate meeting our EBITDA guidance of $35 million for fiscal year 2018."

On this news, Ideanomics' stock price fell $1.59 per share, or 48.77%, to close at $1.67 per share on November 14, 2018, damaging investors.

The Pomerantz Firm, with offices in New York, Chicago, Los Angeles, and Paris, is acknowledged as one of the premier firms in the areas of corporate, securities, and antitrust class litigation. Founded by the late Abraham L. Pomerantz, known as the dean of the class action bar, the Pomerantz Firm pioneered the field of securities class actions. Today, more than 80 years later, the Pomerantz Firm continues in the tradition he established, fighting for the rights of the victims of securities fraud, breaches of fiduciary duty, and corporate misconduct. The Firm has recovered numerous multimillion-dollar damages awards on behalf of class members. See **www.pomerantzlaw.com**

CONTACT:
Robert S. Willoughby
Pomerantz LLP
**rswilloughby@pomlaw.com**

---

Newswire Distribution Network & Management

- Home
- Newsroom
- RSS Feeds
- Legal

About Us

**GlobeNewswire** is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and

Case 1:19-cv-06741-GBD   Document 21-1   Filed 09/17/19   Page 4 of 4

multimedia content to the media, investment community, individual investors and the general public.

© 2019 GlobeNewswire, Inc. All Rights Reserved.