# Exhibit 2

**CERTIFICATION OF PROPOSED LEAD PLAINTIFF**

I, Jaysukh Rudani ("Plaintiff"), declare, as to the claims asserted under the federal securities laws, that:

1.   Plaintiff has reviewed a draft complaint against Ideanomics, Inc. f/k/a Seven Stars Cloud Group, Inc. f/k/a Wecast Network Inc. ("Ideanomics") and has authorized the filing of a motion to be appointed lead plaintiff.

2.   Plaintiff selects and retains Faruqi & Faruqi, LLP as counsel for purposes of prosecuting this action and claims against the defendants.

3.   Plaintiff did not purchase the security that is the subject of the complaint at the direction of Plaintiff's counsel or in order to participate in any private action arising under the federal securities laws.

4.   Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

5.   Plaintiff's transactions in Ideanomics securities that are the subject of the complaint during the class period specified in the complaint are set forth in the chart attached hereto.

6.   In the past three years, Plaintiff has not sought to serve nor has served as a representative party on behalf of a class in an action filed under the federal securities laws, except as specified below:

7.   Plaintiff will not accept any payment for serving as a representative party on behalf of a class beyond plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States that the foregoing information is correct to the best of my knowledge.

Signed this __16th__ day of September, 2019.


_Jay Rudani_
_____
Jaysukh Rudani

| Transaction (Purchase or Sale) | Trade Date | Quantity | Price Per Share |
|---|---|---|---|
| Purchase | 8/27/2018 | 1,896 | $4.5900 |
| Purchase | 8/27/2018 | 8,104 | $4.6000 |
| Purchase | 8/27/2018 | 2,200 | $4.8200 |
| Purchase | 8/27/2018 | 7,800 | $4.7899 |
| Purchase | 8/27/2018 | 2,306 | $5.4200 |
| Purchase | 8/27/2018 | 9,640 | $4.4800 |
| Purchase | 8/27/2018 | 500 | $4.5000 |
| Purchase | 8/27/2018 | 4,860 | $4.5400 |
| Purchase | 8/27/2018 | 1,200 | $5.3700 |
| Purchase | 8/27/2018 | 200 | $5.3650 |
| Purchase | 8/27/2018 | 100 | $5.3900 |
| Purchase | 8/27/2018 | 5,894 | $5.4000 |
| Purchase | 8/27/2018 | 300 | $5.4100 |
| Sale | 8/27/2018 | (5,000) | $4.9900 |
| Purchase | 8/27/2018 | 100 | $5.1950 |
| Purchase | 8/27/2018 | 300 | $5.1999 |
| Purchase | 8/27/2018 | 450 | $5.2000 |
| Purchase | 8/27/2018 | 850 | $5.2100 |
| Purchase | 8/27/2018 | 3,300 | $5.2200 |
| Purchase | 8/27/2018 | 800 | $4.7600 |
| Purchase | 8/27/2018 | 2,235 | $4.7700 |
| Purchase | 8/27/2018 | 1,065 | $4.7800 |
| Purchase | 8/27/2018 | 5,900 | $4.8000 |
| Purchase | 8/27/2018 | 5,000 | $5.0799 |
| Purchase | 8/27/2018 | 1,800 | $4.4900 |
| Purchase | 8/27/2018 | 8,200 | $4.5000 |
| Purchase | 8/27/2018 | 10,000 | $4.5800 |
| Purchase | 8/27/2018 | 150 | $4.5500 |
| Purchase | 8/27/2018 | 5,000 | $4.8800 |
| Purchase | 8/27/2018 | 1,400 | $4.5650 |
| Purchase | 8/27/2018 | 400 | $4.5700 |
| Purchase | 8/27/2018 | 1,000 | $4.5790 |
| Purchase | 8/27/2018 | 7,050 | $4.5799 |
| Purchase | 8/28/2018 | 500 | $5.0050 |
| Purchase | 8/28/2018 | 4,100 | $5.0100 |
| Purchase | 8/28/2018 | 400 | $5.0200 |
| Purchase | 8/28/2018 | 400 | $4.9295 |
| Purchase | 8/28/2018 | 100 | $4.9299 |
| Purchase | 8/28/2018 | 1,187 | $4.9300 |
| Purchase | 8/28/2018 | 2,000 | $4.7094 |
| Purchase | 8/28/2018 | 3,313 | $4.9949 |
| Purchase | 8/28/2018 | 200 | $4.8050 |
| Purchase | 8/28/2018 | 1,300 | $4.8100 |
| Purchase | 8/28/2018 | 700 | $4.8200 |
| Purchase | 8/28/2018 | 2,800 | $4.8194 |
| Purchase | 9/13/2018 | 260 | $4.8500 |