# Exhibit 3

**Losses in:** Ideanomics, Inc.
**90-Day Price:** $1.4088
**Class Period:** 5/15/2017 - 11/13/2018
**Investor:** Jaysukh Rudani



FARUQI & FARUQI

| | OPEN TRANSACTIONS | | | | | | CLOSE TRANSACTIONS | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Transaction | Security | Date | Quantity | Price | Total | Remainder | Transaction | Security | Date | Quantity | Price | Total | Matched Loss |
| Purchase | Common Stock | 08/27/2018 | 1,896 | $4.5900 | $8,702.6400 | | | | | | | | |
| Purchase | Common Stock | 08/27/2018 | 8,104 | $4.600 | $37,278.4000 | | | | | | | | |
| Purchase | Common Stock | 08/27/2018 | 2,200 | $4.8200 | $10,604.0000 | | | | | | | | |
| Purchase | Common Stock | 08/27/2018 | 7,800 | $4.7899 | $37,361.2200 | | | | | | | | |
| Purchase | Common Stock | 08/27/2018 | 2,306 | $5.4200 | $12,498.5200 | | | | | | | | |
| Purchase | Common Stock | 08/27/2018 | 9,640 | $4.4800 | $43,187.2000 | | | | | | | | |
| Purchase | Common Stock | 08/27/2018 | 500 | $4.500 | $2,250.0000 | | | | | | | | |
| Purchase | Common Stock | 08/27/2018 | 4,860 | $4.5400 | $22,064.4000 | | | | | | | | |
| Purchase | Common Stock | 08/27/2018 | 1,200 | $5.3700 | $6,444.0000 | | | | | | | | |
| Purchase | Common Stock | 08/27/2018 | 200 | $5.3650 | $1,073.0000 | | | | | | | | |
| Purchase | Common Stock | 08/27/2018 | 100 | $5.3900 | $539.0000 | | | | | | | | |
| Purchase | Common Stock | 08/27/2018 | 5,894 | $5.400 | $31,827.6000 | 1,194 | | | | | | | |
| Purchase | Common Stock | 08/27/2018 | 300 | $5.4100 | $1,623.0000 | | | | | | | | |
| | | | | | | | Sale | Common Stock | 08/27/2018 | (5,000) | $4.9900 | ($24,950.0000) | $2,053.0000 |
| Purchase | Common Stock | 08/27/2018 | 100 | $5.1950 | $519.5000 | | | | | | | | |
| Purchase | Common Stock | 08/27/2018 | 300 | $5.1999 | $1,559.9700 | | | | | | | | |
| Purchase | Common Stock | 08/27/2018 | 450 | $5.200 | $2,340.0000 | | | | | | | | |
| Purchase | Common Stock | 08/27/2018 | 850 | $5.2100 | $4,428.5000 | | | | | | | | |
| Purchase | Common Stock | 08/27/2018 | 3,300 | $5.2200 | $17,226.0000 | | | | | | | | |
| Purchase | Common Stock | 08/27/2018 | 800 | $4.7600 | $3,808.0000 | | | | | | | | |
| Purchase | Common Stock | 08/27/2018 | 2,235 | $4.7700 | $10,660.9500 | | | | | | | | |
| Purchase | Common Stock | 08/27/2018 | 1,065 | $4.7800 | $5,090.7000 | | | | | | | | |
| Purchase | Common Stock | 08/27/2018 | 5,900 | $4.800 | $28,320.0000 | | | | | | | | |
| Purchase | Common Stock | 08/27/2018 | 5,000 | $5.0799 | $25,399.5000 | | | | | | | | |
| Purchase | Common Stock | 08/27/2018 | 1,800 | $4.4900 | $8,082.0000 | | | | | | | | |
| Purchase | Common Stock | 08/27/2018 | 8,200 | $4.500 | $36,900.0000 | | | | | | | | |
| Purchase | Common Stock | 08/27/2018 | 10,000 | $4.5800 | $45,800.0000 | | | | | | | | |
| Purchase | Common Stock | 08/27/2018 | 150 | $4.5500 | $682.5000 | | | | | | | | |
| Purchase | Common Stock | 08/27/2018 | 5,000 | $4.8800 | $24,400.0000 | | | | | | | | |
| Purchase | Common Stock | 08/27/2018 | 1,400 | $4.5650 | $6,391.0000 | | | | | | | | |
| Purchase | Common Stock | 08/27/2018 | 400 | $4.5700 | $1,828.0000 | | | | | | | | |
| Purchase | Common Stock | 08/27/2018 | 1,000 | $4.5790 | $4,579.0000 | | | | | | | | |
| Purchase | Common Stock | 08/27/2018 | 7,050 | $4.5799 | $32,288.2950 | | | | | | | | |
| Purchase | Common Stock | 08/28/2018 | 500 | $5.0050 | $2,502.5000 | | | | | | | | |
| Purchase | Common Stock | 08/28/2018 | 4,100 | $5.0100 | $20,541.0000 | | | | | | | | |
| Purchase | Common Stock | 08/28/2018 | 400 | $5.0200 | $2,008.0000 | | | | | | | | |
| Purchase | Common Stock | 08/28/2018 | 400 | $4.9295 | $1,971.8000 | | | | | | | | |
| Purchase | Common Stock | 08/28/2018 | 100 | $4.9299 | $492.9900 | | | | | | | | |
| Purchase | Common Stock | 08/28/2018 | 1,187 | $4.9300 | $5,851.9100 | | | | | | | | |
| Purchase | Common Stock | 08/28/2018 | 2,000 | $4.7094 | $9,418.8000 | | | | | | | | |
| Purchase | Common Stock | 08/28/2018 | 3,313 | $4.9949 | $16,548.1037 | | | | | | | | |
| Purchase | Common Stock | 08/28/2018 | 200 | $4.8050 | $961.0000 | | | | | | | | |
| Purchase | Common Stock | 08/28/2018 | 1,300 | $4.8100 | $6,253.0000 | | | | | | | | |
| Purchase | Common Stock | 08/28/2018 | 700 | $4.8200 | $3,374.0000 | | | | | | | | |
| Purchase | Common Stock | 08/28/2018 | 2,800 | $4.8194 | $13,494.3200 | | | | | | | | |
| Purchase | Common Stock | 09/13/2018 | 260 | $4.8500 | $1,261.0000 | | | | | | | | |

| | Class Period Purchases | 117,260 | Total Costs | $560,435.3187 | | Class Period Sales | (5,000) | Total Proceeds | ($24,950.0000) | Matched Loss* | $2,053.0000 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Remaining Shares | 112,260 | | | Unmatched Loss** | $375,278.9085 |
| | | | | | | | | | | Total Loss | $377,331.9085 |

| Lax Factors | |
|---|---|
| Total Shares Purchased | 117,260 |
| Net Shares Purchased | 112,260 |
| Net Funds Expended | $535,485.3187 |
| Approximate LIFO Loss | $377,331.9085 |

*LIFO calculates losses by assuming the first stocks to be sold are the stocks purchased most recently prior to that sale.

**Under a LIFO calculation, unmatched purchased shares retained at the end of the the Class Period (those which are not offset by matching sales) are matched against a value equal to the 90-day post-Class Period average price. See 15 U.S.C. § 78u-4(e). Here, the unmatched loss is calculated by subtracting the value of the shares held at the end of the Class Period (i.e., the number of shares held multiplied by the 90-day average) from the cost basis of those shares.