# EXHIBIT

Defendants' Written Consent To Re-file
Amended Complaint To Address
ECF Notice Of Deficiency

# Sherief Morsy

| | |
|---|---|
| **From:** | Sherief Morsy |
| **Sent:** | Wednesday, December 4, 2019 12:55 PM |
| **To:** | Strohbehn, Xochitl S.; Carter, Hunter T. |
| **Cc:** | Richard W. Gonnello; Katherine Lenahan |
| **Subject:** | RE: Activity in Case 1:19-cv-06741-GBD Jose Pinto Claro Da Fonseca Miranda v. Ideanomics, Inc. et al Notice to Attorney Regarding Deficient Pleading |

Xochitl & Hunter:

Thanks for your reply regarding re-filing the Amended Complaint.  We will also send you a copy of what we intend to file before we re-file the Amended Complaint.  We have no objection with respect to the due date for defendants' response.


Best regards,

Sherief Morsy

---

**From:** Strohbehn, Xochitl S. <XSStrohbehn@Venable.com>
**Sent:** Wednesday, December 4, 2019 12:29 PM
**To:** 'Carter, Hunter T.' <Hunter.Carter@arentfox.com>; Sherief Morsy <smorsy@faruqilaw.com>
**Cc:** Richard W. Gonnello <rgonnello@faruqilaw.com>; Katherine Lenahan <klenahan@faruqilaw.com>
**Subject:** RE: Activity in Case 1:19-cv-06741-GBD Jose Pinto Claro Da Fonseca Miranda v. Ideanomics, Inc. et al Notice to Attorney Regarding Deficient Pleading

We have no objection.

**Xochitl S. Strohbehn, Esq. | Venable LLP**
**t** 212.370.6224 | **f** 212.218.2200
1290 Avenue of the Americas, 20th Floor, New York, NY 10104

XSStrohbehn@Venable.com | www.Venable.com

---

**From:** Carter, Hunter T. [mailto:Hunter.Carter@arentfox.com]
**Sent:** Wednesday, December 04, 2019 12:28 PM
**To:** Strohbehn, Xochitl S. <XSStrohbehn@Venable.com>; 'Sherief Morsy' <smorsy@faruqilaw.com>
**Cc:** Richard W. Gonnello <rgonnello@faruqilaw.com>; Katherine Lenahan <klenahan@faruqilaw.com>
**Subject:** RE: Activity in Case 1:19-cv-06741-GBD Jose Pinto Claro Da Fonseca Miranda v. Ideanomics, Inc. et al Notice to Attorney Regarding Deficient Pleading

Thanks, Xochitl, and hello Sherief.

We have no objection to the request. Can we agree however that it changes the date to respond to the amended complaint to Friday January 17? (One day later than currently)

Thanks.

**Hunter T. Carter**
Partner

1

**Arent Fox LLP** | Attorneys at Law
1301 Avenue of the Americas, Floor 42
New York, NY 10019
212.484.3946  DIRECT  |  212.484.3990  FAX
917.346.0729  CELL
hunter.carter@arentfox.com  |  www.arentfox.com

---

**From:** Strohbehn, Xochitl S. <XSStrohbehn@Venable.com>
**Sent:** Tuesday, December 3, 2019 9:12 PM
**To:** 'Sherief Morsy' <smorsy@faruqilaw.com>
**Cc:** Richard W. Gonnello <rgonnello@faruqilaw.com>; Katherine Lenahan <klenahan@faruqilaw.com>; Carter, Hunter T. <Hunter.Carter@arentfox.com>
**Subject:** RE: Activity in Case 1:19-cv-06741-GBD Jose Pinto Claro Da Fonseca Miranda v. Ideanomics, Inc. et al Notice to Attorney Regarding Deficient Pleading

Sherief,

I've coped Hunter Carter, who represents Federico Tovar, on this email so he can consider your request.

Thanks.

