**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JAYSUKH RUDANI, Individually and on
Behalf of All Others Similarly Situated,

                Plaintiff,

        v.

IDEANOMICS, INC. f/k/a SEVEN STARS
CLOUD GROUP, INC. f/k/a WECAST
NETWORK, INC., *et al.*,

                Defendants.

No. 1:19-cv-06741-GBD

## [PROPOSED] ORDER

Defendant Federico Tovar having moved to dismiss all claims against him in the above-captioned action, and good cause having been shown, **IT IS HEREBY ORDERED** that, pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b), the Motion is **GRANTED** and all claims against Defendant Tovar are **DISMISSED** with prejudice.

Dated at New York, New York this _____ day of _____, 2020.

                BY THE COURT

                _____
                Hon. George B. Daniels
                United States District Judge