**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

JAYSUKH RUDANI, Individually and on
Behalf of All Others Similarly Situated,

               Plaintiff,

        v.

IDEANOMICS, INC. f/k/a SEVEN STARS
CLOUD GROUP, INC. f/k/a WECAST
NETWORK, INC., *et al.*,

               Defendants.

No. 1:19-cv-06741-GBD

---

**DECLARATION OF HUNTER T. CARTER**

I, HUNTER T. CARTER, declare as follows:

1.      I am a partner of the law firm of Arent Fox LLP and am duly admitted to practice before this Court. I am counsel for Defendant Federico Tovar in the above-captioned matter. I respectfully submit this Declaration in support of Mr. Tovar's motion to dismiss.

2.      Attached hereto as Exhibit 1 is a true and correct copy of the Form 10-Q filed by Seven Stars Cloud Group, Inc. on August 13, 2018 with the United States Securities and Exchange Commission for the quarterly period ending June 30, 2018.

3.      Attached hereto as Exhibit 2 is a true and correct copy of the transcript of the August 13, 2018 Seven Stars Cloud Group, Inc. Earnings Call, as available on www.seekingalpha.com.

4.      Attached hereto as Exhibit 3 is a true and correct copy of an excerpt of the Form 10-K/A filed by Ideanomics, Inc. on December 14, 2018 with the United States Securities and Exchange Commission for the fiscal year ending December 31, 2017.

2

I declare under penalty of perjury that the foregoing is true and correct.

Dated:    January 17, 2020                    By: */s/ Hunter T. Carter*
                                                  Hunter T. Carter

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of Declaration of Hunter T. Carter, with exhibits, was served on this date on counsel of record via the Court's CM/ECF system.


Dated: January 17, 2020                           */s/ Hunter T. Carter*
                                                  Hunter T. Carter