**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

JAYSUKH  RUDANI,  Individually  and  on
Behalf of All Others Similarly Situated,

                  Plaintiff,

               v.

IDEANOMICS,  INC.  f/k/a  SEVEN  STARS
CLOUD  GROUP,  INC.  f/k/a  WECAST
NETWORK, INC., *et al.*,

                  Defendants.

---

No.   1:19-cv-06741-GBD

Oral Argument Requested

**DECLARATION OF**
**GEORGE KOSTOLAMPROS**
**IN SUPPORT OF DEFENDANTS'**
**MOTION TO DISMISS**
**THE AMENDED COMPLAINT**

---

I, George Kostolampros, declare under penalty of perjury that the information set forth below is true and correct:

1.      I am a partner in the law firm of Venable LLP in Washington, D.C.  Venable LLP represents Defendants Ideanomics, Inc. ("Ideanomics"), Bruno Wu, Bing Yang, and Robert Benya in the above-captioned matter.

2.      I respectfully submit this Declaration in support of Defendants' Motion to Dismiss Plaintiff's Amended Complaint, dated December 2, 2019, in order to place before the Court true and correct copies of documents referred to in the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss.

3.      A true and correct copy of Ideanomics's September 19, 2016 Press Release is attached hereto as **Exhibit 1**.

4. A true and correct copy of relevant excerpts of Ideanomics's First 2017 10-K, filed with the U.S. Securities & Exchange Commission ("SEC") on March 30, 2018, is attached hereto as **Exhibit 2**.

5. A true and correct copy of Ideanomics's June 5, 2017 Press Release is attached hereto as **Exhibit 3**.

6. A true and correct copy of Ideanomics's August 14, 2017 Press Release is attached hereto as **Exhibit 4**.

7. A true and correct copy of Ideanomics's August 27, 2018 Press Release is attached hereto as **Exhibit 5**.

8. A true and correct copy of Ideanomics's November 14, 2018 Press Release is attached hereto as **Exhibit 6**.

9. A true and correct copy of Ideanomics's February 1, 2017 Press Release is attached hereto as **Exhibit 7**.

10. A true and correct copy of relevant excerpts of Ideanomics' 2018 10-K, filed with the SEC on April 1, 2019, is attached hereto as **Exhibit 8**.

11. A true and correct copy of relevant excerpts of Ideanomics's 2015 10-K, filed with the SEC on March 30, 2016, is attached hereto as **Exhibit 9**.

12. A true and correct copy of Ideanomics's February 2, 2017 Press Release is attached hereto as **Exhibit 10**.

13. A true and correct copy of Ideanomics's March 31, 2017 Earnings Call Transcript is attached hereto as **Exhibit 11**.

14. A true and correct copy of Ideanomics's May 15, 2017 Earnings Call Transcript is attached hereto as **Exhibit 12**.

15. A true and correct copy of Ideanomics's November 13, 2017 Press Release is attached hereto as **Exhibit 13**.

16. A true and correct copy of Ideanomics's March 31, 2017 Press Release is attached hereto as **Exhibit 14**.

17. A true and correct copy of relevant excerpts of Ideanomics's 2016 10-K, filed with the SEC on March 31, 2017, is attached hereto as **Exhibit 15**.

18. A true and correct copy of Ideanomics's January 16, 2018 Press Release is attached hereto as **Exhibit 16**.

19. A true and correct copy of Ideanomics's February 23, 2018 Press Release is attached hereto as **Exhibit 17**.

20. A true and correct copy of relevant excerpts of Ideanomics's 2nd Quarter 2018 10-Q, filed with the SEC on August 13, 2018, is attached hereto as **Exhibit 18**.

21. A true and correct copy of Ideanomics's August 13, 2018 Earnings Call Transcript is attached hereto as **Exhibit 19**.

22. A true and correct copy of relevant excerpts of Ideanomics's 2017 10-K/A, filed with the SEC on December 14, 2018, is attached hereto as **Exhibit 20**.

23. A true and correct copy of Ideanomics's January 2, 2018 Press Release is attached hereto as **Exhibit 21**.

24. A true and correct copy of Ideanomics's February 22, 2018 8-K is attached hereto as **Exhibit 22**.

25. A true and correct copy of relevant excerpts of Ideanomics's 2017 10-K/A, filed with the SEC on August 28, 2018, is attached hereto as **Exhibit 23**.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on January 17, 2020 in Washington, D.C.

Dated: Washington, D.C.
       January 17, 2020

/s/ George Kostolampros      _
GEORGE KOSTOLAMPROS