# EXHIBIT 4

Press Release

« Back

View printer-friendly version

# Seven Stars Cloud Announces 2 New Separate JV Partnerships

- Deal No.1 is with Ocasia Group Holdings - Deal No. 2 is with Beijing Urban Construction Holding Materials Industry Co.

NEW YORK, Aug.14, 2017 /PRNewswire/ -- Seven Stars Cloud Group, Inc. (NASDAQ: SSC) ("SSC" or the "Company"), today announced two additional joint venture partnership deals with entities that will integrate and gradually move certain segments of their operations towards SSC's VPaaS in early 2018.

The first JV Partnership is with Ocasia Group Holdings ("Ocasia"), which is engaged in a broad range of activities including the trading of physical crude oil, fuel oil and refined oil products as well as oil storage facilities.  Ocasia is a purchasing agent for major energy companies, including Petro China and China Petroleum & Chemical Corporation (Sinopec).

The second is with Beijing Urban Construction Holding Materials Industry Co. ("Beijing Urban Construction") a large international construction group engaged in general contracting, real estate development and design & real estate consultancy.  Beijing Urban Construction has constructed many national and provincial key projects in China including the National Stadium, the National Theater for the Performing Arts, the National Museum, the National Indoor Stadium, the Olympic Basketball Stadium, the Olympic Village and Terminal 3 of Beijing Capital International Airport.

Both businesses do billions of US dollars a year in purchasing and procurement turnover and both are examples of the businesses that SSC will be looking to partner with moving forward.

Seven Stars Cloud's VPaaS Intelligent Industrial Internet and Exhibition Platform will help buyers and sellers (who are trade participants of both both Ocasia and Beijing Urban Construction's business models) establish a "group to group" self-service network community through Big Data, Business Intelligence and BlockChain settlements, providing broker free, marketing services, supply chain finance and other fast settlement business services.

**About Seven Stars Cloud, Inc. (http://corporate.sevenstarscloud.com/)**

**Seven Stars Cloud Group, Inc. (NASDAQ: SSC) is aiming to be a leading Intelligent Industrial internet solution provider for commercial enterprises. With a focus on 'BASE' technology and infrastructure (Blockchain, Artificial Intelligence, Supply Chain & Exchanges) to power our VPaaS (Virtual Platform as**

**a Service), SSC is creating a closed trade ecosystem for buyers and sellers designed to eliminate supply chain and transactional middlemen and create a more direct and margin-expanding trading path for principals. SSC is applying BASE + VPaaS to focus on 3 Core Cloud Areas: I. Intellectual Property Cloud; II. Product Sales Cloud; III. Financial Services Cloud. With the three clouds functioning both independently and interdependently, SSC is creating a vertical, transactional and flexible platform for today's global enterprises.**

**Safe Harbor Statement**

**This press release contains certain statements that may include "forward looking statements." All statements other than statements of historical fact included herein are "forward-looking statements." These forward looking statements are often identified by the use of forward-looking terminology such as "believes," "expects" or similar expressions, involve known and unknown risks and uncertainties. Although the Company believes that the expectations reflected in such forward-looking statements are reasonable, they do involve assumptions, risks and uncertainties, and these expectations may prove to be incorrect. You should not place undue reliance on these forward-looking statements, which speak only as of the date of this press release. The Company's actual results could differ materially from those anticipated in these forward-looking statements as a result of a variety of factors, including those discussed in the Company's periodic reports that are filed with the Securities and Exchange Commission and available on its website (http://www.sec.gov). All forward-looking statements attributable to the Company or persons acting on its behalf are expressly qualified in their entirety by these factors. Other than as required under the securities laws, the Company does not assume a duty to update these forward-looking statements.**

**CONTACT:**

Jason Finkelstein
VP, Strategy & Investor Relations
Seven Stars Cloud Group, Inc.
212-206-1216

View original content:http://www.prnewswire.com/news-releases/seven-stars-cloud-announces-2-new-separate-jv-partnerships-300503626.html

SOURCE  Seven Stars Cloud Group, Inc.


Source: PR Newswire (August 14, 2017 - 8:25 AM EDT)

News by QuoteMedia
www.quotemedia.com