# EXHIBIT 8

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**FORM 10-K**

(Mark One)

☒    ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the fiscal year ended: **December 31, 2018**

☐    TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the transition period from _____ to _____

Commission File No. **001-35561**

# IDEANOMICS, INC.

(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Nevada** | **20-1778374** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**55 Broadway, 19th Floor, New York, NY 10006**
(Address of principal executive offices)

**(212) 206-1216**
(Registrant's telephone number, including area code)

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Name of each exchange on which registered |
|---|---|
| **Common Stock, par value $0.001 per share** | **Nasdaq Capital Market** |

Securities registered pursuant to Section 12(g) of the Exchange Act: **None.**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.
Yes ☐    No ☒

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.
Yes ☐    No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.
Yes ☒    No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).
Yes ☒    No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act

| | |
|---|---|
| Large Accelerated Filer ☐ | Accelerated Filer ☐ |
| Non-Accelerated Filer ☒ | Smaller Reporting Company ☒ |
| Emerging growth company ☐ | |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act). Yes ☐ No ☒

As of June 30, 2018 (the last business day of the registrant's most recently completed second fiscal quarter as of the original date of this filing), the market value of the shares of the registrant's common stock held by non-affiliates (based upon the closing price of shares as reported by Nasdaq) was approximately $73,955,570. Shares of the registrant's common stock held by each executive officer and director and each by each person who owns 10% or more of the

outstanding common stock have excluded from the calculation in that such persons may be deemed to be affiliates of the registrant. This determination affiliate status is not necessarily a conclusive determination for other purposes.

There were a total of 134,061,959 shares of the registrant's common stock outstanding as of April 1, 2019.

**DOCUMENTS INCORPORATED BY REFERENCE**

None.

**IDEANOMICS, INC.**
*Annual Report on FORM 10-K*
*For the Fiscal Year Ended December 31, 2018*

**TABLE OF CONTENTS**

|  |  | Page |
|---|---|---|
| PART I |  | 1 |
| ITEM 1. | BUSINESS | 1 |
| ITEM 1A. | RISK FACTORS | 20 |
| ITEM 1B. | UNRESOLVED STAFF COMMENTS | 42 |
| ITEM 2. | PROPERTIES | 42 |
| ITEM 3. | LEGAL PROCEEDINGS | 42 |
| ITEM 4. | MINE SAFETY DISCLOSURES | 42 |
| ITEM 5. | MARKET FOR REGISTRANT'S COMMON EQUITY, RELATED SHAREHOLDER MATTERS AND ISSUER PURCHASES OF EQUITY SECURITIES | 43 |
| ITEM 6. | SELECTED FINANCIAL DATA | 43 |
| PART II |  | 44 |
| ITEM 7. | MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS | 44 |
| ITEM 7A. | QUANTITATIVE AND QUALITATIVE DISCLOSURES ABOUT MARKET RISK |  |
| ITEM 8. | FINANCIAL STATEMENTS AND SUPPLEMENTARY DATA | 57 |
| ITEM 9. | CHANGES IN AND DISAGREEMENTS WITH ACCOUNTS ON ACCOUNTING AND FINANCIAL DISCLOSURE | 58 |
| ITEM 9A. | CONTROLS AND PROCEDURES | 59 |
| ITEM 9B. | OTHER INFORMATION | 60 |
| PART III |  | 61 |
| ITEM 10. | DIRECTORS, EXECUTIVE OFFICERS AND CORPORATE GOVERNANCE | 61 |
| ITEM 11. | EXECUTIVE COMPENSATION | 72 |
| ITEM 12. | SECURITY OWNERSHIP OF CERTAIN BENEFICIAL OWNERS AND MANAGEMENT AND RELATED SHAREHOLDER MATTERS | 76 |
| ITEM 13. | CERTAIN RELATIONSHIPS AND RELATED TRANSACTIONS, AND DIRECTOR INDEPENDENCE | 80 |
| ITEM 14. | PRINCIPAL ACCOUNTING FEES AND SERVICES | 82 |
| PART IV |  | 83 |
| ITEM 15. | EXHIBITS, FINANCIAL STATEMENT SCHEDULES | 83 |
| ITEM 16. | FORM 10-K SUMMARY | 83 |

