# EXHIBIT 11

Company Name: Ideanomics Inc

Company Ticker: IDEX US Equity

Date: 2017-03-31

# Q4 2016 Earnings Call

# Company Participants

- Bing Yang, Chief Executive Officer & Director
- Bruno Zheng Wu, Chairman
- Jason Finkelstein, Vice President-Strategy & Investor Relations

# MANAGEMENT DISCUSSION SECTION

## Operator

Good morning, everyone, and welcome to Wecast Network's Fourth Quarter and Full Year 2016 Investor Earnings Call. At this time, all participants are in a listen-only mode.

Now, for opening remarks and introduction, I would like to turn the call over to Jason Finkelstein, Vice President of Strategy and Investor Relations at Wecast Network. Please go ahead, sir.

## Jason Finkelstein    {BIO 20316556 <GO>}

Thank you, operator. Good morning and good evening to all of our listeners and speakers. Welcome to our Q4 and full year 2016 earnings conference call.

Joining me today, I'm pleased to have Bing Yang, CEO; Bruno Wu, Chairman; and Simon Wang, CFO.

For the sake of clarity and communication fluidity, on the financial portion of this call, I will personally be reading a prepared statement from our CFO, Simon Wang. The webcast of today's call will also be archived and available in the Webcast and Events section of the Wecast corporate website for a minimum of 30 days.

We may make forward-looking statements during this call regarding the company's future performance. Actual results may differ materially from these statements due to risks and uncertainties related to the business. These risks and uncertainties are detailed from time to time in the Management's Discussion and Analysis section of our corporate filings, copies of which can be obtained from the SEC or via our website. All information discussed on this call is as of today, March 31, 2017 and Wecast Network undertakes no obligation to update any statements or expectations from prior conversations.

I would now like to turn the call over to Mr. Bruno Wu for opening remarks. Thank you.

## Bruno Zheng Wu

Thank you, Jason, and thanks to everyone for joining our call. My comments will be very brief, and then I will turn the call over to our CEO, Mr. Bing Yang.

As has been communicated and documented, our team, around the middle of 2016, began work on transforming Wecast. Therefore, let's review what has been accomplished in that very short period of time.

We assembled a new experienced management team, stabilized the foundation, capitalized the company, rebranded the company, reconfigured the business structure, expanded the company's mission and business lines, made several key investments, and finally, injected several privately held and revenue-producing assets into the corporation.

Today, via the 10-K financial disclosure and this call, we officially turn the page of the old company model and move on to the next. And the next chapter will come down to two things: first, driving the new operating model to produce an unprecedented opportunity for revenue and margin expansion and then, second, build a track record of enhanced, precise and repeatable execution.

Before I turn the call over to Bing, I'm pleased to note the company today is raising its full-year revenue guidance from $280 million to $300 million based on recent visibility of and internal projections for 2017. This projection is based currently on the Wecast Service Group, which, as a reminder, is a new operational and branding for the recently purchased Sun Video Group.

With that, I would like to turn the call over to Bing Yang.

## Bing Yang   {BIO 19714239 <GO>}

Thank you, Bruno. Revenues for the full year 2016 was down 1% versus 2015. It is important to know and then reiterate that these revenues were solely from our legacy video on demand content model and that change in revenue was partially due to the new

accounting mechanism present in the previous announced new video on demand content model.

In Q4 2016, the company restructured its legacy video on demand business and signed a five-year agreement with Yanhua, where Yanhua will act as the exclusive distribution operator within the territory of PRC of the company's licensed library of major studio films.

The Yanhua partnership modified and improved Wecast legacy major studio pay content business model by moving from a framework that includes high and fixed cost upfront minimum guarantee payments, raising content cost from major Hollywood studios and the low margins to a structure that will now include relatively nominal costs to Wecast, upfront minimum guarantee payments to Wecast and the opportunity to reach an even wider audience.

While, Simon and Jason will go into more details on the financials, I wanted to briefly account for the increased operating expense which caused a larger-than-expected net loss for the year.

As indicated in November at the recommendation of the company's audit committee, the board determined that it is the best interest of the company and the company's shareholder to amend the terms of the earn-out share award related to home passed milestone.

This was done in two ways. First, the total potential earn-out share award was reduced from 15 million shares of common stock to 10 million shares of common stock. Secondly, to issue such 10 million shares of common stock earlier than previously agreed upon three-year period. The two amendments together will reduce the total equity dilution to shareholders and then reduce potential negative impact on the company's future earnings.

Based on the evidence provided to the board, the requisite thresholds necessary to trigger issuance of all shares of common stock subject to the earn-out share awards were achieved. And on November 11, 2016, the company issued 10 million shares of its common stock to Sun Seven Stars at the closing price of $1.37 on the stock issuance date, which accounts for $13.7 million shares award which negatively impacted operating expense, and therefore, net income. However, this was a onetime-only non-cash expense.

I would now like to speak about business structure. Moving forward, as this company begins 2017 with previously announced additional businesses and business lines, we are continually tweaking the business structure to align both our core focused area, which are brands, content, commerce and licensing or BCCL business model.

We now have configured and consolidated our business structure into three core cloud-based businesses that are all interacting with each other. The first is our Smart Intellectual Property Cloud. Under this cloud and the business line, we have the licensing and the sales of ours and our partners' global brand and IT portfolio. This brand and ITs include or will include consumer, sports, arts, entertainment, gaming, celebrities, medical, health, education and technology area.

