# EXHIBIT 12

**WeCast Network**
**First Quarter 2017 Investor Earnings**
**May 15, 2017**

**Presenters**
**Jason Finkelstein, Vice President of Strategy and Investor Relations**
**Bing Yang, Chief Executive Officer**
**Bruno Wu, Chairman**
**Simon Wang, Chief Financial Officer**

**Operator**
Good afternoon and welcome to WeCast Network's First Quarter 2017 Investor Earnings Call. At this time, all participants are in a listen-only mode. For opening remarks and introductions, I would like to turn the call over to Jason Finkelstein, Vice President of Strategy and Investor Relations at WeCast Network. You may go ahead, sir.

**Jason Finkelstein**
Thank you, operator, and welcome to the WeCast Network Q1 2017 earnings conference call. Joining me today, I am pleased to have Bing Yang, CEO, Bruno Wu, Chairman, and Simon Wang, CFO. For the sake of clarity and communication fluidity, on the financial portion of this call, I will personally be reading a prepared statement from our CFO, Simon Wang. The webcast of today's call will also be archived and available in the webcast and events section of the WeCast's corporate website for a minimum of 30 days.

We may make forward-looking statements during this call regarding the company's future performance. Actual results may differ materially from these statements due to risks and uncertainties related to the business. These risks and uncertainties are detailed from time-to-time in the management's discussion and analysis section of our corporate filings, copies of which can be obtained from the SEC or via our website. All information discussed on this call is as of today, May 15, 2017, and WeCast Network undertakes no obligation to update any statements or expectations from prior conversations. I would now like to turn the call over to Mr. Bruno Wu for opening remarks. Thank you.

**Bruno Wu**
Thank you, Jason, and thanks to everyone for joining our call. First, as can be seen in our recently filed 10-Q and earnings press release, revenues for Q1 2017, which were approximately 33 million U.S. dollars were 26 times more than revenues for the same period Q1 2016 and were even seven times more than the revenue for the entire 2016 by just one quarter. Revenues in Q1 2017 were mostly attributable to the new business model of WeCast Services Group, a business vertical that resides under the sales product cloud and was formed with the recent acquisitions of Sun Video Group, Wide Angle Group, and M.Y. Product Group announced in early January.

More specifically, revenues were attributable to our first product vertical, consumer electronics, as well as our supply chain management services. Customers include British Telecom, Micromax, and 15 to 20 other corporations. We also, as previously announced, signed an agreement with China Electronic Manufacturers Association and gain access to its over 4,000 members to offer them a state-of-the-art smart V-Pass system as it's build out. Bing will discuss V-Pass further.

I would also like to add that we recorded quarterly net profit of approximately 1.7 million U.S. dollars, which was the first positive net income since Q3 2013. We intend to add--we intend to build the company into world's leading industry internet company, offering total business, technical, and the financial solutions. With one of the three clouds, the company will operate, is the product cloud. With the product cloud, that will add more product verticals beyond consumer electronic, as these categories grow and scale, the new product verticals and services are offered. We expect gross margins to expand, as well, as the year continues. We're also working diligently on launching our other two cloud services, the brand intellectual property and content cloud and the financial product transactional cloud, which has been described in our prior calls, as well as our investors presentations.

Secondly, while we will not be providing any guidance into Q2 revenue today, based on the progression we have seen thus far and the ramp-up that we anticipate, we'll be iterating (sp) our full-year top line revenue guidance of 300 million. Finally, I'm extremely proud of the hard work and determination of our team. While there is still a tremendous amount of work to be done, the progression that has been made thus far on bidding an efficient and valuable platform and tools for business customers has being extremely exciting to win this (sp). We have a strong leadership group and employees pool in place who consider themselves fully aligned with our external stakeholders and are determined to create a service platform that will ultimately drive shareholder value to new highs. With that, I would like to turn the call over to Bing.

**Bing Yang**
Thank you, Bruno. WeCast is focused on becoming a total B2B industrial internet business solution provider, focused on four pillars of enabling technologies and its applications, which we refer to as our base model, B-A-S-E. This includes blockchain, artificial intelligence, supply chain management and product exchanges transactions. By providing businesses with platform resource focused on those four crucial and emerging technologies and applications of business, trade and information, WeCast is aiming to offer a cloud base and a virtual platform as a service of V-Pass for today's market place players.

So what is an industrial Internet business solution, and what is trying to accomplish? The industrial internet, which is short for industrial internet of things incorporates machine learning and the big data technology, harnessing sensors data, machine-to-machine communication, and automation technologies that have existed in industrial settings for years. The thought

process behind the industrial internet is the smart machines that are better humans at accurately, consistently capturing and communicating data. This data can enable companies to pick up on inefficiencies and problems sooner, saving time and money and the supporting business intelligence efforts. In manufacturing, specifically, the industrial internet holds great potential for quality control, sustainable and green practices, supply chain traceability, and overall supply chain efficiency.

