# EXHIBIT 16

Press Release

« Back

View printer-friendly version

# Seven Stars Cloud Announces Several Crude Oil Based Trading Products

**- Company also provides preliminary and unaudited update on Q4 2017 revenues**

NEW YORK, Jan. 16, 2018 /PRNewswire/ -- Seven Stars Cloud Group, Inc. (NASDAQ: SSC) ("SSC" or the "Company"), announced today the establishment and planning of (through its subsidiary BBD Digital Capital Group) several crude oils based, index, ETF and digital asset trading products, all part of SSC's product engine #2: Commodity Markets.

The Oil Index Group will comprise of nine sub index products tracking global oil trades. The first launch via SSC's Initial Exchange Offering ("IEO") Network is anticipated to begin in February, with an offering of approximately $1.5bn USD that will be issued in stages through respective market partners and through a multi-track & multi-product approach.  This first pool offering will include of a combination of crude oil digital asset products, ETFs and indexes.

In addition to the above, it is worth noting that SSC's crude oil supply chain finance and management business alone (specifically from its JV with Ocasia: https://www.prnewswire.com/news-releases/seven-stars-cloud-announces-2-new-separate-jv-partnerships-300503626.html), **did a preliminarily reviewed, but still unaudited, $170 million USD in revenue in Q4 2017**.  This is significant not only from a top line revenue standpoint, but additionally, certain trading products that SSC will be launching will be based on and underpinned, by the *real assets* of SSC's supply chain finance and management clients and partners.

As mentioned previously, BBD Digital Capital Group will focus on leveraging the BBD brand with artificial intelligence-driven financial data services as well as transactional platforms for index, futures and derivative trading, specifically for global commodity and energy clients and partners.

BBD Digital Capital Group will be powered by Dynamic Ontology models.  Dynamic Ontology has emerged as a powerful way to share common understanding, due to its ability to chain limitless amounts of knowledge, compartmentalize the variables needed for any set of computations and establish the relationships between them.  BBD Digital Capital Group is positioned to operate a global AI + Blockchain digital issuance & trading platform of index / future derivatives.  Centered on SSC's Dynamic Ontology model and approach, BBD Digital Capital Group will convert data into financial super intelligence, that intelligence to investment opportunities, and those opportunities to cash and assets through integrated digital securitization and Initial Exchange Offering financial services.

BBD is Asia's leading provider of super Artificial Intelligence-based big data solutions dedicated to optimizing the efficiency and effectiveness of industrial-level decision-making and risk management, by standardizing data services. BBD Digital Services will look to capitalize on commodity and energy provider's needs for more precise risk management services, more informed operational planning and more strategic decision-making, specifically as they all relate to the trading of index, futures and commodities.

Dr. George Yuan is the Chief Risk Officer and Chief Engineer of BBD Digital Capital Group.  With prior risk management experience at Deloitte China, KPMG LLP (USA) and TXU Energy Trading (Dallas, TX), as well as holding a professorship at the Institute of Risk Management at Tongji University, Dr Yuan's study and work has centered around the valuation of Financial Derivatives and Value-at-Risk (VaR) Modeling for Market Risk, Credit Risk and Operational Risk under the framework of Basel II (Basel III) Accord, Financial and Credit Derivatives Pricing, Portfolio Optimization, Risk Limit Design, Commodity Forward Price Curve Design, Complex Position, Commodity Price Risk Assessment and Asset Valuation.

**http://www.sevenstarscloud.com/**

**Safe Harbor Statement**

**This press release contains certain statements that may include "forward looking statements." All statements other than statements of historical fact included herein are "forward-looking statements." These forward looking statements are often identified by the use of forward-looking terminology such as "believes," "expects" or similar expressions, involve known and unknown risks and uncertainties. Although the Company believes that the expectations reflected in such forward-looking statements are reasonable, they do involve assumptions, risks and uncertainties, and these expectations may prove to be incorrect. You should not place undue reliance on these forward-looking statements, which speak only as of the date of this press release. The Company's actual results could differ materially from those anticipated in these forward-looking statements as a result of a variety of factors, including those discussed in the Company's periodic reports that are filed with the Securities and Exchange Commission and available on its website (http://www.sec.gov). All forward-looking statements attributable to the Company or persons acting on its behalf are expressly qualified in their entirety by these factors. Other than as required under the securities laws, the Company does not assume a duty to update these forward-looking statements.**

Contact:

Jason Finkelstein

Vice President, Investor Relations

Seven Stars Cloud Group, Inc.

646-532-6468

www.sevenstarscloud.com

@sevenstarscloud

C View original content:http://www.prnewswire.com/news-releases/seven-stars-cloud-announces-several-crude-oil-based-trading-products-300583094.html

SOURCE Seven Stars Cloud Group, Inc.

/