# EXHIBIT 19

**Seven Seas**
**Second Quarter 2018 Earnings**
**August 13, 2018**

<u>**Presenters**</u>
**Chad Arroyo, Chief Marketing Officer**
**Bruno Wu, Chairman & CEO**
**Bob Benya, President**
**Federico Tovar, CFO**

**Operator**
Greetings and welcome to the Seven Stars Cloud Group Inc. Second Quarter 2018 Earnings Conference Call. At this time, all participants are in a listen-only mode. A question-and-answer session will follow the formal presentation. If anyone should require operator assistance during the conference, please press star zero on your telephone keypad. As a reminder, this conference is being recorded. It is now my pleasure to introduce your host, Chad Arroyo, Chief Marketing Officer for Seven Stars Cloud Group Inc. Please go ahead, Chad.

**Chad Arroyo**
Thank you, operator, and welcome to the Seven Stars Cloud Group Q2 2018 Earnings Conference Call. Joining me today, I am pleased to have Mr. Bruno Wu, Chairman and CEO, Mr. Bob Benya, President, and Federico Tovar, Chief Financial Officer. A webcast of today's call will be archived and available in the Events and Presentations section of the Seven Stars Cloud corporate website for a minimum of 30 days.

Before we begin, I will read our Safe Harbor statement. We may make certain statements today, August 13, 2018, that are forward-looking and involve a number of risks and uncertainties that could cause actual results to differ materially. Please note that these forward-looking statements reflect our opinions only as the date of this call, and we undertake no obligation to revise or publicly release the results of any revision to these forward-looking statements in light of new information or future events. In addition, we are subject to a number of risks that may significantly impact our business and financial results. These results and uncertainties are detailed from time-to-time in the Management's Discussion and Analysis section of our corporate filings, copies of which can be obtained from the SEC or via our newly redesigned website www.sevenstarscloud.com.

In a moment, I will turn the call over to Bob Benya for brief opening remarks, and then Federico Tovar will continue immediately after Bob for an explanation of our financials. And then we will begin the Q&A portion of our call, where management will answer questions e-mailed by our investors and listeners. I would now like to turn over the call to Mr. Bob Benya for brief opening remarks. Thank you.

**Bob Benya**

Thank you, Chad, and thanks to everyone joining our call. Our second quarter followed on strongly from Q1 and so our company progress in all of our key focus areas. SSC generated $133 million in revenue in Q2, which represents more than 200% revenue growth as compared to the same quarter last year. Combined, our first two quarters were substantially up from the same period 2017.

We continue to transition and transform the company and execute on our strategic plan. We've made substantial progress in key areas such as strategic partnerships, corporate infrastructure including our new corporate headquarters in the heart of Wall Street, and three, the development of the seasoned global management team with subject matter expertise to position us well and to deliver asset digitization (sp) products and services.

SSC is on an accelerated path to become the next-generation artificial intelligence, or AI, in blockchain powered global fin-tech and asset digitization services company, focusing on digital asset production and distribution. We are transforming traditional assets and the associated industry into the asset digitization era. Our 4+2+1 Strategy will drive growth across our core products which are, one, digital financial assets, two, consumer digital assets, three, commodities and energy, and four, TradeTech. I will provide a brief overview of each product, and our CEO and Chairman, Mr. Wu, will elaborate further on our 4+2+1 Strategy in the Q&A session.

For product number one, our initial digital financial asset focus will be on China. Fixed income products like insurance, company-held real estate, private equity, and venture capital, which have a combined asset value of 13 trillion RMB (sp). SSC recently secured and announced an exclusive arrangement in the country to digitize those assets, which is enormous opportunity for SSC. We also recently secured and announced a long term strategic licensing arrangement to use velocity ledger tech, which is the leading blockchain solution for our work in China, as well as other territories going forward.

For product two, consumer digital assets, this involves issuance of tokens or digital dollars and will serve as new digital mediums for engaging with merchants and service providers, as well as providing for stores the value. Product three is commodities and energy and will feature a global utility claim in setting up JVs--joint ventures with very large institutions. Product four is TradeTech, which involves the use of blockchain, active ledger, and index products to ramp up margin significantly in our supplier chain finance services business, which is a key driver of our current and rapid top line revenue growth.

