# EXHIBIT 21

Press Release

« Back

View printer-friendly version

# Seven Stars Cloud Provides Update on its 2018 Business Ecosystem and Organizational Plan

NEW YORK, Jan. 2, 2018 /PRNewswire/ -- Seven Stars Cloud Group, Inc. (NASDAQ: SSC) ("SSC" or the "Company"), provided today an organizational elucidation to its business model and structure, intended to illuminate and further define its business ecosystem and underlying model.  SSC is aiming to become a next-generation and global Artificial Intelligence & Blockchain-powered disruptive financial services company offering a hybrid and value-add solution of digital asset risk management, securitization, tokenization and trading, all within its ecosystem.



Based on a "7-3-2-1" structural approach, Seven Stars Cloud will manage, discuss and/or report based on the following:

## "7": Seven Product Engines:

a.   Credit & Supply Chain Finance Marketplace & AI-Enabled Risk Management;
b.   Commodity Markets: Issuance & trading of indexes, futures and other derivatives backed by Big Commodities (energy, eg.) assets;
c.   Currency Markets: Issuance & trading of indexes, futures and other derivatives backed by Global Currencies and combined top digital currencies portfolio;
d.   Future Economy Index: Issuance & trading of Country Specific Future Economy Indexes (FEI)
e.   Green Industries: Issuance & Trading of indexes and derivatives backed by "Green" Agricultural, Environmental and New Energy assets;
f.   Intellectual Products (IP): Issuance & trading of futures and derivatives backed by or relating to all revenue, business and/or competitive facets of: movies, television, sports. Music, e-sports, games, brands, etc.;
g.   Dynamic Business Intelligence Analysis

## Grouped into "3" Technology Platforms (Dynamic Ontology Super Intelligence + Blockchain Based):

a.   "Venus": Powering the Credit & Supply Chain Finance Product Engine;
b.   "Plutus": Powering the Commodity Markets, Currency Markets, Future NEI, Green Industries and Intellectual Property Engines;
c.   "Apollo": Powering the Dynamic Business Intelligence Database

## Which are Distributed via "2" Networks:

a. NextGen X IEO, Global Exchange Offering: 1) A global digital securitization, offering & issuance network of exchange and Alternative Trading Services (ATS);

b. Financial Social Network: "Read and burn" instant messaging-based chatware as well as personalized content optimization and delivery, all intended to create 'stickiness' amongst the investment community user base

<u>All of which combined create "1" Multi-Faceted Value Hub providing the following functionality:</u>

a. Central Policy, self-regulation and self-government
b. Value storage and stability for digital securitization
c. Dynamic Epistemology: super intelligence to verify data before processing
d. Dynamic credit rating for digital assets
e. Stable collateral for credit
f. Decentralized exchange of tokens and currencies for payment in settlement network
g. Centralized blockchain and technology support

Seven Stars Cloud intends to carry out execution of the business plan strictly in accordance with the above roadmap, as it aims to become a next generation global financial services and fintech leader.

**http://www.sevenstarscloud.com/**

**Safe Harbor Statement**

**This press release contains certain statements that may include "forward looking statements." All statements other than statements of historical fact included herein are "forward-looking statements." These forward looking statements are often identified by the use of forward-looking terminology such as "believes," "expects" or similar expressions, involve known and unknown risks and uncertainties. Although the Company believes that the expectations reflected in such forward-looking statements are reasonable, they do involve assumptions, risks and uncertainties, and these expectations may prove to be incorrect. You should not place undue reliance on these forward-looking statements, which speak only as of the date of this press release. The Company's actual results could differ materially from those anticipated in these forward-looking statements as a result of a variety of factors, including those discussed in the Company's periodic reports that are filed with the Securities and Exchange Commission and available on its website (http://www.sec.gov). All forward-looking statements attributable to the Company or persons acting on its behalf are expressly qualified in their entirety by these factors. Other than as required under the securities laws, the Company does not assume a duty to update these forward-looking statements.**

Jason Finkelstein

Seven Stars Cloud Group, Inc.

646-532-6468

www.sevenstarscloud.com

@sevenstarscloud

Seven Stars Cloud "7-3-2-1" Structure

C  View original content with multimedia:http://www.prnewswire.com/news-releases/seven-stars-cloud-provides-update-on-its-2018-business-ecosystem-and-organizational-plan-300576308.html

SOURCE Seven Stars Cloud Group, Inc.