# EXHIBIT 23

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## FORM 10-K/A

(Amendment No.1)

(Mark One)

☒ ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the fiscal year ended: **December 31, 2017**

☐ TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the transition period from _____ to _____

Commission File No.**001-35561**



## SEVEN STARS CLOUD GROUP, INC.
(Exact name of registrant as specified in its charter)

| Nevada | 20-1778374 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**No.4 Drive-in Movie Theater Park,**
**No. 21, Liangmaqiao Road, Chaoyang District, Beijing, China 100125**
(Address of principal executive offices)

**(212) 206-1216**
(Registrant's telephone number, including area code)

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Name of each exchange on which registered |
|---|---|
| **Common Stock, par value $0.001 per share** | **Nasdaq Capital Market** |

Securities registered pursuant to Section 12(g) of the Exchange Act:**None.**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.

Yes ☐   No ☒

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.

Yes ☐   No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.

Yes ☒   No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Website, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).

Yes ☒   No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best

of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act

Large Accelerated Filer ☐                                    Accelerated Filer ☐

Non-Accelerated Filer ☐                                      Smaller reporting company ☒

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act).

Yes ☐   No ☒

As of June 30, 2017 (the last business day of the registrant's most recently completed second fiscal quarter), the market value of the shares of the registrant's common stock held by non-affiliates (based upon the closing price of shares as reported by Nasdaq) was approximately $63,222,176. Shares of the registrant's common stock held by each executive officer and director and each by each person who owns 10% or more of the outstanding common stock have excluded from the calculation in that such persons may be deemed to be affiliates of the registrant. This determination affiliate status is not necessarily a conclusive determination for other purposes.

There were a total of 68,865,056 shares of the registrant's common stock outstanding as of March 26, 2018.

**DOCUMENTS INCORPORATED BY REFERENCE**

None.



**SEVEN STARS CLOUD GROUP, INC.**
*Annual Report on FORM 10-K/A*
*For the Fiscal Year Ended December 31, 2017*
**TABLE OF CONTENTS**

| | | Page |
|---|---|---|
| | PART I | |
| Item 1. | Business | 4 |
| Item 1A. | Risk Factors | 14 |
| | | |
| | PART II | |
| Item 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 29 |
| Item 8. | Financial Statements and Supplementary Data | 41 |
| | | |
| | PART III | |
| Item 10. | Directors, Executive Officers and Corporate Governance | 42 |
| | | |
| | PART IV | |
| Item 15. | Exhibits, Financial Statement Schedules | 48 |

Table of Contents

**EXPLANATORY NOTE**

Seven Stars Cloud Group, Inc. is filing this Amendment No. 1 on Form 10-K/A (this "Amendment") to its Annual Report on Form 10-K for the fiscal year ended December 31, 2017 (the "Original Filing"), which was originally filed with the Securities and Exchange Commission on March 30, 2018.

The purpose of this amendment is to amend certain Items of our Form 10-K for the fiscal year ended December 31, 2017 in response to comments received from the Securities and Exchange Commission. This Amendment does not include the entire Form 10-K. Except for those Items of the Form 10-K contained herein, this Amendment does not amend any information set forth in the Original Filing, and the Company is not required to update disclosures to reflect any events that occurred subsequent to March 30, 2018.

**Special Note Regarding Forward Looking Statements**

In addition to historical information, this report contains forward-looking statements within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended. We use words such as "believe," "expect," "anticipate," "project," "target," "plan," "optimistic," "intend," "aim," "will" or similar expressions which are intended to identify forward-looking statements. Such statements include, among others, those concerning market and industry segment growth and demand and acceptance of our new and existing products or services; any projections of sales, earnings, revenue, margins or other financial items; any statements regarding the plans, strategies and objectives of management for future operations; any statements regarding future economic conditions or performance; uncertainties related to conducting business in China; and all assumptions, expectations, predictions, intentions or beliefs about future events. You are cautioned that any such forward-looking statements are not guarantees of future performance and involve risks and uncertainties, including, and without limitation, those identified in Item 1A, "Risk Factors" included herein, as well as assumptions, which, if they were to ever materialize or prove incorrect, could cause the results of the Company to differ materially from those expressed or implied by such forward-looking statements.

