**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JAYSUKH RUDANI, Individually And On Behalf Of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> IDEANOMICS, INC. f/k/a SEVEN STARS CLOUD GROUP, INC. f/k/a WECAST NETWORK, INC., ZHENG WU a/k/a BRUNO WU, BING YANG, ROBERT BENYA, and FEDERICO TOVAR <br><br> Defendants. | No: 1:19-cv-06741-GBD |

**PLAINTIFF'S NOTICE OF MOTION TO STRIKE THE EXTRINSIC EVIDENCE AND RELATED ARGUMENTS THAT FEDERICO TOVAR SUBMITTED WITH HIS <u>MOTION TO DISMISS</u>**

**PLEASE TAKE NOTICE** that on a date and time as may be set by the Court, at the United States District Court for the Southern District of New York, Jaysukh Rudani ("Plaintiff") will respectfully move the Court in response to Federico Tovar's ("Tovar") Motion to Dismiss Plaintiff's Amended Securities Class Action Complaint (ECF No. 48) ("MTD") for an order: (1) striking all Exhibits (ECF Nos. 50-1 through 50-3) filed with the Declaration Of Hunter T. Carter (ECF No. 50); (2) striking all references and arguments related to (1) in the Memorandum of Law In Support Of Tovar's MTD (ECF No. 49); and (3) for such other and further relief as this Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that in support of the motion, which is filed pursuant to Local Civil Rule 7.1, Federal Rules of Civil Procedure 12(d) & 12(f), Federal Rule of Evidence 201(e), Rule IV of the Court's Individual Rules and Practices, and the Court's inherent

1

authority, Plaintiff will rely on the accompanying Memorandum of Law and such other papers as may be filed in support of this motion.  A proposed order is also submitted herewith.

Dated: March 2, 2020

Respectfully submitted,

By: */s/ Richard W. Gonnello*
         Richard W. Gonnello

Richard W. Gonnello
Katherine M. Lenahan
Sherief Morsy
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
Email: rgonnello@faruqilaw.com
         klenahan@faruqilaw.com
         smorsy@faruqilaw.com

*Attorneys for Lead Plaintiff Jaysukh Rudani*

2