UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

JAYSUKH RUDANI,

                    Plaintiff,

      -against-

IDEANOMICS, INC. et al.,

                    Defendants.

------------------------------------------x

ORDER

19 Civ. 6741 (GBD)

GEORGE B. DANIELS, United States District Judge:

The April 15, 2020 conference is adjourned to June 17, 2020 at 9:45 a.m.

Dated: New York, New York
       March 24, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE