**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JAYSUKH RUDANI, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> IDEANOMICS, INC. f/k/a SEVEN STARS CLOUD GROUP, INC. f/k/a WECAST NETWORK, INC., *et al.*, <br><br> Defendants. | No. 1:19-cv-06741-GBD |

### SUPPLEMENTAL DECLARATION OF HUNTER T. CARTER
### IN SUPPORT OF MOTION TO DISMISS

I, HUNTER T. CARTER, declare as follows:

1.      I am a partner of the law firm of Arent Fox LLP and am duly admitted to practice before this Court.  I am counsel for Defendant Federico Tovar in the above-captioned matter.  I respectfully submit this Declaration in support of the Reply in Further Support of Mr. Tovar's Motion to Dismiss.

2.      Attached hereto as Exhibit 1 is a true and correct copy of an excerpt of the Form 10-K/A filed by Ideanomics, Inc. on December 14, 2018 with the United States Securities and Exchange Commission for the fiscal year ending December 31, 2017.  I have annotated the Exhibit to direct the Court's attention to the relevant disclosure language.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:    April 1, 2020               By: */s/ Hunter T. Carter*
                                              Hunter T. Carter

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Supplemental Declaration of Hunter T. Carter, with exhibits, was served on this date on counsel of record via the Court's CM/ECF system.


Dated: April 1, 2020                                    */s/ Hunter T. Carter*
                                                         Hunter T. Carter

2