UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAYSUKH RUDANI, Individually and on
Behalf of All Others Similarly Situated,

               Plaintiff,

           v.

IDEANOMICS, INC. f/k/a SEVEN STARS
CLOUD GROUP, INC. f/k/a WECAST
NETWORK, INC., *et al.*,

              Defendants.

No. 1:19-cv-06741-GBD

## DECLARATION OF HUNTER T. CARTER
## IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE

I, HUNTER T. CARTER, declare as follows:

1.     I am a partner of the law firm of Arent Fox LLP and am duly admitted to practice before this Court. I am counsel for Defendant Federico Tovar in the above-captioned matter. I respectfully submit this Declaration in support of Mr. Tovar's Opposition to Plaintiff's Motion to Strike Extrinsic Evidence and Related Arguments Submitted with Defendant Tovar's Motion to Dismiss.

2.     Attached hereto as Exhibit 1 is a true and correct copy of the Memorandum of Law in Support of Plaintiffs' Motion to Strike the Extrinsic Evidence and Related Arguments that Defendants Submitted with Their Motion to Dismiss, filed by Richard W. Gonnello on November 13, 2018, in *Lehmann v. Ohr Pharmaceuticals Inc.*, S.D.N.Y. Case No. 1:18-cv-01284-LAP, ECF No. 60.

3.     Attached hereto as Exhibit 2 is a true and correct copy of the Memorandum of Law in Support of Plaintiffs' Motion to Strike Extrinsic Evidence and Related Arguments Submitted

2

with Defendants' Motion to Dismiss, filed by Richard W. Gonnello on October 29, 2018, in *Liu v. Intercept Pharmaceuticals Inc.*, S.D.N.Y. Case No. 1:17—cv-07371-LAK, ECF No. 72.

4.    Attached hereto as Exhibit 3 is a true and correct copy of the February 22, 2016 Order signed by the Honorable Collen McMahon in *J M Smith Corp. v. Actavis, PLC*, S.D.N.Y. Case No. 15-cv-7488-CM.

I declare under penalty of perjury that the foregoing is true and correct.


Dated:    April 1, 2020                    By:  */s/ Hunter T. Carter*
                                                Hunter T. Carter

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the Declaration of Hunter T. Carter,

with exhibits, was served on this date on counsel of record via the Court's CM/ECF system.


Dated: April 1, 2020                                  */s/ Hunter T. Carter*
                                                      Hunter T. Carter