**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JAYSUKH RUDANI, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>          v.<br><br>IDEANOMICS, INC. f/k/a SEVEN STARS CLOUD GROUP, INC. f/k/a WECAST NETWORK, INC., *et al.*,<br><br>          Defendants. | No.   1:19-cv-06741-GBD<br><br>Oral Argument Requested<br><br>**DECLARATION OF XOCHITL S. STROHBEHN IN SUPPORT OF DEFENDANTS' REPLY BRIEF IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT** |

I, Xochitl S. Strohbehn, declare under penalty of perjury that the information set forth below is true and correct:

1.      I am Counsel in the law firm of Venable LLP in New York, N.Y.  Venable LLP represents Defendants Ideanomics, Inc. ("Ideanomics"), Bruno Wu, Bing Yang, and Robert Benya in the above-captioned matter.

2.      I respectfully submit this Declaration in support of Defendants' Reply Brief in Support of Defendants' Motion to Dismiss Plaintiff's Amended Complaint, dated December 2, 2019, in order to place before the Court true and correct copies of documents referred to in the accompanying Reply Brief in Support of Defendants' Motion to Dismiss.

3.      A true and correct copy of Ideanomics's 8-K, filed with the U.S. Securities & Exchange Commission ("SEC") on February 1, 2017, is attached hereto as **Exhibit A**.

4.      A true and correct copy of Ideanomics's May 15, 2018 investor earnings call transcript is attached hereto as **Exhibit B**.

5.    A true and correct copy of relevant excerpts of Ideanomics's First 2017 10-K, filed with the SEC on March 30, 2018, is attached hereto as **Exhibit C**.

6.    A true and correct copy of relevant excerpts of Ideanomics's 2017 10-K/A, filed with the SEC on August 28, 2018, is attached hereto as **Exhibit D**.

7.    A true and correct copy of relevant excerpts of Ideanomics's 2017 10-K/A, filed with the SEC on December 14, 2018, is attached hereto as **Exhibit E**.

8.    A true and correct copy of relevant excerpts of Ideanomics's 2018 10-K, filed with the SEC on April 1, 2019, is attached hereto as **Exhibit F**.

9.    A true and correct copy of relevant excerpts of Ideanomics's 3rd Quarter 2018 10-Q, filed with the SEC on November 14, 2018, is attached hereto as **Exhibit G**.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on April 1, 2020 in New York, N.Y.

Dated: New York, N.Y.
       April 1, 2020

/s/ Xochitl S. Strohbehn
XOCHITL S. STROHBEHN