UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

JAYSUKH RUDANI, *individually and on behalf of all others similarly situated*,

                  Plaintiff,

-against-

IDEANOMICS, INC., *f/k/a Seven Stars Cloud Group, Inc. f/k/a Wecast Network, Inc.*, et al.,

                  Defendants.

------------------------------------x

<u>ORDER</u>

19 Civ. 6741 (GBD)

GEORGE B. DANIELS, United States District Judge:

The status conference scheduled for June 17, 2020 is canceled. Oral argument on Defendants' motions to dismiss (ECF Nos. 48, 51) is scheduled for July 28, 2020 at 10:30 am.

Dated: New York, New York
       June 16, 2020

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge