

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
JAYSUKH RUDANI, *individually and on behalf of all others similarly situated*,

                              Plaintiff,

          -against-

IDEANOMICS, INC., *f/k/a Seven Stars Cloud Group, Inc. f/k/a Wecast Network, Inc.*, et al.

                            Defendants.
------------------------------------- x

ORDER

19 Civ. 6741 (GBD)

GEORGE B. DANIELS, United States District Judge:

Oral argument on Defendants' motions to dismiss (ECF Nos. 48, 51) is adjourned from July 28, 2020 to August 19, 2020 at 10:30 am, and will occur as a videoconference.

Dated: New York, New York
       July 20, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge