USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 1 2 2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JAYSUKH RUDANI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>IDEANOMICS, INC. f/k/a SEVEN STARS CLOUD GROUP, INC. f/k/a WECAST NETWORK, INC., *et al.*,<br><br>Defendants. | No. 1:19-cv-06741-GBD<br><br>~~[PROPOSED]~~ **JOINT STIPULATION** |

**WHEREAS**, on July 19, 2019, a putative securities class action was filed alleging that Ideanomics, Inc. ("Ideanomics"), Bruno Wu ("Wu"), Simon Wang, Bing Yang ("Yang"), Jason Wu, and Federico Tovar ("Tovar") violated Sections 10(b) and 20(a) of the Securities Exchange Act of 1934. After Jaysukh Rudani ("Rudani") was appointed Lead Plaintiff for the putative class action, Rudani filed an amended complaint on December 2, 2019 (the "Amended Complaint"). The Amended Complaint brought Section 10(b) and 20(a) claims against Defendants Ideanomics, Wu, Yang, Robert Benya ("Benya"), and Tovar.

**WHEREAS**, pursuant to the parties' Joint Stipulation entered into on October 17, 2019, and approved by the Court on October 18, 2019, ECF Nos. 37, 38, Defendants Ideanomics, Wu, Yang, and Benya filed their Motion to Dismiss the Amended Complaint on January 17, 2020. ECF Nos. 51-53. Defendant Tovar filed his Motion to Dismiss the Amended Complaint the same day. ECF Nos. 48-50.

**WHEREAS**, on September 25, 2020, the Court entered an order granting Defendants' Motions to Dismiss the Amended Complaint as to Defendant Tovar and as to Defendant Benya to the extent Count I against Benya was dismissed and denying Defendants' Motions to Dismiss as to Defendants Ideanomics, Wu, and Yang and the remaining claims against Defendant Benya. ECF No. 88.

**WHEREAS**, a status conference was set by the Court for November 10, 2020.

**WHEREAS**, on October 19, 2020, the parties submitted for the Court's approval a joint stipulation in which the parties stated their intent to engage in settlement negotiations, sought the Court's permission to adjourn the status conference set for November 10, 2020 to February 9, 2021, and represented that the parties would submit to the Court a report on the status of

settlement negotiations. ECF No. 89.

**WHEREAS**, on October 20, 2020, the Court approved the parties' stipulation. ECF No. 90.

**WHEREAS**, on January 18, 2021, the parties submitted to the Court an update on the status of settlement negotiations and a request to adjourn the February 9, 2021 conference another 90 days. ECF No. 94.

**WHEREAS**, on February 4, 2021, the Court approved the parties' request for an adjournment of the February 9, 2021 conference. ECF No. 99.

**WHEREAS**, on April 21, 2021, the parties to this case reached a settlement in principle, subject to finalizing a settlement agreement and approval of this Court.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the parties and subject to the approval of the Court, that:

1. The parties intend to draft and negotiate a settlement agreement with an eye to finalizing the agreement in principle reached during the April 21, 2021 mediation;

2. The parties intend to present the settlement agreement to the Court for its preliminary approval within the next 60 days;

3. The Court's May 18, 2021 status conference shall be postponed at least ninety (90) days to finalize the settlement agreement and move for the Court's preliminary approval of the parties' agreement.

Dated: May 11, 2021

Respectfully submitted,

**VENABLE LLP**

By: */s/ George Kostolampros*
George Kostolampros
600 Massachusetts Avenue NW
Washington DC 20001
Tel.: (202) 344-4426
Fax: (202) 344-8300
Email: GKostolampros@Venable.com

- and -

Xochitl S. Strohbehn
Dakota L. Kann
1290 Avenue of the Americas
Twentieth Floor
New York, New York 10104
Tel.: (212) 307-5500
Fax: (212) 307-5598
Email: XSStrohbehn@Venable.com
Email: DLKann@Venable.com

*Attorneys for Defendants Ideanomics, Inc., Bing Yang, and Robert Benya*

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/ ________
Aaron F. Miner
Amanda Raines
250 West 55th Street
New York, New York 10019
aaron.miner@arnoldporter.com
amanda.raines@arnoldporter.com
Telephone: (212) 836-8000
Facsimile: (212) 836-8689

*Attorneys for Defendant Bruno Wu*

**FARUQI & FARUQI, LLP**

By: *<u>/s/ Richard W. Gonnello</u>*
*Richard W. Gonnello*
685 Third Avenue, 26th Floor
New York, NY 10017
Tel.: (212) 983-9330
Fax: (212) 983-9331
Email: rgonnello@faruqilaw.com

*Attorney for Lead Plaintiff Jaysukh Rudani and Lead Counsel for the putative Class*

IT IS SO ORDERED.

Dated: MAY 12 2021

George B. Daniels

HONORABLE GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE