# EXHIBIT A-3

TO:    ALL PERSONS WHO PURCHASED OR OTHERWISE ACQUIRED THE PUBLICLY
TRADED COMMON STOCK OF IDEANOMICS, INC. ("IDEANOMICS")
(NASDAQ: IDEX, WCST, SSC) LISTED ON THE NASDAQ OR DOMESTICALLY
IN THE UNITED STATES BETWEEN FEBRUARY 1, 2017 AND NOVEMBER 13,
2018 AND WERE DAMAGED THEREBY ("CLASS").

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil

Procedure and an Order of the United States District Court for the Southern District of New

York, that Lead Plaintiff Jaysukh Rudani ("Lead Plaintiff"), on behalf of himself and each

member of the Class, and defendants Ideanomics, Zheng Wu a/k/a Bruno Wu, Bing Yang, and

Robert Benya, have reached a proposed settlement of the above-captioned action ("Action") in

the amount of $5,000,000 that, if approved, will resolve the Action in its entirety (the

"Settlement").

A hearing will be held on _____ at _____a.m./p.m., at the Daniel Patrick

Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007 in Courtroom 11A

for the purpose of determining: (1) whether the proposed Settlement as set forth in the

Stipulation of Settlement dated July 30, 2021 ("Stipulation") of the Action is fair, reasonable,

and adequate; (2) whether a Judgment should be entered by the Court dismissing the Action with

prejudice; (3) whether the Plan of Allocation for distribution of the settlement funds available for

distribution is fair, reasonable, and adequate and should be approved; and (4) whether the

application of Lead Counsel for the payment of attorneys' fees in the amount of 33.33% of the

Settlement Fund, and reimbursement of Lead Counsel's expenses up to $40,000, should be

approved.

IF YOU PURCHASED OR OTHERWISE ACQUIRED THE PUBLICLY TRADED

COMMON STOCK OF IDEANOMICS LISTED ON THE NASDAQ OR DOMESTICALLY

IN THE UNITED STATES BETWEEN FEBRUARY 1, 2017 AND NOVEMBER 13, 2018,

YOUR RIGHTS MAY BE AFFECTED BY THE SETTLEMENT OF THIS LITIGATION.

You may obtain copies of a detailed Notice of Pendency and Settlement of Class Action ("Notice") and Proof of Claim and Release form ("Claim Form") by writing to Ideanomics Securities Litigation (Rudani Action), c/o RG2 Claims Administration LLC, P.O. Box 59479, Philadelphia, PA 19102-9479, visiting the website www.rg2claims.com/ideanomics.html, e-mailing the Claims Administrator at info@rg2claims.com, or calling the Claims Administrator toll free at (866) 742-4955.  Inquiries other than requests for the above-referenced documents may also be made to Plaintiff's Lead Counsel:

Katherine M. Lenahan
FARUQI & FARUQI, LLP
685 Third Avenue
26th Floor
New York, NY 10017

If you are a Class Member, in order to share in the distribution of the Settlement Fund, you must submit a Claim Form postmarked or submitted electronically no later than _____, establishing that you are entitled to recovery.  NOTE THAT NO CLAIMS LESS THAN $10.00 WILL BE PROCESSED OR PAID.  Your failure to timely submit your Claim Form will subject your claim to possible rejection and may preclude you from receiving any of the recovery in connection with the settlement of this Action.

To exclude yourself from the Class, you must submit a written request for exclusion in accordance with the instructions set forth in the Notice such that it is received no later than _____.  All Class Members who have not requested exclusion from the Class will be bound by the Settlement entered in the Action even if they do not submit a timely Claim Form.

Any objection to the Settlement, the Plan of Allocation of settlement proceeds, or the fee and expense application must be received by each of the addresses indicated in the Notice on or before _____.

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE, THIS SETTLEMENT, OR THIS CLAIMS PROCESS.**  If you have any questions about the Settlement, you may contact Lead Counsel at the address listed above.

DATED:  _____