**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JAYSUKH RUDANI, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> IDEANOMICS, INC. f/k/a SEVEN STARS CLOUD GROUP, INC. f/k/a WECAST NETWORK, INC., BING YANG, ROBERT BENYA, ZHENG WU *a/k/a* BRUNO WU, <br><br><br> Defendants. | No. 1:19-cv-06741-GBD |

**DECLARATION OF KATHERINE M. LENAHAN IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

I, Katherine M. Lenahan, declare as follows:

1.    I am a member in good standing of the bar of the State of New York and am admitted in this Court.  I am a partner in the law firm of Faruqi & Faruqi, LLP.  I submit this declaration in support of the motion filed by Lead Plaintiff Jaysukh Rudani for preliminary approval of class action settlement.

2.    Attached as Exhibits 1 through 2 are true and correct copies of the following documents:

Exhibit 1:    Firm Resume of Faruqi & Faruqi, LLP

Exhibit 2:    Janeen McIntosh and Svetlana Starykh, *Recent Trends in Securities Class Action Litigation: 2020 Full-Year Review* (NERA 2021)

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 30th day of July, 2021 at New York, NY.

*/s/ Katherine M. Lenahan*
Katherine M. Lenahan

1