UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

JAYSUKH RUDANI, *individually and on behalf of all others similarly situated*,

                     Plaintiff,

-against-

IDEANOMICS, INC. *f/k/a* SEVEN STARS CLOUD GROUP, INC. *f/k/a* WECAST NETWORK, INC., BING YANG, ROBERT BENYA, ZHENG WU *a/k/a* BRUNO WU,

                     Defendants.
------------------------------------ x

ORDER

19 Civ. 6741 (GBD)

GEORGE B. DANIELS, District Judge:

A preliminary approval hearing on the motion for settlement, (ECF No. 108), is set for September 21, 2021 at 10:30 a.m.

Dated: August 10, 2021
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE