UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAYSUKH RUDANI, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>IDEANOMICS, INC. f/k/a SEVEN STARS CLOUD GROUP, INC. f/k/a WECAST NETWORK, INC., ZHENG WU a/k/a BRUNO WU, BING YANG, and ROBERT BENYA,<br><br>Defendants. | No: 1:19-cv-06741-GBD |

**NOTICE OF LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES**

PLEASE TAKE NOTICE that on January 25, 2022 at 10:00 a.m., at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, Lead Counsel[1] Faruqi & Faruqi, LLP will and hereby does respectfully move this Court for an Order, pursuant to Rules 23 and 54 of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4: (1) awarding Lead Counsel attorneys' fees and (2) reimbursing Lead Counsel for the expenses it incurred in prosecuting the Litigation.

This motion is based upon the accompanying Memorandum of Law in Support of Lead Counsel's Motion for an Award of Attorneys' Fees and Expenses; the Declaration of Katherine M. Lenahan in Support of Lead Plaintiff's Motion for Final Approval of the Class Action

---

[1] Unless otherwise noted, all capitalized terms have the meaning ascribed to them in the Stipulation of Settlement dated July 30, 2021 ("Stipulation"), ECF No. 107.

Settlement and Lead Counsel's Motion for an Award of Attorneys' Fees and Expenses, and all related exhibits; and the Declaration of Tina Chiango Regarding: (A) Dissemination of Notice to the Class; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion and Objections, and all related exhibits; the pleadings and records on file, and other such matters and argument as the Court may consider at the hearing of this motion.

Dated: November 29, 2021          Respectfully submitted,

By: */s/ Katherine M. Lenahan*
      Katherine M. Lenahan

Katherine M. Lenahan
Megan M. Remmel
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
Email: klenahan@faruqilaw.com
       mremmel@faruqilaw.com

*Attorneys for Lead Plaintiff Jaysukh Rudani*