# EXHIBIT 4

IDEANOMICS
FARUQI & FARUQI, LLP
LODESTAR REPORT

| PROFESSIONAL* | HOURS | RATE | LODESTAR | CATEGORIES** | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 | 4 | 5 |
| NADEEM FARUQI (P) | 8.50 | $950 | $8,075.00 | | | | 8.5 | |
| RICHARD GONNELLO (P) | 277.00 | $900 | $249,300.00 | 6 | 53.9 | 151.3 | 58.6 | 7.2 |
| MEGAN REMMEL (P) | 97.10 | $625 | $60,687.50 | | | 65.6 | 31.5 | |
| KATHERINE LENAHAN (P) | 276.60 | $625 | $172,875.00 | | 42.8 | 97.1 | 135.4 | 1.3 |
| SHERIEF MORSY (A) | 517.60 | $475 | $245,860.00 | 17.6 | 296 | 194.2 | | 9.8 |
| DILLON HAGIUS (A) | 261.60 | $475 | $124,260.00 | | 7.7 | 253.9 | | |
| DEREK BEHNKE (PL) | 26.70 | $375 | $10,012.50 | 3 | 2.2 | 9.7 | 4.8 | 7 |
| BRIAN GIACALONE (PL) | 4.40 | $375 | $1,650.00 | 0.7 | 3.1 | 0.4 | | 0.2 |
| ANTHONY ALOISE (PL) | 4.70 | $375 | $1,762.50 | 4 | | | | 0.7 |
| ANTHONY MACCHIARULO (PL) | 49.00 | $325 | $15,925.00 | | 37 | 10 | 2 | |
| WILLIAM CROSS (PL) | 74.60 | $325 | $24,245.00 | 3 | 48.4 | 9.7 | 13 | 0.5 |
| CHRISTIAN CARANO (PL) | 6.00 | $325 | $1,950.00 | | | | 6 | |
| DANIEL HEY (PL) | 81.00 | $300 | $24,300.00 | 1.5 | 71.5 | 8 | | |
| ALEX RICHE (PL) | 7.30 | $300 | $2,190.00 | | | | 7.3 | |
| TOTALS | 1692.10 | | $943,092.50 | 35.8 | 562.6 | 799.9 | 267.1 | 26.7 |

*(P) - Partner; (SC) - Senior Counsel
(OC) - Of Counsel; (A) - Associate
(PL) - Paralegal

**Categories:

**(1) Lead Plaintiff Appointment:**  Time spent attending to matters related to the lead plaintiff appointment process, including client communications, factual and legal research, and drafting and editing the lead plaintiff briefing

**(2) Amended Complaint:**  Time spent working on the amended complaint (ECF No. 41), including factual investigation; legal research; drafting; client communications; and later research for possible further amendment

**(3) Motion To Dismiss & Motion To Strike:** Time spent responding to the Motions To Dismiss and briefing the Motions To Strike, including conducting factual and legal research; preparing for and attending the hearing on the motions; and communicating with the client

**(4) Mediation & Settlement:** Time spent on mediation and settlement-related matters, including reviewing confirmatory discovery produced by Defendants; conferring with a damages consultant; conducting research for and drafting the mediation statement; preparing for and attending the mediation; retaining a claims administrator; reviewing and editing the settlement stipulation and related documents; drafting the preliminary approval motion and related papers; preparing for and attending the preliminary approval motion hearing; conducting research for and drafting the final approval papers (excluding time spent on the fee motion papers); communication with the client, defense counsel, and the mediator about these matters

**(5) Case Management Related Matters:** Time spent on case management/organization-related matters, including service-related issues, stipulations regarding schedule, notices of appearance and withdrawals