# EXHIBIT 5

| IDEANOMICS | |
|---|---|
| FARUQI & FARUQI, LLP | |
| EXPENSE REPORT | |
| | |
| **CATEGORY** | **AMOUNT** |
| | |
| Computer & Other Research Fee(s) (Lexis/Westlaw/Bloomberg) | $2,297.38 |
| Postage/FedEx Expenses | $71.34 |
| Court Reporting Service | $186.96 |
| Investigator and Damages Consultant Fees | $23,322.00 |
| Mediation Fees | $8,200.00 |
| Reproduction (Internal) | $264.00 |
| Telephone/Fax | $68.48 |
| Travel Expenses (Transportation) | $58.85 |
| | |
| | |
| **TOTAL:** | **$34,469.01** |