UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAYSUKH RUDANI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>IDEANOMICS, INC. f/k/a SEVEN STARS CLOUD GROUP, INC. f/k/a WECAST NETWORK, INC., BING YANG, ROBERT BENYA, ZHENG WU *a/k/a* BRUNO WU,<br><br>Defendants. | No. 1:19-cv-06741-GBD |

**DECLARATION OF TINA CHIANGO REGARDING: (A) DISSEMINATION OF NOTICE TO THE CLASS; (B) PUBLICATION OF THE SUMMARY NOTICE; AND (C) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS**

**I, TINA CHIANGO, HEREBY DECLARE AND STATE AS FOLLOWS:**

1.      I am the Director of Claims Administration for RG/2 Claims Administration LLC ("RG/2 Claims"), whose address is 30 South 17th Street, Philadelphia, PA 19103.  I am over the age of 18, have personal knowledge of the matters set forth herein, and if called upon to do so, could testify competently to them.

2.      RG/2 Claims is a full service class action settlement administrator offering notice, claims processing, allocation, distribution, tax reporting, and class action settlement consulting services.  RG/2 Claims' experience includes the provision of notice and administration services for settlements arising from antitrust, consumer fraud, civil rights, employment, negligent disclosure, and securities fraud allegations.  Since 2000, RG/2 Claims has administered and distributed in excess of $1.75 billion in class action settlement proceeds.

## *Notice Dissemination*

3.      On September 30, 2021, RG/2 Claims received an excel filed from Lead Counsel containing the contact information for the shareholders who held shares of Ideanomics, Inc. ("Ideanomics") through the transfer agent, Transfer Online, Inc.

4.      RG/2 Claims reviewed the shareholder listing and after removing any duplication or records with no mailing address, created a mailing file consisting of 37 names and address records and appended the records into a mailing database.  RG/2 Claims sent the 37 names and addresses to the National Change of Address database to obtain any updated addresses prior to mailing.

5.      On October 21, 2021, RG/2 Claims caused to be mailed, by First-Class mail, the Notice of Pendency and Proposed Settlement of Class Action along with the Proof Of Claim and Release Form (together the "Notice") to the 37 potential Class Members on the shareholder listings. A copy of the Notice is attached hereto as **Exhibit "A"**.

6.      Also on October 21, 2021, RG/2 Claims mailed a Notice and cover letter to 411 brokers or potential nominees. The Notice informed nominees to review their files and notify RG/2 Claims of the number of potential Class Members they had on record.  Nominees were able to request Notices in bulk so they could perform their own mailing to their clients or could provide RG/2 with the names and addresses of their clients so RG/2 Claims could mail the Notice.  The cover letter also informed Nominees that the Notice could be emailed to their clients.

7.      RG/2 Claims caused the full Notice to be posted to the Depository Trust & Clearing Corporation Legal Notice System ("DTCC LENS").  A copy of the email submission to DTCC LENS and confirmation is attached hereto as **Exhibit "B"**.

8.      Subsequent to October 21, 2021, and as a result of the responses from Nominees, RG/2 Claims has mailed an additional 1,871 Notices to potential Class Members and processed the requests for 22,323 Notices in bulk for nominees to mail the Notice to their clients directly.

9.      Through November 29, 2021, RG/2 Claims has arranged for a total of 24,642 Notices to be mailed to potential Class Members and nominees by first-class mail.  Of the Notices

mailed, RG/2 Claims received seven (7) Notices returned as undeliverable from the U.S. Postal Service. RG/2 Claims performed skip tracing through Accurint and was able to obtain updated addresses for three (3) of the Notices. RG/2 Claims re-mailed those three (3) Notices via first-class mail. A total of four (4) Notices remain undeliverable.

### *Publication of the Summary Notice*

10.    The Court's Preliminary Approval Order also directed that the Summary Notice be published once in *Investor's Business Daily* and be transmitted over *PR Newswire*, within 14 days from the Notice mailing. According the Summary Noticed was transmitted over *PR Newswire* on October 29, 2021 and published in the *Investor's Business Daily* on November 1, 2021. Confirmation of the publication and the transmission are attached hereto as **Exhibit "C"**.

### *Settlement Website*

11.    The Settlement website, www.rg2claims.com/ideanomics.html was created by RG/2 Claims and went live on October 19, 2021. That same day, RG/2 posted to the website: the Notice of Pendency and Proposed Settlement of Class Action; the Proof of Claim and Release Form; the Stipulation of Settlement and its exhibits; the Motion for Preliminary Approval; the Declaration of Katherine Lenahan in support thereof; and the Preliminary Approval Order. The website enables potential Class Members to obtain information about the Settlement, including the exclusion, objection, and claim deadlines as well as the date and time of the Final Approval Hearing. The Settlement website consists of a Homepage, a Notice/Claim page, a Court Documents page, and a Contact Information Page. A toll free number of 866-742-4955 was provided to Settlement Class Members, which has live operators during regular business hours, as well as an option to leave a message after hours.

### *Opt-Outs & Objections*

3

12.    The Notice advised Class Members of the option to exclude themselves provided that they do so, as instructed in the Notice, such that they are received by December 13, 2021. To date, RG/2 Claims has not received any Requests for Exclusion from the Settlement Class.

13.    The Notice also advised Class Members of their right to object to the Settlement provided that they do so, as instructed in the Notice, such that they are received by December 13, 2021. To date, RG/2 has not received or been made aware of any objections to the Settlement.

I declare under penalty of perjury under the laws of the United States that to the best of my knowledge the foregoing is true and correct.

Executed on November 29, 2021 at Philadelphia, Pennsylvania.

_____
Tina Chiango

4