# EXHIBIT B

## Chiango, Tina M.

| | |
|---|---|
| **From:** | lensnotices@dtcc.com |
| **Sent:** | Thursday, October 21, 2021 11:59 AM |
| **To:** | Chiango, Tina M. |
| **Subject:** | LENS Notice Confirmation |

The following LENS notice has been announced successfully:

Document number: LG20211021-025
Category: LG
Subcategory: Litigation / Class Actions
Title: Ideanomics, Inc. Securities Litigation ALL PERSONS WHO PURCHASED OR OTHERWISE ACQUIRED THE PUBLICLY TRADED COMMON STOCK OF IDEANOMICS, INC. ( IDEANOMICS ) (NASDAQ: IDEX, WCST, SSC) LISTED ON THE NASDAQ OR DOMESTICALLY IN THE UNITED STATES BETWEEN FEBRUARY 1, 2017 AND NOVEMBER 13, 2018 AND WERE DAMAGED THEREBY ( CLASS ) CASE NO. 1:19-CV-06741-GBD
CUSIPS: 45166V106
Reference ID: 0og2lim06vqevgcnad1jj84jh9lim1vab0irf281
DTCC DISCLAIMER: This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify us immediately and delete the email and any attachments from your system. The recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email. Message content created by DTCC is automatically secured using Transport Layer Security (TLS) encryption and will be encrypted and sent through a secure transmission connection if the recipient's system is configured to support TLS on the incoming email gateway. If there is no TLS configured or the encryption certificate is invalid on the recipient's system, the email communication will be sent through an unencrypted channel. Organizations communicating with DTCC should be using TLS v1.2 or newer to ensure continuation of encrypted communications. DTCC will not be responsible for any disclosure of private information or any related security incident resulting from an organization's inability to receive secure electronic communications through the current version of TLS.

## Chiango, Tina M.

| | |
|---|---|
| **From:** | Chiango, Tina M. |
| **Sent:** | Thursday, October 21, 2021 9:59 AM |
| **To:** | 'legalandtaxnotices@dtcc.com' |
| **Subject:** | Ideanomics, Inc. Securities Litigation |
| **Attachments:** | Ideanomics Notice.pdf |

We are the claims administrator for the Ideanomics, Inc. Securities Litigation and are requesting to have the following information posted on LENS as well as the attached Notice.

Please confirm receipt of this email and that the notice will be posted

<span style="color:red">NOTICE OF PENDENCY AND PROPOSED SETTLEMENT OF CLASS ACTION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: RUDANI V. IDEANOMICS, INC. ET AL.

CASE NO. 1:19-CV-06741-GBD

TO:     ALL PERSONS WHO PURCHASED OR OTHERWISE ACQUIRED THE PUBLICLY TRADED COMMON STOCK OF IDEANOMICS, INC. ("IDEANOMICS") (NASDAQ: IDEX, WCST, SSC) LISTED ON THE NASDAQ OR DOMESTICALLY IN THE UNITED STATES BETWEEN FEBRUARY 1, 2017 AND NOVEMBER 13, 2018 AND WERE DAMAGED THEREBY ("CLASS").

TICKER SYMBOLS:        WCST    February 1, 2017 – July 14, 2017
                       SSC      July 17, 2017 – November 9, 2018
                       IDEX     November 12, 2018 – present</span>

Thanks so much,
Tina



**Tina M. Chiango**
Director of Claims Administration, Securities and Antitrust
Direct: 215.979.1681
www.rg2claims.com

