# EXHIBIT C

**Chiango, Tina M.**

**From:** phhubs@prnewswire.com
**Sent:** Friday, October 29, 2021 4:00 PM
**To:** Baldwin, Melissa E; Chiango, Tina M.
**Subject:** PR Newswire: Press Release Distribution Confirmation for RG/2 CLAIMS ADMINISTRATION LLC. ID#3340906-1-1

Hello

Your press release was successfully distributed at: 29-Oct-2021 04:00:00 PM ET

Release headline: Notice of Class Action Settlement For Purchasers of Ideanomics, Inc. Common Stock Between February 1, 2017 and November 13, 2018
Word Count: 700
Product Selections:
US1
Visibility Reports Email
Complimentary Press Release Optimization
PR Newswire ID: 3340906-1-1

View your release:* https://www.prnewswire.com/news-releases/notice-of-class-action-settlement-for-purchasers-of-ideanomics-inc-common-stock-between-february-1-2017-and-november-13-2018-301412099.html?tc=eml_cleartime

Thank you for choosing PR Newswire!

Regards,

Your 24/7 Content Services Team
888-776-0942
PRNCS@prnewswire.com

Achieve your communications goals every time you distribute content, with these tips for crafting your next perfect press release: https://www.cision.com/us/resources/tip-sheets/easy-pr-sharing-guide/?sf=false

US Members, find audience, engagement and other key metrics for your release by accessing your complimentary Visibility Reports in the Online Member Center: https://portal.prnewswire.com/Login.aspx

* If the page link does not load immediately, please refresh and try again after a few minutes.

# Notice of Class Action Settlement For Purchasers of Ideanomics, Inc. Common Stock Between February 1, 2017 and November 13, 2018

NEWS PROVIDED BY
**RG/2 CLAIMS ADMINISTRATION LLC** →
Oct 29, 2021, 16:00 ET

NEW YORK, Oct. 29, 2021 /PRNewswire/ -- **PUBLICATION NOTICE**

TO: ALL PERSONS WHO PURCHASED OR OTHERWISE ACQUIRED THE PUBLICLY TRADED COMMON STOCK OF IDEANOMICS, INC. ("IDEANOMICS") (NASDAQ: IDEX, WCST, SSC) LISTED ON THE NASDAQ OR DOMESTICALLY IN THE UNITED STATES BETWEEN FEBRUARY 1, 2017 AND NOVEMBER 13, 2018 AND WERE DAMAGED THEREBY ("CLASS").

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Southern District of New York, that Lead Plaintiff Jaysukh Rudani ("Lead Plaintiff"), on behalf of himself and each member of the Class, and defendants Ideanomics, Zheng Wu a/k/a Bruno Wu, Bing Yang, and Robert Benya, have reached a proposed settlement of the above-captioned action ("Action") in the amount of $5,000,000 that, if approved, will resolve the Action in its entirety (the "Settlement").

A hearing will be held on January 25, 2022 at 10:00 a.m./p.m., at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007 in Courtroom 11A for the purpose of determining: (1) whether the proposed Settlement as set forth in the Stipulation of Settlement dated July 30, 2021 ("Stipulation") of the Action is fair, reasonable, and adequate; (2) whether a Judgment should be entered by the Court dismissing the Action with prejudice; (3)

whether the Plan of Allocation for distribution of the settlement funds available for distribution is fair, reasonable, and adequate and should be approved; and (4) whether the application of Lead Counsel for the payment of attorneys' fees in the amount of 33.33% of the Settlement Fund, and reimbursement of Lead Counsel's expenses up to $40,000, should be approved.

IF YOU PURCHASED OR OTHERWISE ACQUIRED THE PUBLICLY TRADED COMMON STOCK OF IDEANOMICS LISTED ON THE NASDAQ OR DOMESTICALLY IN THE UNITED STATES BETWEEN FEBRUARY 1, 2017 AND NOVEMBER 13, 2018, YOUR RIGHTS MAY BE AFFECTED BY THE SETTLEMENT OF THIS LITIGATION.  You may obtain copies of a detailed Notice of Pendency and Settlement of Class Action ("Notice") and Proof of Claim and Release form ("Claim Form") by writing to Ideanomics Securities Litigation (Rudani Action), c/o RG2 Claims Administration LLC, P.O. Box 59479, Philadelphia, PA 19102-9479, visiting the website www.rg2claims.com/ideanomics.html, e-mailing the Claims Administrator at info@rg2claims.com, or calling the Claims Administrator toll free at (866) 742-4955.  Inquiries other than requests for the above-referenced documents may also be made to Plaintiff's Lead Counsel:

