**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JAYSUKH RUDANI, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>IDEANOMICS, INC. f/k/a SEVEN STARS CLOUD GROUP, INC. f/k/a WECAST NETWORK, INC., ZHENG WU a/k/a BRUNO WU, BING YANG, and ROBERT BENYA,<br><br>Defendants. | No: 1:19-cv-06741-GBD |

**REPLY IN SUPPORT OF LEAD PLAINTIFF'S MOTION FOR FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT AND LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES**

Lead Plaintiff Jaysukh Rudani ("Lead Plaintiff") and Lead Counsel, Faruqi & Faruqi, LLP, respectfully submit this reply memorandum of law in support of Lead Plaintiff's Motion for Final Approval of the Class Action Settlement ("Final Approval Motion") (ECF No. 118) and Lead Counsel's Motion for an Award of Attorneys' Fees and Expenses ("Fee Motion") (ECF No. 120) (collectively, the "Motions").[1]  This reply is supported by the Supplemental Declaration of Tina Chiango ("Suppl. Mailing Decl."), filed herewith.

## INTRODUCTION

Lead Plaintiff and Lead Counsel are pleased to advise the Court of the positive reaction to the proposed Settlement, Plan of Allocation, and requests for attorneys' fees and reimbursement of expenses.  Following an extensive notice program, which included the mailing of 24,848 Notice of Pendency and Proposed Settlement of Class Action ("Notice") and Proof of Claim and Release forms (collectively, "Claim Packet") to potential Class Members and nominees, no one has requested exclusion from the Settlement, or objected to the Settlement, Plan of Allocation, or fee and expense request.  *See* Suppl. Mailing Decl. ¶¶ 5, 6.

Courts in this Circuit and throughout the country have uniformly recognized that the Class's reaction is a significant factor for the Court to consider when evaluating whether the proposed Settlement and Plan of Allocation are fair, adequate, and reasonable, and whether the requested attorneys' fees and expenses are fair and reasonable.  The Class's response in this Action is overwhelmingly positive.  Thus, Lead Plaintiff respectfully requests that the Court approve the Settlement and Plan of Allocation as fair, adequate, and reasonable, and likewise approve Lead Counsel's request for fees and expenses.

---

[1]     Unless otherwise noted, the following conventions are used herein: (a) all emphases are added; (b) all internal citations and quotations are omitted; and (c) all capitalized terms have the meaning ascribed to them in the Stipulation of Settlement dated July 30, 2021 ("Stipulation"), ECF No. 107.

**ARGUMENT**

**I.    THE CLASS'S REACTION FURTHER SUPPORTS APPROVAL OF THE SETTLEMENT AND PLAN OF ALLOCATION**

It is "well-settled that the reaction of the class to a settlement is considered perhaps the most significant factor to be weighed in considering its adequacy." *In re Veeco Instruments Inc. Sec. Litig.*, No. 05 MDL 01695 (CM), 2007 WL 4115809, at *7 (S.D.N.Y. Nov. 7, 2007).

In accordance with the Court's Order Preliminarily Approving Settlement and Providing for Notice, ECF No. 115, 24,848 copies of the Notice Packet have been mailed to potential Class Members and their nominees. *See* Suppl. Mailing Decl. ¶ 3. The Notice informed Class Members of the terms of the proposed Settlement and Plan of Allocation, and that Lead Counsel would seek attorneys' fees of 33.33% of the Settlement Fund and payment of expenses in an amount not to exceed $40,000. *See* ECF No. 123-1 at 1-2. The Notice also informed investors of how to object should they consider any portion unreasonable. *See id.* at 7-8. Specifically, Class Members seeking to object were required to submit a letter containing the information requested in the Notice to the Clerk of the Court, as well as to Lead Counsel and Defendants' Counsel. *See id.*

No objections to any aspect of the Settlement, Plan of Allocation, or the requested attorneys' fees and expenses have been served on Lead Counsel or the Claims Administrator, *see* Suppl. Mailing Decl. ¶ 6, and no objections appear to have been filed on the Action's docket. A lack of objections strongly supports final approval. *See In re Virtus Inv. Partners, Inc. Sec. Litig.*, No. 15CV1249, 2018 WL 6333657, at *2 (S.D.N.Y. Dec. 4, 2018) ("Here, no class members objected, which strongly favors approval.").

Additionally, the fact that no requests for exclusion have been submitted further supports final approval. *See* Suppl. Mailing Decl. ¶ 5; *Guevoura Fund Ltd. v. Sillerman*, No. 1:15-CV-

07192-CM, 2019 WL 6889901, at *7 (S.D.N.Y. Dec. 18, 2019) ("The absence of negative feedback from Class Members evidences an overall favorable response of the Class Members to the Settlement.").

## II.   THE REACTION OF THE CLASS SUPPORTS APPROVAL OF THE FEE REQUESTS

As noted above, the Notice informed Class Members of the amount of attorneys' fees and the maximum amount of expenses that Lead Counsel would seek. *See* ECF No. 123-1 at 1-2. The Notice also informed Class Members of their right to object to the fee and expense requests and the December 13, 2021 deadline for filing such objections. *See id.* at 1, 7-8. On November 29, 2021, Lead Counsel filed the Fee Motion seeking an award of 33.33% of the Settlement Fund and reimbursement of $34,469.01 in expenses, *see* ECF Nos. 120-22, which was promptly posted on the settlement website. The deadline for objections has since passed and no objections have been received. *See* Suppl. Mailing Decl. ¶ 6.

The lack of objections to the fee and expense requests weighs strongly in favor of approval. *See In re Signet Jewelers Ltd. Sec. Litig.*, No. 1:16-cv-06728-CM-SDA, 2020 WL 4196468, at *21 (S.D.N.Y. July 21, 2020) (finding that "[t]he absence of any objections to the requested attorneys' fees and Litigation Expenses supports a finding that the request is fair and reasonable[,]" and collecting cases).

## CONCLUSION

For the reasons set forth herein and in the papers filed in support of the Final Approval Motion and the Fee Motion, Lead Plaintiff and Lead Counsel respectfully request that the Court enter the attached Judgment Granting Final Approval of Settlement.

Dated: December 27, 2021                     Respectfully submitted,


                                             By: */s/ Katherine M. Lenahan*


3

Katherine M. Lenahan

Katherine M. Lenahan
Megan M. Remmel
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
Email: klenahan@faruqilaw.com
          mremmel@faruqilaw.com

*Attorneys for Lead Plaintiff Jaysukh Rudani*

4