**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JAYSUKH RUDANI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>IDEANOMICS, INC. f/k/a SEVEN STARS CLOUD GROUP, INC. f/k/a WECAST NETWORK, INC., BING YANG, ROBERT BENYA, ZHENG WU *a/k/a* BRUNO WU,<br><br>Defendants. | No. 1:19-cv-06741-GBD |

**SUPPLEMENTAL DECLARATION OF TINA CHIANGO**

**I, TINA CHIANGO, HEREBY DECLARE AND STATE AS FOLLOWS:**

1.      I am the Director of Claims Administration for RG/2 Claims Administration LLC ("RG/2 Claims"), whose address is 30 South 17th Street, Philadelphia, PA 19103.  I am over the age of 18, have personal knowledge of the matters set forth herein, and if called upon to do so, could testify competently to them.

2.      On November 29, 2021, I submitted the Declaration of Tina Chiango Regarding: (A) Dissemination of Notice to the Class; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion and Objections.  This supplemental declaration is to give the Court an update on the status of notice to the Class and Exclusions and Objections.

3.      Subsequent to November 29, 2021, RG/2 has mailed an additional 206 Notices to potential Class Members. To date, a total of 24,848 have been mailed to potential Class Members and nominees.

4.     RG/2 Claims has received 147 Notices returned as undeliverable from the U.S. Postal Service.  RG/2 Claims performed skip tracing through Accurint and was able to obtain updated addresses for 91 of the Notices.  RG/2 Claims re-mailed those 91 Notices via first-class mail.

5.     To date, RG/2 Claims has not received any Requests for Exclusion from the Settlement Class.

6.     To date, RG/2 has not received or been made aware of any objections to the Settlement.

I declare under penalty of perjury under the laws of the United States that to the best of my knowledge the foregoing is true and correct.

Executed on December 27, 2021 at Philadelphia, Pennsylvania.

Tina Chiango