## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAYSUKH RUDANI, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>IDEANOMICS, INC. f/k/a SEVEN STARS CLOUD GROUP, INC. f/k/a WECAST NETWORK, INC., ZHENG WU a/k/a BRUNO WU, BING YANG, and ROBERT BENYA,<br><br>Defendants. | No: 1:19-cv-06741-GBD |

## NOTICE OF LEAD PLAINTIFF'S MOTION TO EXTEND THE CLAIMS-FILING DEADLINE

PLEASE TAKE NOTICE that on January 25, 2022 at 10:00 a.m., at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, Lead Plaintiff Jaysukh Rudani ("Lead Plaintiff"), on behalf of himself and the putative Class, will and hereby does respectfully move this Court for an Order to extend the claims filing deadline to allow for Class Members who will receive late notice by mail to participate in the Settlement. Lead Plaintiff requests that the deadline be extended to a date that is 45 days from the date the Notice and Proof of Claim forms will be mailed to the affected potential Class Members. This request is and will be made in addition to:

(1) Lead Plaintiff's request for an order pursuant to Rule 23(e) of the Federal Rules of Civil Procedure: (a) granting final approval of the proposed Settlement of the above-captioned securities class action lawsuit (the "Action"); (b) finding that the notice program fully satisfied the requirements of Federal Rule of Civil Procedure 23(e), the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(7), and the requirements of due process; (c) finding that the proposed Plan of Allocation is fair, reasonable, and adequate; (d) granting final certification of the Class for settlement purposes; and (e) granting final appointment of Lead Plaintiff as Class Representative for the Class and Faruqi & Faruqi, LLP as Class Counsel for settlement purposes. *See* ECF No. 118.

(2) Lead Counsel's request for an Order, pursuant to Rules 23 and 54 of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4: (1) awarding Lead Counsel attorneys' fees and (2)

reimbursing Lead Counsel for the expenses it incurred in prosecuting the Litigation.  *See* ECF No. 120.

Dated: January 21, 2021

Respectfully submitted,

By: */s/ Katherine M. Lenahan*
      Katherine M. Lenahan

Katherine M. Lenahan
Megan M. Remmel
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
Email: klenahan@faruqilaw.com
      mremmel@faruqilaw.com

*Attorneys for Lead Plaintiff Jaysukh Rudani*