**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JAYSUKH RUDANI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>IDEANOMICS, INC. f/k/a SEVEN STARS CLOUD GROUP, INC. f/k/a WECAST NETWORK, INC., BING YANG, ROBERT BENYA, ZHENG WU *a/k/a* BRUNO WU,<br><br>Defendants. | No. 1:19-cv-06741-GBD |

**DECLARATION OF TINA CHIANGO REGARDING LATE NOTICE**

**I, TINA CHIANGO, HEREBY DECLARE AND STATE AS FOLLOWS:**

1.     I am the Director of Claims Administration for RG/2 Claims Administration LLC ("RG/2 Claims"), whose address is 30 South 17th Street, Philadelphia, PA 19103.  I am over the age of 18, have personal knowledge of the matters set forth herein, and if called upon to do so, could testify competently to them.

2.     As stated in my previous declaration, the Supplemental Declaration of Tina Chiango, dated December 27, 2021, a total of 24,848 Notices had been mailed to potential Class Members and nominees.

3.     On January 18, 2022, one day before the deadline to file a Claim, RG/2 received emails from Broadridge Financial Solutions on behalf of Apex Clearing, which contained the name and addresses of potential Class Members to be sent a Notice.  The listings contained a total of 31,585 name and addresses.

4.      RG/2 requested an explanation from Broadridge as to why the information was sent to us a day before the filing deadline and they stated that they received the information late.  RG/2 records show that a Notice and cover letter was mailed to Apex Clearing on October 21, 2021. The Notice was sent to their NJ location of 2 Journal Square, 5th Floor, Corporate Actions Sept, Jersey City, NJ 07303. In addition to the mailing of the Notice, the Summary Notice was released on PR Newswire and published in the *Investors Business Daily*.  RG/2 also had the Notice posted to the Depository Trust & Clearing Corporation Legal Notice System ("DTCC LENS"), which is a Legal Notice System that allows Depository Trust Company Participants (*i.e.*, brokers and banks) can see the notice.

5.      RG/2 is currently working with our printer to arrange for the printing and mailing of these additional Notices.  RG/2 expects to be able to have the mailing of these Notices completed by February 11, 2022.

6.      To be fair to these potential Class Members, who will receive a Notice past the filing deadline at no fault of their own, RG/2 is respectfully requesting that the Court extend the filing deadline to allow for these potential Class Members to file a claim.  RG/2 recommends allowing an additional 45 days from the mailing date for claim submissions.

7.      RG/2 estimates that the cost to print and mail these Notice will be approximately $30,000, which includes the printing, mailing and postage.


I declare under penalty of perjury under the laws of the United States that to the best of my knowledge the foregoing is true and correct.

Executed on January 21, 2022 at Philadelphia, Pennsylvania.


Tina Chiango

2