**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JAYSUKH RUDANI, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> IDEANOMICS, INC. f/k/a SEVEN STARS CLOUD GROUP, INC. f/k/a WECAST NETWORK, INC., BING YANG, ROBERT BENYA, ZHENG WU *a/k/a* BRUNO WU, <br><br> Defendants. | No. 1:19-cv-06741-GBD |

**NOTICE OF LEAD PLAINTIFF'S MOTION FOR**
**DISTRIBUTION OF THE NET SETTLEMENT FUND**

PLEASE TAKE NOTICE that on a date and time as may be set by this Court, before the

Honorable George B. Daniels, at the United States District Court for the Southern District of

New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY

10007, Lead Plaintiff Jaysukh Rudani ("Lead Plaintiff"), on behalf of himself and the settlement

Class,[1] will and hereby does respectfully move this Court for an Order: (i) approving the

administrative determinations of RG/2 Claims Administration LLC ("RG/2"), the claims

administrator, accepting and rejecting the Proof of Claim and Release Forms ("Claims")

---

[1]     Unless otherwise noted, all capitalized terms have the meaning ascribed to them in the Stipulation of Settlement dated July 30, 2021 ("Stipulation"), ECF No. 107.

submitted in connection with the settlement reached in the above-captioned action as stated in the Declaration of Tina Chiango in Support of Motion for Distribution of the Net Settlement Fund ("Chiango Distribution Declaration"), submitted herewith; (ii) ordering that any Claims received after August 11, 2022 or any responses to any deficiencies received after August 11, 2022 be rejected as untimely; (iii) authorizing distribution of the Net Settlement Fund to Authorized Claimants whose Claims have been accepted; (iv) authorizing payment from the Settlement Fund for RG/2's $36,702 requested fees and expenses; (v) authorizing destruction of paper copies of Claims and related documentation one year after distribution of the Net Settlement Fund, and electronic copies of the same three years after the final distribution of the Net Settlement Fund; (vi) granting the release of claims related to the administration or taxation of the Settlement Fund; and (vii) for such other and further relief as this Court may deem just and proper.

This motion is based on the accompanying Memorandum of Law in support thereof and the Chiango Distribution Declaration, with attached exhibits, filed herewith; the pleadings and records on file in this action; and other such matters and argument as the Court may consider.

The [Proposed] Distribution Order is filed concurrently herewith.

Dated: August 12, 2022

Respectfully submitted,

**FARUQI & FARUQI, LLP**

By: */s/ Katherine M. Lenahan*
    Katherine M. Lenahan

Katherine M. Lenahan
685 Third Avenue, 26th Floor
New York, NY 10017
Ph: (212) 983-9330
Fx: (212) 983-9331
E-mail: klenahan@faruqilaw.com

*Attorneys for Class Representative Jaysukh Rudani and Class Counsel for the settlement Class*