# EXHIBIT A

**Ideanomics Securities Litigation (Rudani Action)**

**Timely Authorized Claimants**

**Exhibit A**

| Claim Number | Recognized Loss |
|---|---|
| IDN000000005 | $ 3,875.00 |
| IDN000000007 | $ 259,503.00 |
| IDN000000008 | $ 15,365.00 |
| IDN000000009 | $ 371.09 |
| IDN000000010 | $ 599.35 |
| IDN000000011 | $ 62.10 |
| IDN000000012 | $ 64,727.91 |
| IDN000000013 | $ 27,633.22 |
| IDN000000014 | $ 7,860.50 |
| IDN000000015 | $ 1,475.00 |
| IDN000000016 | $ 897.00 |
| IDN000000019 | $ 1,200.15 |
| IDN000000020 | $ 17,466.49 |
| IDN000000021 | $ 25,584.22 |
| IDN000000022 | $ 21,826.80 |
| IDN000000023 | $ 330.95 |
| IDN000000027 | $ 288.95 |
| IDN000000028 | $ 2,715.00 |
| IDN000000029 | $ 1,765.50 |
| IDN000000030 | $ 3,600.00 |
| IDN000000031 | $ 9,579.00 |
| IDN000000032 | $ 775.00 |
| IDN000000033 | $ 10,143.55 |
| IDN000000034 | $ 245.00 |
| IDN000000036 | $ 490.00 |
| IDN000000037 | $ 1,505.00 |
| IDN000000039 | $ 41,208.65 |
| IDN000000040 | $ 3,610.00 |
| IDN000000041 | $ 352.63 |
| IDN000000042 | $ 11,893.57 |

**Ideanomics Securities Litigation (Rudani Action)**

**Timely Authorized Claimants**

**Exhibit A**

| Claim Number | Recognized Loss |
|---|---|
| IDN000000043 | $ 8,000.00 |
| IDN000000045 | $ 3,280.50 |
| IDN000000046 | $ 8,972.42 |
| IDN000000047 | $ 838.50 |
| IDN000000048 | $ 1,869.08 |
| IDN000000049 | $ 466.40 |
| IDN000000050 | $ 334.00 |
| IDN000000052 | $ 11,612.50 |
| IDN000000054 | $ 15,160.00 |
| IDN000000055 | $ 8,150.65 |
| IDN000000056 | $ 14,033.55 |
| IDN000000057 | $ 113,706.09 |
| IDN000000061 | $ 1,770.00 |
| IDN000000063 | $ 159.25 |
| IDN000000066 | $ 333,567.60 |
| IDN000000067 | $ 216,785.00 |
| IDN000000068 | $ 7,750.00 |
| IDN000000069 | $ 1,446.15 |
| IDN000000070 | $ 10,235.30 |
| IDN000000071 | $ 85,250.00 |
| IDN000000074 | $ 1,001.28 |
| IDN000000075 | $ 1,278.22 |
| IDN000000076 | $ 7,750.00 |
| IDN000000077 | $ 1,353.55 |
| IDN000000078 | $ 36,345.00 |
| IDN000000079 | $ 494,028.50 |
| IDN000000081 | $ 2.82 |
| IDN000000082 | $ 7,350.00 |
| IDN000000083 | $ 14,700.00 |
| IDN000000085 | $ 155.00 |

**Ideanomics Securities Litigation (Rudani Action)**

**Timely Authorized Claimants**

**Exhibit A**

| Claim Number | Recognized Loss |
|---|---|
| IDN000000086 | $ 951.29 |
| IDN000000087 | $ 775.00 |
| IDN000000088 | $ 2,826.00 |
| IDN000000089 | $ 2,190.00 |
| IDN000000090 | $ 2,801.50 |
| IDN000000091 | $ 2,058.58 |
| IDN000000092 | $ 351.82 |
| IDN000000093 | $ 108.30 |
| IDN000000095 | $ 192.69 |
| IDN000000097 | $ 1,334.95 |
| IDN000000100 | $ 7,220.00 |
| IDN000000101 | $ 160.00 |
| IDN000000102 | $ 1,225.00 |
| IDN000000103 | $ 7,750.00 |
| IDN000000104 | $ 12,632.62 |
| IDN000000105 | $ 189,989.82 |
| IDN000000106 | $ 9,642.15 |
| IDN000000107 | $ 85,275.77 |
| IDN000000110 | $ 4,350.00 |
| IDN000000112 | $ 904.50 |
| IDN000000113 | $ 3,100.00 |
| IDN000000114 | $ 5,307.05 |
| IDN000000115 | $ 3,185.00 |
| IDN000000116 | $ 119.80 |
| IDN000000117 | $ 10,569.31 |
| IDN000000121 | $ 765.79 |
| IDN000000122 | $ 126,158.46 |
| IDN000000123 | $ 1,550.00 |
| IDN000000124 | $ 1,550.00 |
| IDN000000125 | $ 4,900.00 |

