# EXHIBIT B

**Ideanomics Securities Litigation (Rudani Action)**

**Late But Otherwise Authorized Claimants**

**Exhibit B**

| Claim Number | Recognized Loss |
|---|---|
| IDN000000203 | $ 2,411.03 |
| IDN000100799 | $ 15.50 |
| IDN000100800 | $ 12.37 |

**Total Claims:  3**           **Total Recognized Loss:  $2,438.91**