**Xochitl S. Strohbehn, Esq. | Venable LLP**
**t** 212.370.6224 | **f** 212.218.2200
1290 Avenue of the Americas, 20th Floor, New York, NY 10104

XSStrohbehn@Venable.com | www.Venable.com

**From:** Sherief Morsy [mailto:smorsy@faruqilaw.com]
**Sent:** Tuesday, December 03, 2019 2:05 PM
**To:** Strohbehn, Xochitl S. <XSStrohbehn@Venable.com>
**Cc:** Richard W. Gonnello <rgonnello@faruqilaw.com>; Katherine Lenahan <klenahan@faruqilaw.com>
**Subject:** FW: Activity in Case 1:19-cv-06741-GBD Jose Pinto Claro Da Fonseca Miranda v. Ideanomics, Inc. et al Notice to Attorney Regarding Deficient Pleading

Xochitl:

Thanks again for taking the time to speak with me and I hope you had a wonderful Thanksgiving. ==Please let us know if defendants consent to us re-filing the Amended Complaint pursuant to the instructions below.==

Best regards,

Sherief

**From:** NYSD_ECF_Pool@nysd.uscourts.gov <NYSD_ECF_Pool@nysd.uscourts.gov>
**Sent:** Tuesday, December 3, 2019 10:36 AM
**To:** CourtMail@nysd.uscourts.gov
**Subject:** Activity in Case 1:19-cv-06741-GBD Jose Pinto Claro Da Fonseca Miranda v. Ideanomics, Inc. et al Notice to Attorney Regarding Deficient Pleading

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and

parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Southern District of New York

## Notice of Electronic Filing

The following transaction was entered on 12/3/2019 at 10:35 AM EST and filed on 12/3/2019
**Case Name:**     Jose Pinto Claro Da Fonseca Miranda v. Ideanomics, Inc. et al
**Case Number:**   1:19-cv-06741-GBD
**Filer:**
**Document Number:** No document attached

**Docket Text:**
***NOTICE TO ATTORNEY REGARDING DEFICIENT PLEADING. Notice to Attorney Richard William Gonnello to RE-FILE re: Document No. [40] Amended Complaint. The filing is deficient for the following reason(s): all of the parties listed on the pleading were not entered on CM ECF; Zheng Wu must be added to the case, with alias 'a/k/a Bruno Wu'; the wrong party/parties whom the pleading is against were selected; the pleading was filed incorrectly on the due date set by the Court, therefore consent from the opposing party/parties or Court's leave will be required before re-filing the Amended Complaint. Docket the event type Add Party to Pleading found under the event list Complaints and Other Initiating Documents. **DO NOT USE GOOGLE CHROME OR SAFARI BROWSERS** Re-file the pleading using the event type Amended Complaint found under the event list Complaints and Other Initiating Documents - attach the correct signed PDF - select the individually named filer/filers - select the individually named party/parties the pleading is against. File the Exhibit to Pleading event found under the event list Other Documents and attach either opposing party's written consent or Court's leave. (pne)

**1:19-cv-06741-GBD Notice has been electronically mailed to:**

Hunter T. Carter     carter.hunter@arentfox.com

Phillip C. Kim     pkim@rosenlegal.com

George Kostolampros     gkostolampros@venable.com

Richard William Gonnello     rgonnello@faruqilaw.com, dbehnke@faruqilaw.com, ecf@faruqilaw.com, klenahan@faruqilaw.com, msullivan@faruqilaw.com

Jeremy Alan Lieberman     jalieberman@pomlaw.com, abarbosa@pomlaw.com, ahood@pomlaw.com, disaacson@pomlaw.com

William Scott Holleman     holleman@bespc.com, ecf@bespc.com

Xochitl S. Strohbehn     XSStrohbehn@Venable.com, nylitigationdocketing@venable.com

Joseph Alexander Hood, II     ahood@pomlaw.com, abarbosa@pomlaw.com

Sherief Morsy    smorsy@faruqilaw.com

**1:19-cv-06741-GBD Notice has been delivered by other means to:**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*