**Special Note Regarding Forward Looking Statements**

In addition to historical information, this report contains forward-looking statements within the meaning of Section 27A of the Securities Act (as defined below), and Section 21E of the Exchange Act (as defined below). We use words such as "believe," "expect," "anticipate," "project," "target," "plan," "optimistic," "intend," "aim," "will" or similar expressions which are intended to identify forward-looking statements. Such statements include, among others, those concerning our transition to become a next-generation financial technology company; our expectations regarding the market for our new and existing products and industry segment growth; our expectations regarding demand for and acceptance of our new and existing products or services; our expectations regarding our partnerships and joint ventures, acquisitions, investments; our beliefs regarding the potential benefits and opportunities from integrating digital artificial intelligence and blockchain technology as part of our product and services offerings; our business strategies and goals; any projections of sales, earnings, revenue, margins or other financial items; any statements regarding the plans, strategies and objectives of management for future operations; any statements regarding future economic conditions or performance; uncertainties related to conducting business in the PRC; and all assumptions, expectations, predictions, intentions or beliefs about future events. You are cautioned that any such forward-looking statements are not guarantees of future performance and involve risks and uncertainties, including, and without limitation, those identified in Item 1A—"Risk Factors" included herein, as well as assumptions, which, if they were to ever materialize or prove incorrect, could cause the results of the Company to differ materially from those expressed or implied by such forward-looking statements.

Although we believe that the expectations reflected in the forward-looking statements are reasonable, we cannot guarantee future results, level of activity, performance, or achievements. Moreover, neither we nor any other person assumes responsibility for the accuracy or completeness of any of these forward-looking statements. You should not rely upon forward-looking statements as predictions of future events. The forward-looking statements included herein are made as of the date of this report. We undertake no obligation to update any of these forward-looking statements, whether written or oral, that may be made, from time to time, after the date of this report to conform our prior statements to actual results or revised expectations.

**Use of Terms**

Except as otherwise indicated by the context, references in this report to "we," "us," "our," "our Company," "the Company," "IDEX," or "Ideanomics," are to the business of Ideanomics, Inc. (formerly known as "Seven Star Cloud Group, Inc.," "SSC" and "Wecast Network, Inc."), a Nevada corporation, and its consolidated subsidiaries and variable interest entities.

In addition, unless the context otherwise requires and for the purposes of this report only:

- "CB Cayman" refers to our wholly-owned subsidiary China Broadband, Ltd., a Cayman Islands company;
- "Exchange Act" refers to the Securities Exchange Act of 1934, as amended;
- "FINRA" refers to the Financial Industry Regulatory Authority;
- "HK SAR" refers to the Hong Kong Special Administrative Region of the People's Republic of China;
- "Hua Cheng" refers to Hua Cheng Hu Dong (Beijing) Film and Television Communication Co., Ltd., a PRC company that is 39% owned by Sinotop Beijing and is a 20% owner of Zhong Hai Media;
- "Legacy YOD" business/segment refers to the premium content and integrated value-added service solutions for the delivery of VOD (defined below) and paid video programing to digital cable providers, Internet Protocol Television ("IPTV") providers, Over-the-Top ("OTT") streaming providers, mobile manufacturers and operators, as well as direct customers.
- "PRC," "China," and "Chinese," refer to the People's Republic of China;

ii

- "Renminbi" and "RMB" refer to the legal currency of the PRC;
- "SEC" refers to the United States Securities and Exchange Commission;
- "Securities Act" refers to the Securities Act of 1933, as amended;
- "SSF" refers to Tianjin Sevenstarflix Network Technology Limited, a PRC company controlled by YOD Hong Kong through contractual arrangements;
- "Shandong Broadcast" refers to Shandong Broadcast & TV Weekly Press, a PRC company;
- "Shandong Media" refers to Shandong Lushi Media Co., Ltd., a PRC company and a joint venture with respect to which we previously directly owned 50%; effective July 1, 2012, our interest in Shandong Media was reduced to a 30% stake held by Sinotop Beijing, which we indirectly control;
- "Sinotop Beijing" refers to Beijing Sino Top Scope Technology Co., Ltd., a PRC company controlled by YOD Hong Kong through contractual arrangements;
- "U.S. dollars," "dollars," "USD," "US$," and "$" refer to the legal currency of the United States;
- "U.S. Tax Reform" refers to the Tax Cuts and Jobs Act, enacted by the United States of America on December 22, 2017;
- "VIEs" refers to our current variable interest entities Sinotop Beijing, and SSF;
- "VOD" refers to video on demand, which includes near video on demand ("NVOD"), subscription video on demand ("SVOD"), and transactional video on demand ("TVOD");
- "Wecast Services" business/segment refers to all other operations other than Legacy YOD segment;
- "WSG" refers to our wholly-owned subsidiary Wecast Services Group Limited (formerly known as Sun Video Group Hong Kong Limited), a Hong Kong company;
- "Wecast SH" refers to Shanghai Wecast Supply Chain Management Limited, a PRC company that is 51% owned by the Company;
- "WFOE" refers to Beijing China Broadband Network Technology Co., Ltd., a PRC company and a "wholly foreign-owned enterprise," which we previously wholly owned and which was sold during the quarter ended March 31, 2014;
- "Wide Angle" refers to Wide Angle Group Limited, a Hong Kong company that is 55% owned by the Company;
- "YOD Hong Kong" refers to YOU On Demand (Asia) Limited, formerly Sinotop Group Limited, a Hong Kong company, which is wholly- owned by CB Cayman;
- "YOD WFOE" refers to YOU On Demand (Beijing) Technology Co., Ltd., a PRC company and a "wholly foreign-owned enterprise," which is wholly-owned by YOD Hong Kong; and
- "Zhong Hai Media" refers to Zhong Hai Shi Xun Media Co., Ltd., a PRC company that was 80% owned by Sinotop Beijing until June 30, 2017.