Additionally, we have video content in three categories. First, premium video on demand content. Second, ad-based branded shop for professionally generated content that integrates original and the licensed content for nearly 60 categories including sports, fitness, music, food, tourism, science and more. Third, cost per sale e-commerce generated content. With this final category in videos and in particular product videos, we can have an incredible ability to drastically improve conversion rates from content consumption to merchandise purchasing.

Our second core cloud-based business line is our Products Sale Cloud. This includes supply chain management and our virtual reality, mixed reality and augmented reality platform as a service which we have spoken to in recent press releases.

Our third quarter core cloud business that we are currently planning and then looking to build out is our Transactional Cloud. This business line will include a blockchain service platform, partnerships with global data and virtual currency exchanges and our financial product exchange platforms.

We continue to add to build out our management team, most recently with the hire of our new CFO, Simon Wang, and our new COO, Yi Xu, who both come to Wecast with tremendous background and experiences. Both of which will be crucial in the upcoming year of expansion and diversification.

As far as Q1 revenues, we plan on releasing a deal into those as soon as our auditor have had a chance to review them being that Q1 just closed today. To be clear, Q1 will be based on approximately five weeks of revenue from our new businesses, which takes into account the timing of the closing of the Sun Video Group deal announced in late January and then the remaining time left in the quarter once it was deemed that Wecast had a control of some video group and could consolidate its revenue. But for now, as Bruno previously mentioned, we are raising our full-year, top-line revenue guidance to $300 million for the full-year 2017.

With that, I would like to turn the call over to Jason, who will discuss the full-year financials as written by our CFO, Simon Wang. Jason?

## Jason Finkelstein   {BIO 20316556 <GO>}

Thank you, Bing. And now the financials on Simon's behalf. All numbers are in U.S. dollars, unless noted.

Revenue for the year ended December 31, 2016 was $4.544 million as compared to $4.606 million for the same period in 2015, a decrease of approximately $62,000 or 1%. The revenue decrease was primarily due to the partnership with Zhejiang Yanhua Culture Media Company or Yanhua for short and the restructuring of the video on demand business in Q4 2016.

Revenues, which were solely from our legacy video on demand business, were down quarter-over-quarter due to the new accounting mechanisms present in the previously announced new video on demand content model. In Q4 2016, the company restructured its legacy video on demand business and signed a five-year agreement to form a partnership with Yanhua, where Yanhua will act as the exclusive distribution operator within the territory of the People's Republic of China of the company's licensed library of major studio films.

Pursuant to the Yanhua agreement, $107,517 of the first installment of RMB 6.5 million was recognized as revenue in 2016 based on the relative fair value of licensed content delivered to Yanhua by December 31, 2016.

Cost of revenue was $4.434 million for the year ended December 31, 2016, as compared to $3.674 million for the same period in 2015, an increase of approximately $760,000, or 21%. The increase in cost of revenue was primarily due to the cost associated with the restructuring of the legacy video on demand business and the additional expense approximately $564,000 caused by the restructuring. Our cost of revenue is primarily comprised of content licensing fees.

Gross profit for the year ended December 31, 2016 was $110,000 as compared to gross profit of $932,000 for 2015.

Selling, general and administrative expenses or SG&A for the year ended December 31, 2016 increased approximately $2.134 million or 26% to $10.371 million as compared to $8.237 million for the year ended December 31, 2015. The increase was primarily attributed to the bad debt expense of $2.6 million that occurred in 2016, which was partially offset by a decrease in compensation expenses by $550,000.

Professional fees are generally related to audio and review fees, legal fees and consulting fees. Our professional fees increased approximately $641,000 or 90% to $1.357 million for the year ended December 31, 2016 from $716,000 in 2015. The increase in professional fees was related to our increased legal service fees, which increased from $56,000 in 2015 to $415,000 in 2016, primarily attributed to the investment activities that occurred in 2016.

Our depreciation and amortization expense increased approximately $99,000 or 25% to $489,000 for the year ended December 31, 2016 from $390,000 during 2015. The increase was mainly due to the new office building purchased in 2016.

On November 10, 2016 the Board of Directors of Wecast held special meeting and at the recommendation of the company's audit committee, the board determined that it's in the best interest of the company and the company's shareholders to amend the terms of the Sun Seven Stars earn-out share award, which would, in effect, reduce the total equity dilution to shareholders related to the earn-out and reduce the potential negative impact on the company's future earnings, which, in essence, was done by shortening the payout period and paying all earn-out shares earlier than required.

Based on evidence provided to the board, the requisite thresholds necessary to trigger issuance of all shares of common stock subject to the earn-out share award had been achieved and on November 11, 2016, the company issued 10 million shares of its common stock to Sun Seven Stars at the closing price of $1.37 on that stock issuance date, which accounts for the $13.7 million share award expense which is based on the market price of the common stock, which negatively impacted operating expense and therefore net income. This was a onetime non-cash expense.

Our loss from operations was $27.827 million for the year ended 2016 from $8.411 million during 2015. This is mostly due to the earn-out share award expense mentioned earlier.

Basic and diluted loss per share for 2016 was $0.72 as compared to $0.34 loss per share in 2015.

That concludes management's prepared remarks. To be alerted to news events in a timely manner, the company recommends following us on Twitter with the new handle @wecastnetwork, signing up for SEC alerts at secfilings.com, or setting up a Google or Yahoo Alert with the keyword Wecast Network or our Nasdaq ticker symbol, WCST.

Thank you to everyone participating and listening to the call today.

## Operator

Thank you. This concludes today's teleconference. You may disconnect your lines at this time. Thank you for your participation.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your*

*personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP.*

*© COPYRIGHT 2019, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*