Chinese businesses, and more specifically, manufacturers, live off very small margins and deal with a lot of pain points in their operations. Due to the rapid growth of cost of human resources, capital and energy, manufacturing industries, cost of production has increased sharply. Additionally, there are too many intermediate links in the traditional wholesale and export channels, which further hurt the margins. We believe that the development of intelligent manufacturing should be expedited (sp) with the help of the industrial internet, which includes integrating mobile internet, cost (sp) computing and big data with the modem manufacturing industry in order to promote China added value industrial revolution.

WeCast solution is V-Pass, which will provide an intermediate free close loop (unintelligible) eco-system that will help enterprises solve pain point, set up a disruption in the supply chain through the removal of trade brokers, and improve growth through precision sales. V-Pass will provide a self service platform of sales, marketing, and management for industry buyers and sellers in many different product categories. Once complete, V-Pass will become comprised of more than 10 modules that will continually be layered in. The build out (sp) will come from joint ventures and acquisitions already in different stages of process.

Number one, group to group e-commerce marketing system, artificial intelligence match precession making for buyers and sales, for instance; number two, big data visualizations SaaS; number three, industry information and public opinion data analysis; number four, sales to management, CRM plus precision marketing system; number five, sales side display, VR, or virtually reality, MR, and the AR demonstrations and exhibition systems; number six, video conferring system; number seven, supply chain financial services; number eight, settlement and the credit services; number nine, block chain service path; number ten, IP platform data processing SaaS.

As the V-Pass build out continues to unfold, we will update investors accordingly. V-Pass, combined with our three core intelligent cloud businesses, will allow WeCast to position itself as the distilling constructive company with the value enhancing offering. Our plan and the model has been drawn up with a focus of disrupting the status quo and the ability to help businesses capitalize exploit potential of the continue emerging industrial internet. With that, I would like to turn the call over to Jason, who will discuss the full year financials as written by our CFO, Simon Wang. Jason?

**Jason Finkelstein**

Thank you, Bing. And now the financials on behalf of our CFO, Simon Wang. All numbers are in U.S. dollars. Revenue for Q1 2017 was 33.2 million as compared to 1.3 million for the same period in 2016, an increase of approximately 31.9 million. The increase was primarily due to our new business lines acquired in January 2017 and one-time consulting services that were provided to several customers.

It is important to note that the new business revenues were able to be accounted for from the beginning of the quarter, January 01, 2017, unlike the previously anticipated that announced five to six weeks of the quarter. The revenue increase was partially offset by a decrease of our legacy YOD business in the amount of 0.5 million, as legacy YOD business shifts to the new exclusive distribution agreement with Zhejiang, Yanhua Culture Media Company Limited, or Yanhua, which was announced in Q4 2016. Cost of revenues was approximately 29.3 million for Q1 2017 as compared to 0.9 million for the three months ending March 31, 2016.

Our cost of revenues increased by 28.4 million, which is in line with the increase of revenues. Our cost of revenues is primarily comprised of electronics product purchasing cost from WeCast Services. Gross profit margin for Q1 2017 decreased from 27.88% in the same period 2016 to 11.52%, mainly due to the shift to the WeCast Services business from the legacy YOD business.

Selling, general, and administrative, or SG&A expenses, for Q1 2017 was 1.3 million as compared to 2.2 million for the same period in 2016, a decrease of approximately 0.9 million, or 42%. Salaries and compensation, a component of SG&A, for Q1 2017 was 0.8 million, a decrease of 0.6 million. Rent expenses for Q1 2017 was 0.1 million. The decreases were mainly attributable to certain existing employees and offices that have been use to provide consulting services, who's cost was recorded and shifted to cost of sales in Q1 2017.

Travel and entertainment expenses for the Q1 2017 was 0.4 million, a decrease of 0.3 million, while advertising the promotion expenses for Q1 2017 was 0.02 million, a decrease of 0.03 million. This was due to the legacy YOD business transition to the Yanhua Partnership announced Q4 2016, which reduced sales expenses related to that part of the business. Professional fees for Q1 2017 was 0.3 million as compared to 0.4 million in the same period 2016, a decrease of approximately 0.1 million. This was mainly due to a decrease in audit and valuation fees. Basic and diluted earnings per share for Q1 2017 was $0.04 as compared to a $0.09 loss per share in the same period 2016.

That concludes management's prepared remarks. To be alerted to news events in a timely manner, the company recommends following us on Twitter with the new handle at @WeCastnetwork, signing up for SEC alerts at secfilings.com, or setting up a Google or Yahoo alert with the keyword WeCast Network, or NASDAQ ticker symbol WCST. Thank you to everyone participating and listening to the call today.

**Operator**

Ladies and gentlemen, that concludes today's conference. You may disconnect your lines at this time. Thank you, all, for your participation.