This focus, combined with, number one, a high performance global partner network of business professionals and, number two, trading technologies, enhance with our blockchain and AI tech, positions SSC as a world leader in digital asset management and services. We have secured this network through acquisitions, joint ventures, licensing and partner agreements and, lastly, we're continuing to evaluate new opportunities as part of our strategy.

Our current primary revenue model includes the following: one, proceeds from new digital asset creation, or IE, token generation event on behalf of portfolio and companies; two, proceeds from the creation and issuance of financial instruments tied with new database products such as indexes and features; three, feeds (sp) collected by the securitization, tokenization or primary digital issuance and then the trading of the digital assets; and then four, revenue sharing agreements with our strategic partners.

Overall, we've come a long way in a very short period of time. We're proud of our growing global team and their accomplishments. We're highly motivated to lead and build a very bright future for SSC shareholders, our partners, and our clients. Now, Federico Tovar, our Group CFO, will discuss Q2 '18 financials, after which we will host the Q&A with our CEO and Chairman, Bruno Wu. Thank you.

**Federico Tovar**
Revenue for the three months ended June 30, 2018, was 133 million as compared to 43 million for the same period in 2017, an increase of approximately 90 million, or 207%. Similar to this increase that's in our Q1 recording, the increase was primarily due to our expanding supply chain management business initiatives in November 2017, and the company expects to transition this business onto blockchain through our 4+2+1 Strategy.

Cost of revenues was approximately 131 million for the three months ended June 30, 2018, as compared to 43 million for the three months ended June 30, 2017. Our cost of revenues increased by 88 million, which is in-line with our increase of revenues. Our cost of revenues is primarily comprised of cost to purchase electronic products and the crude oil from suppliers in supply chain management business, as well as the cost of sales in our legacy YOD business.

Our gross profit for the three months ended June 30, 2018, was approximately 1.5 million as compared to gross profit of 55,000 during the same period in 2017. The gross margin for the three months ended June 30, 2018 was 1.1%, while in 2017, it was a gross margin of 0.002%. This increase in margin is primarily due to our outstanding supply chain management business, which we intend to transition into our higher margin and blockchain driven TradeTech business. SG&A expenses for the three months ended June 30, 2018, was 8.8 million as compared to 3 million for the same period in 2017, an increase of approximately 5.8 million. This was primarily due to share-based equity compensation for executives and employees to attract top talent as we build out our team to execute on our 4+2+1 Strategy.

Professional fees are generally related to public company reporting and governance expenses, as well as legal fees related to business transition and expansion. Professional fees for the three months ended June 30, 2018, were 0.6 million as compared to 0.8 million for the same period in 2017, a decrease of approximately 0.2 million. This decrease was primarily related to the decrease in auditing services fees in 2018 Q2. Depreciation and amortization for the three months ended June 30, 2018, was 0.01 million as compared to 0.06 million for the same period

in 2017, a decrease of approximately 0.05 million. The decrease was mainly due to the sale of our Beijing office building in 2017.

Loss per share for the three months ended June 30, 2018, was 0.12 per share as compared to a loss per share for the same period in 2017 of 0.06 per share. As of June 30, 2018, the company had cash of 1.8 million, total assets on its balance sheet of 153.6 million, and total equity of 38.8 million. This concludes management's prepared remarks. I would now like to turn the call back over to investors' questions and management's answers.

**Chad Arroyo**
Thank you, operator, and thank you, Bob and Federico. At this point in the call, I will ask several questions to the management, specifically Bruno Wu, that were provided by investors prior to and during the call. The first question is, Bruno, in your own words, can you speak to the business model and 4+2+1 Strategy?