Although we believe the expectations reflected in the forward-looking statements are reasonable, we cannot guarantee future results, level of activity, performance, or achievements. Moreover, neither we nor any other person assumes responsibility for the accuracy or completeness of any of these forward-looking statements. You should not rely upon forward-looking statements as predictions of future events. The forward-looking statements included herein are made as of the date of this report. We undertake no obligation to update any of these forward-looking statements, whether written or oral, that may be made, from time to time, after the date of this report to conform our prior statements to actual results or revised expectations.

**Use of Terms**

Except as otherwise indicated by the context, references in this report to "we," "us," "our," "our Company," "the Company," "SSC" or "Seven Stars Cloud," are to the business of Seven Stars Cloud Group, Inc. (formerly known as Wecast Network , Inc.), a Nevada corporation, and its consolidated subsidiaries and variable interest entities.

In addition, unless the context otherwise requires and for the purposes of this report only:

- "CB Cayman" refers to our wholly-owned subsidiary China Broadband, Ltd., a Cayman Islands company;
- "Exchange Act" refers to the Securities Exchange Act of 1934, as amended;
- "Hong Kong" refers to the Hong Kong Special Administrative Region of the People's Republic of China;
- "Hua Cheng" refers to Hua Cheng Hu Dong (Beijing) Film and Television Communication Co., Ltd., a PRC company 39% owned by Sinotop Beijing and 20% owner of Zhong Hai Media;
- "PRC," "China," and "Chinese," refer to the People's Republic of China;
- "Renminbi" and "RMB" refer to the legal currency of China;
- "SEC" refers to the United States Securities and Exchange Commission;
- "Securities Act" refers to the Securities Act of 1933, as amended;
- "Shandong Broadcast" refers to Shandong Broadcast & TV Weekly Press, a PRC company;
- "Shandong Media" refers to our previously owned 50% joint venture, Shandong Lushi Media Co., Ltd., a PRC company; effective July 1, 2012, Shandong Media became a 30% owned company by Sinotop Beijing;
- "Sinotop Beijing" refers to Beijing Sino Top Scope Technology Co., Ltd., a PRC company controlled by YOD Hong Kong  through contractual arrangements;
- "U.S. dollars," "dollars," "USD," "US$," and "$" refer to the legal currency of the United States;
- "U.S. Tax Reform" refers to the Tax Cuts and Jobs Act, enacted by the United States of America on December 22, 2017;
- "VIEs" refers to our current variable interest entities Sinotop Beijing, and SSF;
- "VOD" refers to video on demand, which includes near video on demand ("NVOD"), subscription video on demand ("SVOD"), and transactional video on demand ("TVOD");
- "WFOE" refers to our wholly-owned subsidiary Beijing China Broadband Network Technology Co., Ltd., a PRC company which was sold during the quarter ended March 31, 2014; "YOD Hong Kong" refers to YOU On Demand (Asia) Limited, formerly Sinotop Group Limited, a Hong Kong company wholly- owned by CB Cayman;
- "SSF" refers to Tianjin Sevenstarflix Network Technology Limited, a PRC company controlled by YOD Hong Kong through contractual arrangements;
- "YOD WFOE" refers to YOU On Demand (Beijing) Technology Co., Ltd., a PRC company wholly-owned by YOD Hong Kong;
- "Zhong Hai Media" refers to Zhong Hai Shi Xun Media Co., Ltd., a PRC company 80% owned by Sinotop Beijing until June 30, 2017; "Wecast Services" refers to our wholly-owned subsidiary Wecast Services Group Limited (formerly known as Sun Video Group Hong Kong Limited) a Hong Kong company; "Wide Angle" refers to Wide Angle Group Limited, a Hong Kong company 55% owned by the Company; and "Wecast SH" refers to Shanghai Wecast Supply Chain Management Limited, a PRC company 51% owned by the Company.

In this report we are relying on and we refer to information and statistics regarding the media industry in China that we have obtained from various public

sources. Any such information is publicly available for free and has not been specifically prepared for us for use or incorporation in this report or otherwise.