Katherine M. Lenahan

FARUQI & FARUQI, LLP

685 Third Avenue

26th Floor

New York, NY 10017

If you are a Class Member, in order to share in the distribution of the Settlement Fund, you must submit a Claim Form postmarked or submitted electronically no later than January 19, 2022, establishing that you are entitled to recovery.  NOTE THAT NO CLAIMS LESS THAN $10.00 WILL BE PROCESSED OR PAID.  Your failure to timely submit your Claim Form will subject your claim to possible rejection and may preclude you from receiving any of the recovery in connection with the settlement of this Action.

To exclude yourself from the Class, you must submit a written request for exclusion in accordance with the instructions set forth in the Notice such that it is received no later than December 13, 2021.  All Class Members who have not requested exclusion from the Class will be bound by the Settlement entered in the Action even if they do not submit a timely Claim Form.

Any objection to the Settlement, the Plan of Allocation of settlement proceeds, or the fee and expense application must be received by each of the addresses indicated in the Notice on or before December 13, 2021.

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE, THIS SETTLEMENT, OR THIS CLAIMS PROCESS.**   If you have any questions about the Settlement, you may contact Lead Counsel at the address listed above.

DATED:  November 1, 2021

**SOURCE:  Katherine M. Lenahan, Esq., Faruqi & Faruqi, LLP, 685 Third Avenue, 26th Floor, New York, NY  10017, Telephone 212-983-9330, klenahan@faruqilaw.com and Tina Chiango, RG/2 Claims Administration LLC, P.O. Box 59479, Philadelphia, PA 19102-9479, Telephone 866-742-4955, Facsimile 215-827-5551, tchiango@rg2claims.com**

SOURCE RG/2 CLAIMS ADMINISTRATION LLC

Related Links

http://www.rg2claims.com

# INVESTOR'S BUSINESS DAILY

## Affidavit of Publication

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

| | |
|---|---|
| Name of Publication: | IBD Weekly |
| Address: | 12655 Beatrice Street |
| City, State, Zip: | Los Angeles, CA 90066 |
| Phone #: | 310.448.6700 |
| State of: | California |
| County of: | Los Angeles |

I, **Shaun Shen** for the publisher of **IBD Weekly**, published in the city of Los Angeles, state of California, county of Los Angeles hereby certify that the attached notice(s) for IDEANOMICS, INC. was printed in said publication on the following date(s):

**NOVEMBER 1, 2021**

State of California

County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 1st day of November, 2021, by

[signature], proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature [signature] (Seal)

RICHARD CHARLES BRAND II
Notary Public - California
Los Angeles County
Commission # 2276190
My Comm. Expires Feb 25, 2023



BIG CAP GROWTH ETF (SPYG) VS SMALL CAP GROWTH ETF (SLYG)
When the line is heading up, big cap growth funds are outperforming small cap growth funds
Nov Feb May 2021 Aug
GROWTH ETF (IUSG) VS VALUE ETF (IUSV)
When the line is heading up, growth funds are outperforming value funds
Nov Feb May 2021 Aug

| BIG CAP GROWTH ETF (SPYG) | | SMALL CAP GROWTH ETF (SLYG) | |
|---|---|---|---|
| Apple Inc (AAPL) | 12.63% | NeoGenomics Inc (NEO) | 1.35% |
| Microsoft Corp (MSFT) | 10.02% | Cleveland-Cliffs Inc (CLF) | 1.31% |
| Amazon.com Inc (AMZN) | 8.27% | Yeti Holdings Inc (YETI) | 1.16% |
| Facebook Inc Cl A (FB) | 3.91% | Omnicell Inc (OMCL) | 1.14% |
| Tesla Inc (TSLA) | 3.19% | Brooks Automation (BRKS) | 1.13% |

| GROWTH ETF (IUSG) | | VALUE ETF (IUSV) | |
|---|---|---|---|
| Apple Inc (AAPL) | 11.88% | Berkshire Hathaway (BRKB) | 2.84% |
| Microsoft Corp (MSFT) | 9.42% | J P Morgan Chase (JPM) | 2.43% |
| Amazon.com Inc (AMZN) | 7.78% | Walt Disney Company (DIS) | 2.06% |
| Facebook Inc Cl A (FB) | 3.68% | Johnson & Johnson (JNJ) | 1.56% |
| Tesla Inc (TSLA) | 3.00% | Verizon Communications (VZ) | 1.53% |