**Ideanomics Securities Litigation (Rudani Action)**

**Timely Authorized Claimants**

**Exhibit A**

| Claim Number | Recognized Loss |
|---|---|
| IDN000000127 | $ 39,799.93 |
| IDN000000128 | $ 32,276.98 |
| IDN000000130 | $ 541.50 |
| IDN000000132 | $ 734.00 |
| IDN000000133 | $ 193.75 |
| IDN000000134 | $ 4,440.52 |
| IDN000000135 | $ 2,753.00 |
| IDN000000136 | $ 6,200.00 |
| IDN000000137 | $ 105,415.20 |
| IDN000000138 | $ 494.95 |
| IDN000000139 | $ 11,957.00 |
| IDN000000140 | $ 7,410.01 |
| IDN000000141 | $ 5,966.85 |
| IDN000000142 | $ 5,963.40 |
| IDN000000143 | $ 2,936.37 |
| IDN000000144 | $ 1,122.00 |
| IDN000000147 | $ 616.00 |
| IDN000000148 | $ 18,050.00 |
| IDN000000149 | $ 22,719.63 |
| IDN000000150 | $ 11,363.96 |
| IDN000000152 | $ 1,444.00 |
| IDN000000153 | $ 1,550.00 |
| IDN000000154 | $ 719.88 |
| IDN000000158 | $ 723.89 |
| IDN000000159 | $ 1,245.97 |
| IDN000000160 | $ 6,016.95 |
| IDN000000161 | $ 37,322.38 |
| IDN000000162 | $ 69,700.74 |
| IDN000000164 | $ 664.56 |
| IDN000000165 | $ 775.00 |

**Ideanomics Securities Litigation (Rudani Action)**

**Timely Authorized Claimants**

**Exhibit A**

| Claim Number | Recognized Loss |
|---|---|
| IDN000000172 | $ 127.02 |
| IDN000000174 | $ 42,096.86 |
| IDN000000176 | $ 77.50 |
| IDN000000178 | $ 7,251.30 |
| IDN000000179 | $ 24.80 |
| IDN000000185 | $ 902.50 |
| IDN000000186 | $ 46,689.57 |
| IDN000000187 | $ 896.82 |
| IDN000000189 | $ 4,363.71 |
| IDN000000191 | $ 139.50 |
| IDN000000193 | $ 6,052.00 |
| IDN000000199 | $ 15.30 |
| IDN000000201 | $ 1.13 |
| IDN000100007 | $ 3,431.27 |
| IDN000100076 | $ 0.12 |
| IDN000100129 | $ 1,227.50 |
| IDN000100132 | $ 774.43 |
| IDN000100136 | $ 858.40 |
| IDN000100184 | $ 3,877.61 |
| IDN000100185 | $ 1,459.40 |
| IDN000100187 | $ 465.00 |
| IDN000100190 | $ 1,726.97 |
| IDN000100191 | $ 545.10 |
| IDN000100194 | $ 180.00 |
| IDN000100195 | $ 19,370.35 |
| IDN000100197 | $ 81.00 |
| IDN000100209 | $ 25.70 |
| IDN000100220 | $ 1,516.78 |
| IDN000100225 | $ 837.84 |
| IDN000100248 | $ 18,545.01 |

**Ideanomics Securities Litigation (Rudani Action)**

**Timely Authorized Claimants**

**Exhibit A**

| Claim Number | Recognized Loss |
|---|---|
| IDN000100250 | $ 2,824.60 |
| IDN000100251 | $ 858.70 |
| IDN000100252 | $ 21,223.10 |
| IDN000100255 | $ 2,852.00 |
| IDN000100256 | $ 465.00 |
| IDN000100267 | $ 4,330.10 |
| IDN000100269 | $ 8,584.24 |
| IDN000100273 | $ 194.81 |
| IDN000100276 | $ 83,817.87 |
| IDN000100280 | $ 1,550.00 |
| IDN000100282 | $ 1,935.00 |
| IDN000100283 | $ 964.60 |
| IDN000100289 | $ 10,823.03 |
| IDN000100290 | $ 14,836.11 |
| IDN000100294 | $ 59,470.29 |
| IDN000100295 | $ 5,276.14 |
| IDN000100297 | $ 7,677.15 |
| IDN000100320 | $ 29,128.10 |
| IDN000100321 | $ 37,657.25 |
| IDN000100322 | $ 21,391.55 |
| IDN000100323 | $ 57,675.50 |
| IDN000100324 | $ 20,517.86 |
| IDN000100326 | $ 11,500.85 |
| IDN000100332 | $ 469.30 |
| IDN000100351 | $ 722.86 |
| IDN000100355 | $ 6,200.00 |
| IDN000100359 | $ 6.25 |
| IDN000100369 | $ 742.27 |
| IDN000100372 | $ 851.90 |
| IDN000100378 | $ 1,580.43 |