iii

**RESULTS OF OPERATIONS**

**Comparison of Years Ended December 31, 2018 and 2017**

| For the years ended December 31, | 2018 | 2017 | Amount Change | % Change |
|---|---|---|---|---|
| Revenue | $ 377,742,872 | $ 144,352,840 | $ 233,390,032 | 162 |
| Cost of revenue | 374,575,038 | 137,188,393 | 237,386,645 | 173 |
| Gross profit | 3,167,834 | 7,164,447 | (3,996,613) | (56) |
| | | | | |
| Operating expenses: | | | | |
| Selling, general and administrative expenses | 22,471,976 | 13,129,313 | 9,342,663 | 71 |
| Research and development expense | 1,654,491 | 406,845 | 1,247,646 | 307 |
| Professional fees | 4,749,799 | 3,200,885 | 1,548,914 | 48 |
| Depreciation and amortization | 352,332 | 308,102 | 44,230 | 14 |
| Impairment of other intangible assets | 134,290 | 216,468 | (82,178) | (38) |
| **Total operating expenses** | **29,362,888** | **17,261,613** | **12,101,275** | **70** |
| | | | | |
| **Loss from operations** | **(26,195,054)** | **(10,097,166)** | **(16,097,888)** | **159** |
| | | | | |
| Interest and other income (expense): | | | | |
| Interest expense, net | (804,595) | (94,618) | (709,977) | 750 |
| Change in fair value of warrant liabilities | - | (112,642) | 112,642 | (100) |
| Equity in loss of equity method investees | (180,625) | (129,193) | (51,432) | 40 |
| Loss on disposal of subsidiaries | (1,183,289) | - | (1,183,289) | - |
| Others | (99,765) | (426,698) | 326,933 | (77) |
| **Loss before income taxes and non-controlling interest** | **(28,463,328)** | **(10,860,317)** | **(17,603,011)** | **162** |
| | | | | |
| Income tax benefit | 40,244 | - | 40,244 | - |
| | | | | |
| **Net loss** | **(28,423,084)** | **(10,860,317)** | **(17,562,767)** | **162** |
| | | | | |
| Net loss attributable to non-controlling interest | 996,728 | 357,268 | 639,460 | 179 |
| | | | | |
| **Net loss attributable to IDEX common shareholders** | $ (27,426,356) | $ (10,503,049) | (16,923,307) | 161 |
| | | | | |
| **Basic and diluted loss per share** | $ (0.35) | $ (0.17) | | |

*Revenues*

| For the years ended December 31, | 2018 | 2017 | Amount Change | % Change |
|---|---|---|---|---|
| - Wecast Service | | | | |
| Crude oil | $ 260,034,401 | $ 19,028,003 | $ 241,006,398 | 1,267 |
| Consumer electronics | 116,723,251 | 119,278,514 | (2,555,263) | (2) |
| Other | 985,220 | 5,252,050 | (4,266,830) | (81) |
| | 377,742,872 | 143,558,567 | 234,184,305 | 163 |
| -Legacy YOD | - | 794,273 | (794,273) | (100) |
| Total | $ 377,742,872 | $ 144,352,840 | $ 233,390,032 | 162 |

Revenue for the year ended December 31, 2018 was $377.7 million as compared to $144.4 million for the same period in 2017, an increase of approximately $233.3 million, or 162%. The increase was mainly due to our Wecast business of crude oil trading initiated in October 2017 and partially offset in the amount of $0.8 million by a decrease of our legacy YOD business.