**Bruno Wu**
Thank you, Chad. Our 4+2+1 Strategy is at the core of our value proposition for 2018 and is centered around the four engines. Number one is fixed income based financial digital assets via velocity legend network. It is a blockchain based smart contract and serve the real-world financial assets. They're essentially secure digital representations of all financial instruments, such as equity, debt derivatives and other structured financial instruments, as well as hard assets such as real estate. SSC offers the full value chain from an AI (unintelligible) risk and ratings service to fractionalization, securitization and tokenization, to sales and trading platforms through those regulated and unregulated networks and exchanges worldwide.

Secondly is commodity, energy, digital assets. Commodity and energy-centric digital assets represent the sourcing of actual commodities and energy-based products, physical assets, supply chain contracts, feature and derivatives, et cetera. This includes (unintelligible) and energy product such as oil, coal, and hydroelectric. Our dynamic ontology and super intelligence-based engines produce the world's leading index products. Number three is consumer digital assets. Consumer digital assets serve as a new digital mediums for engaging with merchants and service providers, as well as providing for stores of value. These assets can be used in a variety of methods such as media, copyright and licensing, digital collectibles, gaming, celebrity fanfare, social media influencer, entertainment or sports, et cetera.

Number four is TradeTech and vertical industry digital assets. TradeTech typically include a value chain of suppliers, processors, manufacturers, distributors, and other support entities in order to ensure that products and services get to market in the most efficient manner. Vertical industry digital assets that are based on TradeTech are ecosystems with their own settlement tokens. These digital ecosystems increase supply chain, financing platforms, settlement assets, payment mediums, stores of value, supply chain contracts, indexes, and other digital means of supporting and enabling specific industry verticals.

More engines are under development to be customized to fit the need of various business use cases. As a result of these four engines, we have the two, which is the improved impact on a business and increasing top line revenue growth, which, by end of Q2, we already exceeded the originally announced whole year's guidance combined with improved profitability and the bottom line margins through efficiencies and scale from derived--from our broad chain technologies.

Finally, as a result of the above four and the two, we expect to continue to strengthen our balance sheet being debt-free with overall financial health of our organization and the increase in shareholder value. That is the one we can achieve with our strategy. Back to you, Chad.

**Chad Arroyo**
Thank you, Bruno. And here is the next question. Given that you have the new, New York corporate headquarters and plan to develop a Connecticut campus over the next five years, will there be more opportunities in other U.S. states?

**Bruno Wu**
Yes. We are exploring partnerships, investments, and M&A activities based on value and expertise they're fitting to our vision. These could present themselves in the U.S. or anywhere in the world, so nothing is beyond consideration at this time. Our focus is as much on value creation as location as we fire up our global ecosystem.

**Chad Arroyo**
All right. Thank you, Bruno.

**Bruno Wu**
Thank you, Chad.

**Chad Arroyo**
And the final question is regarding the plans for the Connecticut Fin-tech Village. What benefit or shareholder value is there in Seven Stars Cloud building a hub to be inhabited by other businesses?

**Bruno Wu**
Well, the Fin-tech Village is an important strategic asset for several reasons that fit within SSC strategy, particularly the 4+2+1 Strategy and its roll out starting 2018. It goes way beyond just AI and blockchain, which are current technologies we're working with. We anticipate the companies located in Fin-tech Village will be involved in our cutting edge technologies, including blockchain AI dig data and other cloud-based technologies. To enable the entire Fin-tech Village to become world's first place, a platform or hub where the business integration and implementation with real business cases can happen. So, this will help to shape our economies for years to come.

**Chad Arroyo**

Thank you, Bruno. This concludes the Q&A portion of the Seven Stars Cloud Q2 2018 Investor Earnings Conference Call. To be alerted to news events in a timely manner, the company recommends following us on Twitter at the handle @sevenstarscloud, signing up for SEC alerts at secfilings.com, exploring our website at www.sevenstarscloud.com, or setting up Google or Yahoo Alerts with the keyword Seven Stars Cloud or NASDAQ ticker symbol SSC. Thank you, everyone, for participating and listening to the call today.

**Operator**

Thank you. That does conclude today's teleconference. You may disconnect your line at this time and have a wonderful day. We thank you for your participation today.