3

Table of Contents

**PART I**

**ITEM 1.          BUSINESS.**

**Overview**

Seven Stars Cloud Group, Inc. (NASDAQ: SSC) was incorporated in the State of Nevada on October 19, 2004. Since 2010, it has been a premium content Video On Demand ("VOD") services provider with primary operations in the People's Republic of China through its subsidiaries and variable interest entities. It provided premium content and integrated value-added service solutions for the delivery of VOD and paid video programming to digital cable providers, Internet Protocol Television ("IPTV") providers, Over-the-Top ("OTT") streaming providers, mobile manufacturers and operators, as well as direct customers.

Starting from 2017, it is aiming to become a next generation Artificial-Intelligent (AI) & Blockchain-Powered, Fintech company. By providing and managing an infrastructure and environment that facilitates the transformation of traditional financial markets such as commodities, currency and credit into the asset digitalization era, SSC hopes to provide asset owners and holders a seamless method and platform for digital asset securitization, tokenization and trading. Separately, SSC is aiming to offer a closed supply chain trading ecosystem for corporate buyers and sellers designed to eliminate standard transactional intermediaries and create a more direct and margin-expanding path for principals.

2017 has been a year of transition from the Company's legacy business to the Company's new business.

Pertaining to the Company's efforts to become a next generation Artificial-Intelligent (AI) & Blockchain-Powered, Fintech company, in early Q1 2017, the Company completed the acquisition  of Sun Video Group HK Limited ("SVG"), which had a 51% ownership stake in M.Y. Products, LLC ("MYP"), a global, smart supply chain management operator. Functioning as a global smart supply chain management company, the acquisition was consummated in an effort to support the Company's brand licensing and video commerce business with B2B services. With the aforementioned service offerings under one roof, the Company could now provide Chinese manufacturers the opportunity to improve profitability within the distribution chain and allowing manufacturers to capture more robust margins as well as reapportioning cost savings to marketing and branding, thereby improving revenue volume.

Also in early February 2017, the Company announced it had acquired 55% of Wide Angle Group Limited ("WAG"). Coupling WAG's capabilities and offerings with those already existing under the SVG/MYP deal, including Supply Chain Management, Manufacturer Sourcing, Supply Chain Financing, VR (virtual reality)-Enabled Commerce Technology and AI-driven Big Data Technology Management, the Company was seeking to creating a diversified and robust business division, separate from the VOD business.

For 2017, through the acquisition and operation of the SVG and WAG the two current revenue sources were initiated. They are supply chain management & structured finance and alternative finance & carry trade businesses. The Company is currently primarily engaged with consumer electronics and smart supply chain management operations. Our end customers include about 15 to 20 corporations across the world. Starting from October 2017, through partnership with another business partner, our newly controlled Singapore joint venture has been conducting oil trading business in Singapore. Other than the trading business that Company already operated in 2017, the Company also intends to run the engine upon its Venus blockchain based platform, which includes TPaaS & VPaaS system. As of fourth quarter of 2017, TPaaS system went into trial operation. A significant portion of our operations will consist of these new lines of business, however since these are new business lines, customer demand is in the process of being validated, and the global regulatory environment is constantly adapting to these new fintech products and technologies. As a result, it is not possible to make a definitive prediction on the rate of growth and profitability of these operations at this time. These services will be offered globally from our New York and China offices.

As part of our overall strategy, the Company is focused on trying to establish 4 digital asset product categories which are expected to trade on 4 digital asset global trading platforms and exchanges and are expected to be distributed and monetized through 4 digital asset global partner sales and monetization networks.

The 4 digital asset product categories are expected to be (i) financial, (ii) vertical industry, (iii) consumer and (iv) media. The products within these groups are in development and are expected to represent new digital financial assets that can be used for store of value, application platform-based transactions, supply chain transactions, transaction incentivization, and general payments. By nature, their storage and transactability in the various use cases that they are created and are expected to produce new value and fungibility with other digital assets and in some cases, fiat currency.

The 4 digital asset global trading platforms and exchanges are expected to be:

     i.   Global Financial Digital Asset Exchange Groups

     ii.   Global Vertical Industry Digital Asset Exchange Groups

     iii.   Global Consumer Digital Asset Exchange Groups

     iv.  Global Media Digital Asset Exchange Groups

Our digital asset trading platforms are expected to represent owned and partner exchanges that will support our digital asset products.