# Top Growth Funds

Last 3 months (all total returns)

| Mutual Fund | Performance % Change Last 3 Mo | Rating 36 mos | $ Net Assets |
|---|---|---|---|
| Baron Retail Partners | +31 | +A | 7.1 bil |
| American Funds A GrowthFd | +8 | A | 293.5 bil |
| Fidelity SmallCapOpp | +7 | B | 6 bil |
| Fidelity StkSelSmCp | +7 | -A | 2.1 bil |
| Victory DivrsStkA | +7 | +B | 330 mil |
| American Funds A AMCAP | +6 | +B | 93.7 bil |
| DWS Funds S SmallCapCor | +6 | B | 453 mil |
| FidelityMgmt BluChpGr | +6 | +A | 56.4 bil |
| FidelityMgmt Growth | +6 | +A | 64.5 bil |
| Carillon Family CapitalAppA | +5 | A | 627 mil |
| PgimInvest SmallCo | +5 | -A | 2.3 bil |
| ClearBridge Inv DivStrtegyA | +5 | +B | 7.7 bil |
| Thrivent Funds A MidCapStk | +5 | -A | 3.8 bil |
| Fidelity SmallCap | +5 | +B | 2.1 bil |
| Vanguard GrwthIndxInv | +5 | +A | 86 bil |
| ConestogaSmallCapInv | +5 | +B | 4.5 bil |
| AMG Funds CapCorel | +5 | +B | 724 mil |
| BlackRock A Exchange | +5 | +B | 216 mil |
| Fidelity Magellan | +5 | -A | 29.2 bil |
| PgimInvest Blend | +5 | -A | 1.3 bil |
| JP Morgan Instl USEquity | +5 | A | 21.4 bil |
| Principal Investors MidCapGroJ | +5 | +A | 332 mil |
| Commerce ComGrowth | +5 | A | 228 mil |
| BlackRock Instl LrgeCapInst | +5 | A | 1.1 bil |
| Royce GrowthSvc | +5 | -A | 334 mil |

# Top Growth Funds

Last 36 months (all total returns)

| Mutual Fund | Performance % Change YTD | Rating 36 mos | $ Net Assets |
|---|---|---|---|
| Baron Retail Partners | +39 | +A | 7.1 bil |
| FidelityMgmt Growth | +25 | +A | 64.5 bil |
| Amer Cent Inv FocusedInv | +17 | +A | 2.8 bil |
| FidelityMgmt BluChpGr | +24 | +A | 56.4 bil |
| Vanguard GrowthInv | +18 | +A | 51.7 bil |
| EdgeWood GrwthInstl | +25 | +A | 33.5 bil |
| Buffalo Funds SmallCap | +14 | +A | 1.3 bil |
| Putnam A Sustainable | +18 | +A | 635 mil |
| Vanguard GrwthIndxInv | +24 | +A | 86 bil |
| Franklin Mutual GrOppAdv | +21 | +A | 6 bil |
| Principal Investors GrowthInst | +22 | +A | 14.7 bil |
| PgimInvest JnsnMdCpGrA | +15 | +A | 3 bil |
| PgimInvest GrowthA | +23 | +A | 360 mil |
| Amana GrwthInvstr | +24 | +A | 3.4 bil |
| Thrivent Funds A GrowthA | +22 | +A | 2.2 bil |
| PriceFds TaxEfficEqt | +22 | +A | 951 mil |
| Principal Investors MidCapGroJ | +17 | +A | 332 mil |
| AMG Funds GrowthN | +22 | +A | 343 mil |
| Lord Abbett A DvlpGrowth | +6 | A | 5 bil |
| MFS Funds A GrowthA | +23 | A | 47.2 bil |
| Guinness Atkinson GlobalnnInv | +16 | A | 222 mil |
| Guidestone EqInvestor | +18 | A | 2.1 bil |
| Virtus Funds I LargeGrI | +21 | A | 136 mil |
| Gabelli AAA GrowthAAA | +21 | A | 1.1 bil |
| PriceFds DiverMidCap | +17 | A | 2.6 bil |