**Ideanomics Securities Litigation (Rudani Action)**

**Timely Authorized Claimants**

**Exhibit A**

| Claim Number | Recognized Loss |
|---|---|
| IDN000100396 | $ 56.60 |
| IDN000100397 | $ 116.00 |
| IDN000100402 | $ 6,190.00 |
| IDN000100407 | $ 784.00 |
| IDN000100418 | $ 145.04 |
| IDN000100422 | $ 3,971.00 |
| IDN000100429 | $ 936.91 |
| IDN000100435 | $ 3,023.28 |
| IDN000100436 | $ 485.07 |
| IDN000100448 | $ 43.50 |
| IDN000100463 | $ 23.20 |
| IDN000100466 | $ 352.00 |
| IDN000100471 | $ 5.79 |
| IDN000100472 | $ 60.04 |
| IDN000100473 | $ 324.00 |
| IDN000100480 | $ 342.00 |
| IDN000100492 | $ 722.00 |
| IDN000100499 | $ 1,550.00 |
| IDN000100515 | $ 325.45 |
| IDN000100526 | $ 2,110.26 |
| IDN000100541 | $ 592.00 |
| IDN000100550 | $ 272.42 |
| IDN000100555 | $ 465.00 |
| IDN000100571 | $ 900.00 |
| IDN000100576 | $ 149,922.24 |
| IDN000100596 | $ 226.60 |
| IDN000100597 | $ 188.00 |
| IDN000100604 | $ 3,100.00 |
| IDN000100609 | $ 4,434.05 |
| IDN000100612 | $ 3,561.61 |

**Ideanomics Securities Litigation (Rudani Action)**

**Timely Authorized Claimants**

**Exhibit A**

| Claim Number | Recognized Loss |
|---|---|
| IDN000100613 | $ 40,392.26 |
| IDN000100614 | $ 3,379.25 |
| IDN000100615 | $ 3,364.72 |
| IDN000100616 | $ 1,225.00 |
| IDN000100617 | $ 967.55 |
| IDN000100618 | $ 1,560.00 |
| IDN000100636 | $ 116.00 |
| IDN000100637 | $ 116.00 |
| IDN000100638 | $ 155.00 |
| IDN000100641 | $ 361.00 |
| IDN000100642 | $ 6,317.59 |
| IDN000100647 | $ 1,444.00 |
| IDN000100648 | $ 85.02 |
| IDN000100652 | $ 4,900.00 |
| IDN000100654 | $ 10.85 |
| IDN000100660 | $ 870.00 |
| IDN000100665 | $ 387.50 |
| IDN000100668 | $ 310.00 |
| IDN000100669 | $ 3,165.00 |
| IDN000100671 | $ 306.80 |
| IDN000100672 | $ 1,837.50 |
| IDN000100674 | $ 1,903.15 |
| IDN000100675 | $ 2,185.03 |
| IDN000100676 | $ 387.50 |
| IDN000100679 | $ 1,550.00 |
| IDN000100691 | $ 2,867.50 |
| IDN000100696 | $ 27,606.00 |
| IDN000100698 | $ 15,500.00 |
| IDN000100699 | $ 890.16 |
| IDN000100701 | $ 3,720.00 |

**Ideanomics Securities Litigation (Rudani Action)**

**Timely Authorized Claimants**

**Exhibit A**

| Claim Number | Recognized Loss |
|---|---|
| IDN000100702 | $ 3,022.50 |
| IDN000100703 | $ 930.00 |
| IDN000100704 | $ 1,705.00 |
| IDN000100705 | $ 4,650.00 |
| IDN000100706 | $ 232.50 |
| IDN000100707 | $ 3,288.70 |
| IDN000100708 | $ 2,460.00 |
| IDN000100709 | $ 2,000.00 |
| IDN000100710 | $ 3,334.00 |
| IDN000100711 | $ 155.00 |
| IDN000100712 | $ 17,111.62 |
| IDN000100715 | $ 591.40 |
| IDN000100716 | $ 597.20 |
| IDN000100717 | $ 7,879.10 |
| IDN000100718 | $ 2,325.00 |
| IDN000100721 | $ 594.00 |
| IDN000100722 | $ 449.85 |
| IDN000100724 | $ 4,458.98 |
| IDN000100727 | $ 205.77 |
| IDN000100735 | $ 205.77 |
| IDN000100736 | $ 214.73 |
| IDN000100743 | $ 388.00 |
| IDN000100749 | $ 3,339.50 |
| IDN000100750 | $ 1,449.73 |
| IDN000100751 | $ 0.03 |
| IDN000100753 | $ 930.00 |
| IDN000100754 | $ 167.88 |
| IDN000100771 | $ 72.20 |
| IDN000100775 | $ 72,200.00 |
| IDN000100787 | $ 3,445.65 |

**Ideanomics Securities Litigation (Rudani Action)**

**Timely Authorized Claimants**

**Exhibit A**

| Claim Number | Recognized Loss |
|---|---|
| IDN000100788 | $                    2,309.22 |
| IDN000100791 | $                  40,861.61 |
| IDN000100798 | $                       968.75 |

**Total Claims:  273**          **Total Recognized Loss:  $3,910,704.28**