Our business strategy and the primary goal for entering crude oil and consumer electronic is to learn about the needs of buyers and sellers in industries that rely heavily on the shipment of goods. Our activities in the crude oil trading and consumer electronic business have been successful in various aspects. We generated revenue of $359.8 million for the first 3 quarters and have gained experience in the traditional logistics management and financing business, such that we have identified initial use cases for the applications of the technologies in our Fintech ecosystem. While we have gained this experience, the Company does not intend to be a logistics management company. Therefore, we decided to gradually start contracting our crude oil trading business and consumer electronics business starting in the third quarter of 2018 so that we can work towards enabling the application of our Fintech Ecosystem for other useful cases that we have identified. Therefore, revenue decreased by $88.3 million, from $132 million for the second quarter of year 2018 to $43.7 million for the third quarter of year 2018. During the fourth quarter of 2018, revenue further decreased to $17.0 million.

In parallel, for strategic reasons, during the course of the fourth quarter, we also chose to focus our resources and efforts on other non-crude oil trading and non-logistics management revenue generating opportunities that we have identified in the market. These other market opportunities also involve the use of our technologies across our Fintech Ecosystem and their applications across Industry Ventures.

We did not generate any revenue from YOD Legacy business in 2018 since our new fintech services business strategy limits the support of the Legacy YOD business. Currently, we have a partnership with a third party (since 2016) that acts as the exclusive distribution operator (within the territory of PRC) of our licensed library of major studio films.

*Cost of revenue*

| For the years ended December 31, | 2018 | 2017 | Amount Change | % Change |
|---|---|---|---|---|
| -Wecast Service | | | | |
| Crude oil | $ 260,006,382 | $ 18,972,000 | $ 241,034,382 | 1,270 |
| Consumer electronics | 114,477,226 | 116,010,031 | (1,532,805) | (1) |
| Other | 91,430 | 1,443,748 | (1,352,318) | (94) |
| | 374,575,038 | 136,425,779 | 238,149,259 | 175 |
| -Legacy YOD | - | 762,614 | (762,614) | (100) |
| Total | $ 374,575,038 | $ 137,188,393 | $ 237,386,645 | 173 |

Cost of revenues was $ 374.6 million for the year ended December 31, 2018, as compared to $137.2 million for the year ended December 31, 2017. Our cost of revenues increased by $237.4 million which is in line with our increase in revenues. Our cost of revenues is primarily comprised of cost to purchase electronics products and crude oil from suppliers in our logistics management business and the cost of sales in Legacy YOD business is primarily comprised of content licensing fees. Our content license agreements with production companies incorporate minimum guaranteed payment levels.

*Gross profit*

| For the years ended December 31, | 2018 | 2017 | Amount Change | % Change |
|---|---|---|---|---|
| -Wecast Service | | | | |
| Crude oil | $ 28,019 | $ 56,003 | $ (27,984) | (50) |
| Consumer electronics | 2,246,025 | 3,268,483 | (1,022,458) | (31) |
| Other | 893,790 | 3,808,302 | (2,914,512) | (77) |
| | 3,167,834 | 7,132,788 | (3,964,954) | (56) |
| -Legacy YOD | - | 31,659 | (31,659) | (100) |
| Total | $ 3,167,834 | $ 7,164,447 | $ (3,996,613) | (56) |

*Gross profit ratio*

| For the years ended December 31, | 2018 | 2017 |
|---|---|---|
| -Wecast Service | | |
| Crude oil | 0% | 0% |
| Consumer electronics | 2% | 3% |
| Other | 91% | 73% |
| | 1% | 5% |
| -Legacy YOD | 0% | 4% |
| Total | 1% | 5% |

Our gross profit for the year ended December 31, 2018 was approximately $3.2 million, as compared to $7.2 million during the same period in 2017.

Our current crude oil and consumer electronics trading business operates in highly competitive global markets characterized by aggressive price competition, resulting in downward pressure on already low gross margins. Further, factors such as frequent introduction of new products, short product life cycles, evolving industry standards, price sensitivity on the part of consumers place continued competitive pressure in our consumer electronics trading business, and our crude oil trading margins are impacted by many factors outside of our control, including geopolitical developments and fluctuations in the world's markets.

As such, the logistics management business typically has low margins and the Company has primarily focused its activities in this area with the intent of learning the logistics management business so that we could develop use cases for the applications of our technologies and the overall benefit of our long-term strategy, not necessarily with a focus on deriving margin improvement.