The 4 digital asset global partner sales and monetization networks are expected to be:

     i.   GenXPlus (rebranded from NextGen X)

ii.   Redrock Global Capital

iii.   Partnerships with highly scalable, transparent and decentralized digital asset exchange platforms

iv.   Launch of highly scalable, transparent and decentralized financial exchange partner platforms

4

Table of Contents

The Company's global partner sales and monetization networks are expected to enable the unlocking of value through fractionalization, tokenization and securitization of assets in digital form.

Our digital asset trading platforms are expected to represent owned and partner exchanges that will support our digital asset products.

In support of the Company's overall strategy, in August 2017, the Company subscribed to a strategic investment of US$250,000 in the Delaware Board of Trade Holdings, Inc. ("DBOT") to acquire 187,970 common shares. DBOT is an SEC recognized Alternative Trading System, which SSC believes can be developed into a distributed network. On December 18, 2017, the Company subscribed for another 27% purchase of DBOT, which would make the Company the largest shareholder of DBOT, and as part of this purchase, the Company's President, Robert G. Benya, is expected to become a DBOT Board Director. DBOT (http://dbottrading.com/) operates three business lines: (i) DBOT ATS LLC, a FINRA Member Firm, a member of the Securities Investor Protection Corporation ("SIPC") and an SEC recognized fully automated, auto-execution Alternative Trading System ("ATS"); (ii) DBOT Issuer Services LLC, focused on setting and maintaining issuer standards, as well as the provision of issuer services to DBOT designated issuers; and (iii) DBOT Technology Services LLC, focused on the provision of market data and marketplace connectivity. These transactions are still pending and have not yet closed. These transactions will not close until DBOT gets FINRA's approval. We will not be able to consolidate the results of DBOT.

Also, in support of the Company's overall strategy, on October 19, 2017 the Company announced an agreement to establish a Joint Venture, BBD Digital Capital Group Ltd ("BDCG"), with management partners Tiger Sports Media Limited and Seasail Ventures Limited, ("Seasail") an affiliate of parent company BBD (https://en.bbdservice.com/introduction). The BDCG will focus on artificial intelligence-driven financial data services as well as transactional platforms for index, futures and derivative trading, for both global commodity and energy clients. By leveraging Seasail's technology, BDCG will look to capitalize on commodity and energy provider's needs for more precise risk management services, more informed operational planning and more strategic decision-making, specifically as they all relate to the trading of index, futures and commodities. In December 2017, the Company acquired 20% equity interest of BDCG from Tiger Sports Media Limited, which gave the Company 60% total equity interest, and BDCG would become one subsidiary of the Company. The valuation report of BDCG was received post-signing of the BDCG Purchase Agreement with both parties agreeing that there is no obligation to close the Transaction until a satisfactory valuation report has been received, evaluated and approved by the Company's Audit Committee. On April 24, 2018, the Audit Committee approved the satisfactory valuation report provided by an independent third party and closed this transaction.

The Company has strategically secured a management team with diversified expertise in operations, technology, fintech, blockchain, AI, capital markets and the financial services industry.

The Company's Chairman and Chief Executive Officer, Dr. Bruno Wu is an experienced investor, technology and media entrepreneur, and philanthropist. Dr. Wu has been actively involved with blockchain based and big data technologies since October 2011. After four years of investment and research, in 2015, Dr. Wu and his companies proceeded to execute the strategy of becoming a leader in fintech and asset digitization services by aggregating AI, blockchain and other big data and Cloud based technologies, carefully sourced and selected on a global basis through joint ventures and partnerships. These partnerships focus on customizing and enabling actual business use case applications. Dr. Wu actively participated in the build out of the world's leading big data hub in Guiyang, China, particularly by endorsing the integration with AI and blockchain. Currently Dr. Wu has committed to transforming the Company into a flagship for fintech and asset digitization services, with multiple use case technology engines to be rolled out.