U.S. Stock Fund Cash Position — High (11/00) 6.2% — Low (12/20) 1.6%

| | | | | | |
|---|---|---|---|---|---|
| 20-Apr | 2.6% | 20-Oct | 1.7% | 21-Apr | 1.8% |
| 20-May | 2.4% | 20-Nov | 1.8% | 21-May | 1.7% |
| 20-Jun | 2.1% | 20-Dec | 1.6% | 21-Jun | 1.7% |
| 20-Jul | 1.9% | 21-Jan | 1.6% | 21-Jul | 1.7% |
| 20-Aug | 1.9% | 21-Feb | 1.7% | 21-Aug | 1.7% |
| 20-Sep | 1.9% | 21-Mar | 1.7% | 21-Sep | 1.7% |

This announcement is neither an offer to buy nor a solicitation of an offer to sell securities. Such offer is being made solely by the Offer to Purchase provided to shareholders of record and is not being made to, and tenders will not be accepted from or on behalf of, shareholders residing in any state in which making or accepting the offer would violate that jurisdiction's laws. In those jurisdictions where the securities, Blue Sky, or other laws require the offer to be made by a licensed broker or dealer, the offer shall be deemed to be made on behalf of the Purchaser only by one or more registered dealers licensed under the laws of such jurisdiction.

**NOTICE OF OFFER TO PURCHASE FOR CASH:**
**Up to 568,990 Shares of common stock of**
**RESOURCE REIT, INC. (the "REIT")**
**at a price of $7.03 per Share**
**by: Comrit Investments 1, Limited Partnership (the "Purchaser")**

The Purchaser is offering to purchase for cash up to 568,990 shares of common stock ("Shares") of the REIT at a price of $7.03 per Share upon the terms and subject to the conditions set forth in the Purchaser's Offer to Purchase and in the related Assignment Form for the offer (which together constitute the "Offer" and the "Tender Offer Documents"). THE OFFER AND RELATED WITHDRAWAL RIGHTS EXPIRE AT 11:59 P.M., EASTERN TIME, ON DECEMBER 20, 2021, UNLESS THE OFFER IS EXTENDED. The REIT established its estimated per share value of $9.06 on March 24, 2021, representing the REIT's estimated value of its assets as of January 28, 2021.

The Purchaser is not affiliated with the REIT and is seeking to profit from the Offer. The REIT established an estimated per Share value of $9.06 on March 24, 2021, representing the REIT's estimated value of its assets as of January 28, 2021. The REIT may publish an update to its estimated per Share value during the period in which the Offer is open. Shareholders should consult the REIT's public filings pursuant to the Securities Exchange Act of 1934, as amended, for any such updates, which are available at www.sec.gov.

Funding for the purchase of the Shares will be provided through the Purchaser's available cash on hand. The Offer is not being made for the purpose of acquiring or influencing control of the business of the REIT. The Offer will expire at 11:59 p.m., Eastern Time on December 20, 2021, unless and until the Purchaser, in its sole discretion, shall have extended the period of time for which the Offer is open (such date and time, as extended the "Expiration Date"). The Purchaser will not provide a subsequent offering period following the Expiration Date. If the Purchaser makes a material change in the terms of the Offer, or if it waives a material condition to the Offer, the Purchaser will extend the Offer and disseminate additional tender offer materials to the extent required by Rules 14d-4(c) and 14d-6(d) under the Exchange Act. The minimum period during which the Offer must remain open following any material change in the terms of the Offer is generally 10 business days to allow for adequate dissemination to shareholders. Accordingly, if prior to the Expiration Date, the Purchaser increases (other than increases of not more than two percent of the outstanding Shares) or decreases the number of Shares being sought, or increases or decreases the consideration offered pursuant to the Offer, and if the Offer is scheduled to expire at any time earlier than the period ending on the tenth business day from the date that notice of such increase or decrease is first published, sent or given to shareholders, the Offer will be extended at least until the expiration of such tenth business day. For purposes of the Offer, a "business day" means any day other than a Saturday, Sunday or federal holiday and consists of the time period from 12:01 a.m. through midnight, Eastern Time. In all cases payment for the Shares purchased pursuant to the Offer will be made only after timely receipt of the Assignment Form (or facsimile or telecopy thereof), properly completed and duly executed, with any required signature guarantees, and any other documents required by such Assignment Form and successful transfer of ownership.