*Selling, general and administrative expenses*

Our selling, general and administrative expense for the year ended December 31, 2018 was $ 22.5 million as compared to $13.1 million for the same period in 2017, an increase of approximately $9.3 million or 71%. The majority of the increase was due to
- an increase in headcounts and relevant traveling expense in the amount of $2.5 million;
- an increase of approximately of $2.1 million in share based compensation that were paid to our employees;
- an increase of approximately of $3.0 million in consulting, legal, and professional service fees that were paid to our external consultants who provided various consulting services with respect to our Fintech and Platform-as-a-Service business; and
- an increase in our sales and marketing expense in the amount of $0.9 million relating to the introduction and promotion of our business models to various potential investors and business partners, as well as the marketing of Wecast Services business.
- an increase in rent expense by $1 million mainly for our office in New York City.

*Research and development expense*

Research and development expenses for the year ended December 31, 2018 was $1.7 million as compared to $0.4 million for the same period in 2017, an increase of approximately $1.3 million or 307%. The majority of the increase was related to the early stage technology development.

*Professional fees*

Professional fees are generally related to public company reporting and governance expenses as well as legal fees related to business transition and expansion. Our professional fees increased approximately by $1.5 million, or 48%, for the year ended December 31, 2018, compared with the same period in 2017. The increase was related to an increase in legal, valuation, audit and tax as well as fees associated with continuing to build out our technology ecosystem and establishing strategic partnerships and M&A activity as part of this technology ecosystem.

**IDEANOMICS, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

**Note 1. Organization and Principal Activities**

Ideanomics, Inc. (Nasdaq: IDEX) (formerly known as Seven Stars Cloud Group, Inc. which changed its name effective as of October 17, 2018), is a Nevada corporation that primarily operates in Asia through its subsidiaries and variable interest entities ("VIEs"). Unless the context otherwise requires, the use of the terms "we," "us", "our" and the "Company" in these notes to consolidated financial statements refers to Ideanomics, Inc, its consolidated subsidiaries and VIEs.

Our Company consists of two operating segments which our Chief Executive Officer (our chief operating decision maker) reviews separately to make decisions about resource allocation and to assess performance: Legacy YOD segment and Wecast Service segment.

Legacy YOD segment provides premium content and integrated value-added service solutions for the delivery of video on demand ("VOD") and paid video programming to digital cable providers, Internet Protocol Television ("IPTV") providers, over-the-top ("OTT") streaming providers, mobile manufacturers and operators, as well as direct customers. The Company historically has offered these products under the business name "YOU On Demand" and refers to these operations as the legacy YOD business. The revenues from Legacy YOD segment were from both minimum guarantee payments and revenue sharing arrangements with distribution partners as well as subscription or transactional fees from subscribers.

Wecast Services is currently primarily engaged in the logistics management and financing business primarily operated in Singapore.

Starting from early year 2017, the Company began transitioning our business model to become a next generation financial technology ("Fintech") company through several acquisitions and the establishment of joint ventures, with the intention of offering financing solutions and logistics solutions, each based on the emergence of systems that utilize blockchain and artificial intelligence ("AI") technologies. On the financing solutions side, the Company has been building capabilities both in providing business consulting services related to traditional financings, as well as in developing digital asset securitization services via AI and blockchain enabled platforms. On the logistics side, the Company has been building expertise in the traditional commodities trading business, with an initial focus on crude oil trading and consumer electronics trading, with the goal of leveraging such expertise to inform the development of an AI and blockchain enabled logistics platform.

**Note 2. Summary of Significant Accounting Policies**

*(a) Basis of Presentation*

The consolidated financial statements of Ideanomics, Inc., its subsidiaries and VIEs were prepared in accordance with accounting principles generally accepted in the United States of America ("U.S. GAAP") and include the assets, liabilities, revenues and expenses of the subsidiaries over which the Company exercises control and, when applicable, entities for which the Company has a controlling financial interest or is the primary beneficiary. Intercompany transactions and balances are eliminated in consolidation.

*(b) Use of Estimates*

The preparation of consolidated financial statements in conformity with U.S. GAAP requires management to make estimates and assumptions that affect the reported amounts of assets, liabilities, revenues and expenses, as well as the related disclosure of contingent assets and liabilities. Actual results could differ from those estimates.

On an ongoing basis, we evaluate our estimates, including those related to the bad debt allowance, sales returns, fair values of financial instruments, intangible assets and goodwill, licensed content, useful lives of intangible assets and property and equipment, asset retirement obligations, income taxes, and contingent liabilities, among others. We base our estimates on assumptions, both historical and forward looking, that are believed to be reasonable, the results of which form the basis for making judgments about the carrying values of assets and liabilities.