The Company's Chief Financial Officer, Mr. Federico Tovar, is a seasoned business professional and subject matter expert in AI, FinTech, Blockchain, IoT and cybersecurity. He was previously the Chief Financial and Strategy Officer of Global Data Sentinel Inc, a privately held and high growth cybersecurity and AI technology company that supports data security across domains, including network, Cloud, mobile and IoT, with AI capabilities and next-generation applications in Blockchain, FinTech, energy, insurance, healthcare, and media industries, amongst others. He previously was a Director at Grant Thornton LLP, where he was responsible for advisory assignments during the global financial crisis, advising global private equity firms, hedge funds, and other large-scale financial institutions and insurance companies on their investment portfolios and matters related to complex financial instruments, derivatives, and other hard to price securities. In addition, he was part of large-scale and global multidisciplinary audit assignments involving companies in the United States, Europe and Asia, and served as a subject matter expert to audit teams on various Fair Value and IFRS matters. He also spent time with Ernst & Young's Corporate Finance practice in New York, where he provided M&A, valuation, and corporate restructuring advisory to large-scale Fortune 500 technology companies. He started his career in strategy and management consulting at Booz Allen Hamilton, exposing him to technology and innovation early on in his career, advising some of the world's largest private and government organizations. In addition, he spent time at the World Bank, working closely on fixed income securities and debt instruments with Central Banks and Finance Ministers across emerging markets in Asia and Latin America.

Mr. Tovar has managed corporate, financial reporting, legal and investor relations matters, along with all daily operations and fiduciary duties at the executive and board level; including financial reporting and accounting pursuant to GAAP and IFRS, as well as tax and international transfer pricing matters across foreign tax jurisdictions. Mr. Tovar has developed strategic plans and business models, structured various intellectual property and technology licensing deals, closed on various M&A transactions and debt and equity financing rounds, and formulated corporate growth and financial strategies for technology companies which have resulted in measurable execution strategies. He is a seasoned finance professional and entrepreneur in the technology ecosystem, and a subject matter expert in FinTech, Blockchain, AI, IoT, and cybersecurity.

Chad Arroyo, the Company's Chief Marketing Officer, is well-versed in blockchain technology, its uses in fintech platforms, financial transactions and various technology implementations on both public and private blockchain systems, and has developed operational and systems level experience in transaction management, order routing and management, digital securities, issuers services and funding portal operations, custodial wallet management, exchange operations, KYC/AML procedures.

Mr. Arroyo was deeply involved with marketing as well as general consulting and project management for Fundamental Interactions and the Delaware Board of Trade that together deliver a suite of blockchain capabilities for the issuance, trading and settlement of digital assets. Mr. Arroyo was previously a startup cofounder of SaaS-based platforms that were designed to integrate 3rd party payment and reporting systems for B2B transactions. Mr. Arroyo has worked with startups that are developing fintech solutions and has gained substantial experience in enterprise technology systems design, development and implementation through his experience as a Deloitte Technology Strategy Consultant as well as during his military career where he specialized in Defense telecommunications following his graduation from the US Naval Academy.

The Company notes that in addition to its own management expertise, additional fintech services managerial expertise comes directly from the company's strategic alliance network and partnership relationships, including joint ventures as well as control and non-control investments of the Company, which have created a confluent strategic scenario of leadership experience and proficiency.

For example, Dr. George Yuan is the Chief Technology Officer of BDG Digital Capital Group, a subsidiary of the Company ("BDCG"). Dr. Yuan is a world leading expert with a focus on dynamic ontology for credit risk assessment and risk management. He served as the leader for risk management consulting at KPMG (US) and the Director of China / Hong Kong Deloitte Financial Consulting. Dr. Yuan was selected as a National Distinguished Expert in Shanghai's and Sichuan's "The Thousand Talents Plan" in 2013 and 2018, and he is the Chief Editor for The Journal of Financial Engineering. Dr. Yuan's is leading BDCG's focus on artificial intelligence-driven financial data services as well as transactional platforms for index, futures and derivative trading, for both global commodity and energy clients. Dr.Yuan is the Chief Risk Officer and Chief Engineer of BBD Digital Finance, a subsidiary of the Company. Dr. Yuan has held a professorship at the Institute of Risk Management at Tongji University. Dr Yuan's study and work has centered around the valuation of Financial Derivatives and Value-at-Risk (VaR) Modeling for Market Risk, Credit Risk and Operational Risk under the framework of Basel II (Basel III) Accord, Financial and Credit Derivatives Pricing, Portfolio Optimization, Risk Limit Design, Commodity Forward Price Curve Design, Complex Position, Commodity Price Risk Assessment and Asset Valuation.