Tenders of Shares made pursuant to the Offer are irrevocable, except that shareholders who tender their Shares in response to the Offer will have the right to withdraw their tendered Shares at any time prior to the Expiration Date by sending to Central Trade and Transfer, LLC, an affiliate of Orchard Securities, LLC, Member FINRA/SIPC ("CTT"), a written or facsimile transmission notice of withdrawal identifying the name of the person who tendered Shares to be withdrawn, signed by the same persons and in the same manner as the Assignment Form tendering the Shares to be withdrawn. If tendering shareholders tender more than the number of Shares that the Purchaser seeks to purchase pursuant to the Offer for those Shares, the Purchaser will take into account the number of Shares so tendered and take up and pay for as nearly as may be pro rata, disregarding fractions, according to the number of Shares tendered by each tendering shareholder during the period during which that Offer remains open. The terms of the Offer are more fully set forth in the formal Tender Offer Documents which are available from Purchaser at the Purchaser's expense. The Offer contains terms and conditions and the information required by Rule 14d-6(d)(1) under the Exchange Act which are incorporated herein by reference. The Tender Offer Documents also contain important information, including tax information, which should be read carefully before any decision is made with respect to the Offer.

For copies of the Tender Offer Documents, call CTT at 1-800-327-9990, make a written request addressed to 365 S. Garden Grove Lane, Suite 100, Pleasant Grove, Utah 84062, Attn: Comrit Investments 1, LP, email to offer@cttauctions.com, or visit www.cttauctions.com/offerdisclosures.

TO: ALL PERSONS WHO PURCHASED OR OTHERWISE ACQUIRED THE PUBLICLY TRADED COMMON STOCK OF IDEANOMICS, INC. ("IDEANOMICS") (NASDAQ: IDEX, WCST, SSC) LISTED ON THE NASDAQ OR DOMESTICALLY IN THE UNITED STATES BETWEEN FEBRUARY 1, 2017 AND NOVEMBER 13, 2018 AND WERE DAMAGED THEREBY ("CLASS").

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Southern District of New York, that Lead Plaintiff Jaysukh Rudani ("Lead Plaintiff"), on behalf of himself and each member of the Class, and defendants Ideanomics, Zheng Wu a/k/a Bruno Wu, Bing Yang, and Robert Benya, have reached a proposed settlement of the above-captioned action ("Action") in the amount of $5,000,000 that, if approved, will resolve the Action in its entirety (the "Settlement").

A hearing will be held on January 25, 2022 at 10:00 a.m./p.m., at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007 in Courtroom 11A for the purpose of determining: (1) whether the proposed Settlement as set forth in the Stipulation of Settlement dated July 30, 2021 ("Stipulation") of the Action is fair, reasonable, and adequate; (2) whether a Judgment should be entered by the Court dismissing the Action with prejudice; (3) whether the Plan of Allocation for distribution of the settlement funds available for distribution is fair, reasonable, and adequate and should be approved; and (4) whether the application of Lead Counsel for the payment of attorneys' fees in the amount of 33.33% of the Settlement Fund, and reimbursement of Lead Counsel's expenses up to $40,000, should be approved.

IF YOU PURCHASED OR OTHERWISE ACQUIRED THE PUBLICLY TRADED COMMON STOCK OF IDEANOMICS LISTED ON THE NASDAQ OR DOMESTICALLY IN THE UNITED STATES BETWEEN FEBRUARY 1, 2017 AND NOVEMBER 13, 2018, YOUR RIGHTS MAY BE AFFECTED BY THE SETTLEMENT OF THIS LITIGATION. You may obtain copies of a detailed Notice of Pendency and Settlement of Class Action ("Notice") and Proof of Claim and Release form ("Claim Form") by writing to Ideanomics Securities Litigation (Rudani Action), c/o RG2 Claims Administration LLC, P.O. Box 59479, Philadelphia, PA 19102-9479, visiting the website www.rg2claims.com/ideanomics.html, e-mailing the Claims Administrator at info@rg2claims.com, or calling the Claims Administrator toll free at (866) 742-4955. Inquiries other than requests for the above-referenced documents may also be made to Plaintiff's Lead Counsel:

Katherine M. Lenahan
FARUQI & FARUQI, LLP
685 Third Avenue
26th Floor
New York, NY 10017

If you are a Class Member, in order to share in the distribution of the Settlement Fund, you must submit a Claim Form postmarked or submitted electronically no later than January 19, 2022, establishing that you are entitled to recovery. NOTE THAT NO CLAIMS LESS THAN $10.00 WILL BE PROCESSED OR PAID. Your failure to timely submit your Claim Form will subject your claim to possible rejection and may preclude you from receiving any of the recovery in connection with the settlement of this Action.