Spousal Consent

Pursuant to the Spousal Consent, undersigned by the respective spouse of the VIEs' Shareholders, the spouses unconditionally and irrevocably agree to the execution of the Equity Pledge Agreement, Call Option Agreement and Power of Attorney agreement. The spouses agree to not make any assertions in connection with the equity interest of VIE and to waive consent on further amendment or termination of the Equity Pledge Agreement, Call Option Agreement and Power of Attorney agreement. The spouses further pledge to execute all necessary documents and take all necessary actions to ensure appropriate performance under these agreements upon YOD WFOE's request. In the event the spouses obtain any equity interests of VIE which are held by the VIEs' Shareholders, the spouses agreed to be bound by the VIE agreements, including the Technical Services Agreement, and comply with the obligations thereunder, including sign a series of written documents in substantially the same format and content as the VIE agreements.

Letter of Indemnification

Pursuant to the Letter of Indemnification among YOD WFOE and each nominee shareholder, YOD WFOE agrees to indemnify such nominee shareholder against any personal, tax or other liabilities incurred in connection with their role in equity transfer to the greatest extent permitted under PRC law. YOD WFOE further waives and releases the VIEs' Shareholders from any claims arising from, or related to, their role as the legal shareholder of the VIE, provided that their actions as a nominee shareholder are taken in good faith and are not opposed to YOD WFOE's best interests. The VIEs' Shareholders will not be entitled to dividends or other benefits generated therefrom, or receive any compensation in connection with this arrangement. The Letter of Indemnification will remain valid until either the nominee shareholder or YOD WFOE terminates the agreement by giving the other party hereto sixty (60) days' prior written notice.

Management Services Agreement

In addition to VIE agreements described above, our subsidiary and the parent company of YOD WFOE, YOU On Demand (Asia) Limited, a company incorporated under the laws of Hong Kong ("YOD Hong Kong") has entered into a Management Services Agreement with each VIE.

Pursuant to such Management Services Agreement, YOD Hong Kong has the exclusive right to provide to the VIE management, financial and other services related to the operation of the VIE's business, and the VIE is required to take all commercially reasonable efforts to permit and facilitate the provision of the services by YOD Hong Kong. As compensation for providing the services, YOD Hong Kong is entitled to receive a fee from the VIE, upon demand, equal to 100% of the annual net profits as calculated on accounting policies generally accepted in the PRC of the VIE during the term of the Management Services Agreement. YOD Hong Kong may also request ad hoc quarterly payments of the aggregate fee, which payments will be credited against the VIE's future payment obligations.

In addition, at the sole discretion of YOD Hong Kong, the VIE is obligated to transfer to YOD Hong Kong, or its designee, any part or all of the business, personnel, assets and operations of the VIE which may be lawfully conducted, employed, owned or operated by YOD Hong Kong, including:

(a)  business opportunities presented to, or available to the VIE may be pursued and contracted for in the name of YOD Hong Kong rather than the VIE, and at its discretion, YOD Hong Kong may employ the resources of the VIE to secure such opportunities;

(b)  any tangible or intangible property of the VIE, any contractual rights, any personnel, and any other items or things of value held by the VIE may be transferred to YOD Hong Kong at book value;

(c)  real property, personal or intangible property, personnel, services, equipment, supplies and any other items useful for the conduct of the business may be obtained by YOD Hong Kong by acquisition, lease, license or otherwise, and made available to the VIE on terms to be determined by agreement between YOD Hong Kong and the VIE;

(d)  contracts entered into in the name of the VIE may be transferred to YOD Hong Kong, or the work under such contracts may be subcontracted, in whole or in part, to YOD Hong Kong, on terms to be determined by agreement between YOD Hong Kong and the VIE; and

(e)  any changes to, or any expansion or contraction of, the business may be carried out in the exercise of the sole discretion of YOD Hong Kong, and in the name of and at the expense of, YOD Hong Kong;

(f)  provided, however, that none of the foregoing may cause or have the effect of terminating (without being substantially replaced under the name of YOD Hong Kong) or adversely affecting any license, permit or regulatory status of the VIE.