To exclude yourself from the Class, you must submit a written request for exclusion in accordance with the instructions set forth in the Notice such that it is received no later than December 13, 2021. All Class Members who have not requested exclusion from the Class will be bound by the Settlement entered in the Action even if they do not submit a timely Claim Form.

Any objection to the Settlement, the Plan of Allocation of settlement proceeds, or the fee and expense application must be received by each of the addresses indicated in the Notice on or before December 13, 2021.

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE, THIS SETTLEMENT, OR THIS CLAIMS PROCESS.** If you have any questions about the Settlement, you may contact Lead Counsel at the address listed above.

DATED: November 1, 2021

*This announcement is neither an offer to purchase nor a solicitation of an offer to sell Shares (as defined below). The Offer (as defined below) is made solely by the Offer to Purchase, dated November 1, 2021, and the related Letter of Transmittal, and any amendments thereto, and is being made to all holders of Shares. Purchaser (as defined below) is not aware of any state where the making of the Offer is prohibited by administrative or judicial action pursuant to any valid state statute. If Purchaser becomes aware of any valid state statute prohibiting the making of the Offer, Purchaser will make a good faith effort to comply with such statute. If, after such good faith effort, Purchaser cannot comply with such state statute, the Offer will not be made to nor will tenders be accepted from or on behalf of the holders of Shares in such state. In any jurisdiction where securities, blue sky or other laws require that the Offer be made by a licensed broker or dealer, the Offer shall be deemed to be made on behalf of Purchaser by one or more registered brokers or dealers licensed under the laws of such jurisdiction.*

**Notice of Offer to Purchase for Cash**
**Up to 2,000,000 Shares of Class A Common Stock**
**of**
**SNAP INC.**
**at**
**$50.25 Net Per Share**
**by**
**TRC CAPITAL INVESTMENT CORPORATION**

TRC Capital Investment Corporation, a corporation under the laws of the Province of Ontario, Canada ("Purchaser"), is offering to purchase up to 2,000,000 shares of Class A common stock, $0.00001 par value per share (the "Shares"), of Snap Inc., a Delaware corporation (the "Company"), at $50.25 per share, net to the seller in cash, upon the terms and subject to the conditions set forth in the Offer to Purchase, dated November 1, 2021, and in the related Letter of Transmittal (the "Offer"). The offer is not conditioned upon the tender of any minimum number of Shares.

**THE OFFER, PRORATION PERIOD AND WITHDRAWAL RIGHTS WILL EXPIRE AT 12:01 A.M., NEW YORK CITY TIME, ON DECEMBER 1, 2021, UNLESS THE OFFER IS EXTENDED OR EARLIER TERMINATED.**

Shares tendered pursuant to the Offer may be withdrawn at any time prior to 12:01 a.m., New York City time, on December 1, 2021, (the "Expiration Date") unless the Offer is extended, and, if not yet accepted for payment by the Purchaser, may also be withdrawn after December 13, 2021.

If more than 2,000,000 Shares are validly tendered prior to the Expiration Date and not properly withdrawn, the Purchaser will, upon the terms and subject to the conditions of the Offer, accept for payment and pay for only 2,000,000 Shares on a pro rata basis, with adjustments to avoid purchases of fractional Shares.

The information required to be disclosed pursuant to the Securities Exchange Act of 1934, as amended, is contained in the Offer to Purchase and is incorporated herein by reference.

The Offer to Purchase and the related Letter of Transmittal and other relevant materials will be mailed upon request to record holders of Shares and furnished to brokers, dealers, banks, trust companies and similar persons whose names, or the names of whose nominees, appear on the Company's shareholder list or, if applicable, who are listed as participants in a clearing agency's security position listing, for subsequent transmittal to beneficial owners of Shares.

**The Offer to Purchase and Letter of Transmittal contain important information which should be read before any decision is made with respect to the Offer.**

Requests for copies of the Offer to Purchase, the Letter of Transmittal and all other tender offer materials may be directed to the Information Agent, as set forth below, and copies will be furnished promptly. Questions or requests for assistance may be directed to the Information Agent.

*The Information Agent for the Offer is:*

CNRA FINANCIAL SERVICES INC.
801 Eglinton Avenue West, Suite 400
Toronto, Canada M5N 1E3
Call: (416) 861-9446

November 1, 2021