Loan Agreement

Pursuant to the Loan Agreement dated April 5, 2016, YOD WFOE agrees to lend RMB 19.8 million and RMB 0.2 million, respectively, to the VIEs' Shareholders for the purpose of establishing SSF and for development of its business. As of December 31, 2018, RMB27.6 million ($4.2 million) have been lent to VIEs' Shareholders which has contributed all of the RMB27.6 million ($4.2 million) in the form of capital contribution to SSF. The loan can only be repaid by a transfer by the VIEs' Shareholders of their equity interests in SSF to YOD WOFE or YOD WOFE's designated persons, through (i) YOD WOFE having the right, but not the obligation to at any time purchase, or authorize a designated person to purchase, all or part of the VIEs' Shareholders' equity interests in SSF at such price as YOD WOFE shall determine (the "Transfer Price"), (ii) all monies received by the VIEs' Shareholders through the payment of the Transfer Price being used solely to repay YOD WOFE for the loans, and (iii) if the Transfer Price exceeds the principal amount of the loans, the amount in excess of the principal amount of the loans being deemed as interest payable on the loans, and to be payable to YOD WOFE in cash. Otherwise, the loans shall be deemed to be interest free. The term of the Loan Agreement is perpetual, and may only be terminated upon the VIEs' Shareholders receiving repayment notice, or upon the occurrence of an event of default under the terms of the agreement. The loan extended to the Nominee Shareholders and the capital of SSF are fully eliminated in the consolidated financial statements.

Therefore, we consider that there is no asset of the VIEs that can be used only to settle obligation of the Company, except for the registered capital of VIEs amounting to RMB38.2 million (approximately $5.8 million).

**Note 6.  Acquisitions and Divestitures**

**2018 Acquisitions**

    *(a)*  **Grapevine Logic, Inc. ("Grapevine")**

On September 4, 2018, the Company completed the acquisition of 65.65% share of Grapevine for $2.4 million in cash. Grapevine fits within our overall core strategy to promote the use, development and advancement of technologies, by bringing technology leaders together with industry leaders and creating synergies in our Fintech Ecosystem and the businesses in our network of Industry Ventures. Grapevine is an end-to-end influencer marketing platform that facilitates collaboration between advertisers and brands with video based social influencers and content creators. We believe that Grapevine will help us develop strength in the consumer digital products industry vertical by providing the platform for connecting brands with content-producing influencers and their large-scale audience of consumer-driven followers to whom digital tokens, loyalty and discount cards, multi-purpose digital wallets, and other services may be marketed via Grapevine on behalf of the Company, brand advertisers and influencers, all according to a follower's areas of interest. As a result of the acquisition, the Company can enhance our flexibility and adaptability in a rapidly evolving technological environment. The goodwill arising from the acquisition consists largely of the synergies and economies of scale expected from combining the operations of the Company and Grapevine. All of the goodwill was assigned to the Company's Wecast Service segment. None of the goodwill recognized is expected to be deductible for income tax purposes. The transaction was accounted for as a business combination.

The following table summarizes the amounts of the assets acquired and liabilities assumed recognized at the acquisition date, as well as the fair value at the acquisition date of the non-controlling interest in Grapevine as of December 31, 2018.

| | |
|---|---:|
| Cash | $ 508,000 |
| Other financial assets | 388,000 |
| Financial liabilities | (747,000) |
| Noncontrolling interest | (679,000) |
| Goodwill | 705,000 |
| Influencer network | 1,980,000 |
| Customer contract | 500,000 |
| Trade name | 110,000 |
| Technology platform | 290,000 |
| Deferred tax liabilities | (570,000) |
| | $ 2,485,000 |

Pro forma results of operations for Grapevine have not been presented because it is not material to the consolidated results of operations. For all intangible assets acquired and purchased during the year ended December 31, 2018, the influencer network has a weighted-average useful life of 10 years, customer contracts have a weighted-average useful life of 3 years, the trade name has a weighted-average useful life of 15 years and technology platform has a weighted-average useful life of 7 years.

Fomalhaut Limited ("Fomalhaut"), a British Virgin Islands company and an affiliate of Bruno Wu ("Dr. Wu"), the Chairman of the Company, is the non-controlling equity holder of 34.35% in Grapevine (the "Fomalhaut Interest"). Fomalhaut entered into an option agreement, effective as of August 31, 2018 (the "Option Agreement"), with the Company pursuant to which the Company provided Fomalhaut with the option to sell the Fomalhaut Interest to the Company. The aggregate sale price for the Fomalhaut Interest is the fair market value of the Fomalhaut Interest as of the close of business on the date preceding the date upon which the right to sell the Fomalhaut Interest to the Company is exercised by Fomalhaut. If the option is exercised, the sale price for the Fomalhaut Interest is payable in a combination of 1/3 in cash and 2/3 in the Company's shares of common stock at the then market value on the exercise date. The Option Agreement will expire on August 31, 2021.

**(b)   Shanghai Guang Ming Investment Management ("Guang Ming")**

On April 24, 2018, the Company completed the acquisition of 100% equity ownership in Guang Ming, a PRC limited liability company, for a total purchase price of $0.36 million in cash. One of the two selling shareholders is a related party, an affiliate of Dr. Wu. Guang Ming holds a special fund management license. The acquisition will help the Company develop a fund management platform. Under Accounting Standard Codification ("ASC") 805-50-05-5 and ASC 805-50-30-5, the transaction was accounted for as a reorganization of entities under common control, in a manner similar to a pooling of interest, using historical costs. As a result of the reorganization, the net assets of Guang Ming were transferred to the Company, and the accompanying consolidated financial statements have been prepared as if the current corporate structure had been in place at the beginning of periods presented in which the common control existed.

Pro forma results of operations for year 2017 acquisitions have not been presented because they are not material to the consolidated results of operations, either individually or in the aggregate.

**(c)   Joint Venture with TPJ Ltd.**

On October 9 2018, the Company announced that it has entered into a joint venture agreement with TPJ Ltd ("TPJ"), to create Ideanomics Resources LTD, a company organized under the laws of England and Wales and based in London. The joint venture will initially focus its efforts in Africa and Middle East, where TPJ has significant long-term relationships and unlock value in the commodities and energy sectors by leveraging and utilizing the Ideanomics Platform-as-a-Service ("PaaS") solutions. The Company owns 75% equity interest of Ideanomics Resources and has no obligation to fund the operations. Ideanomics Resources is still in development stage and no revenue generated in 2018.

**2017 Acquisitions**

In January 2017, we completed two acquisitions, Sun Video Group Hong Kong Limited ("SVG") and Wide Angle Group Limited ("Wide Angle"), for our Wecast business. As of the result of these acquisitions, the Company started to engage in consumer electronics e-commerce and smart supply chain management operations as part of our business strategy for our Wecast Service.

The Company acquired 100% of ownership in SVG and 55% of ownership in Wide Angle from a related party, BT Capital Global Limited ("BT") for $800,000 in cash and contingent consideration arrangement with a $50 million convertible Promissory Note (the "SVG Note") and a certain percentage of profits. BT is 100% owned by Dr. Wu. The contingent consideration arrangements are as follows:

1. SVG Note- SVG Note with the principal and interest thereon can be convertible into the Company's common stock at a conversion rate of $1.50 per share and will be automatically convert upon shareholders' approval. BT has guaranteed that the business of SVG and its subsidiaries and Wide Angle (the "Sun Video Business") shall achieve revenue of $250 million and $15 million of gross profit (collectively the "Performance Guarantees") within 12 months of the closing (by January 2018). If the Sun Video Business fails to meet the Performance Guarantees, BT shall either forfeit back to the Company the Company's common stock ("Earnout Shares") or the SVG Note, on a pro rata basis based on the Performance Guarantee for which the Sun Video Business achieves the lowest percentage of the respective amount guaranteed. In 2018, the Company determined to issue 16.5 million Earnout Shares directly to BT.

2. Profit sharing payments- if the Sun Video Business achieves more than $50 million in cumulative net income within 3 years of closing, (the "Net Income Threshold"), the Company shall pay BT 50% of the amount of any cumulative net income above the Net Income Threshold. Profit sharing payments shall be made on an annual basis, in either cash or stock at the discretion of our Board of Directors. If the Board decides to make the payment in stock, the number of our shares of common stock to be awarded shall be determined on the basis of the closing market price of the Company's common stock. As of December 31, 2018, the Company does not expect Sun Video Business will meet Net Income Threshold and therefore did not record contingent liability relating to profit sharing payments.

Since the Company, SVG and Wide Angle had been under common controlled by Dr. Wu since November 10, 2016, this transaction was accounted for as a business combination between entities under common control. Therefore, in accordance with ASC Subtopic 805-50, the consolidated financial statements of the Company include the acquired assets and liabilities of the SVG and Wide Angle at their historical carrying amounts starting from November 10, 2016. The consideration of $800,000 was paid in 2017 and 16.5 million Earnout Shares were issued in 2018 and the Company offset it against equity in accordance with ASC 805-50-25-2.B.

**2018 Divestitures**

The Company may divest certain businesses from time to time based upon review of the Company's portfolio considering, among other items, factors relative to the extent of strategic and technological alignment and optimization of capital deployment, in addition to considering if selling the businesses results in the greatest value creation for the Company and for shareholders.

In December 2018, we entered into an agreement with Hooxi, an entity listed on the TSX venture exchange in Canada, and completed the sale of our investment (55% interest) in Wide Angle and Shanghai Huicang Supplychain Management Ltd., whose operations mainly focus on magazines printing, for a nominal amount. This business was under the Wecast segment and had annual sales of approximately $347,000 and continued to incur losses with net assets is approximately $46,000. The transaction resulted in a loss of approximately $1.2 million.

F-20