# EXHIBIT C

**Ideanomics Securities Litigation (Rudani Action)**

**Rejected or Ineligible Claimants**

**Exhibit C**

| Claim Number | Reason for Rejection |
|---|---|
| IDN000000001 | Did Not Purchase Shares During Class Period |
| IDN000000003 | Did Not Incur A Recognized Loss |
| IDN000000004 | Did Not Incur A Recognized Loss |
| IDN000000006 | Did Not Incur A Recognized Loss |
| IDN000000017 | Did Not Incur A Recognized Loss |
| IDN000000018 | Deficient Claim Never Cured |
| IDN000000024 | Did Not Purchase Shares During Class Period |
| IDN000000025 | Did Not Incur A Recognized Loss |
| IDN000000026 | Did Not Purchase Shares During Class Period |
| IDN000000035 | Did Not Purchase Shares During Class Period |
| IDN000000038 | Did Not Incur A Recognized Loss |
| IDN000000044 | Did Not Purchase Shares During Class Period |
| IDN000000051 | Did Not Purchase Shares During Class Period |
| IDN000000053 | Did Not Incur A Recognized Loss |
| IDN000000058 | Deficient Claim Never Cured |
| IDN000000059 | Did Not Purchase Shares During Class Period |
| IDN000000060 | Did Not Incur A Recognized Loss |
| IDN000000062 | Did Not Incur A Recognized Loss |
| IDN000000064 | Deficient Claim Never Cured |
| IDN000000065 | Did Not Incur A Recognized Loss |
| IDN000000072 | Did Not Incur A Recognized Loss |
| IDN000000073 | Did Not Incur A Recognized Loss |
| IDN000000080 | Did Not Incur A Recognized Loss |
| IDN000000084 | Did Not Incur A Recognized Loss |

## Ideanomics Securities Litigation (Rudani Action)

## Rejected or Ineligible Claimants

## Exhibit C

| Claim Number | Reason for Rejection |
|---|---|
| IDN000000094 | Did Not Purchase Shares During Class Period |
| IDN000000096 | Did Not Purchase Shares During Class Period |
| IDN000000098 | Deficient Claim Never Cured |
| IDN000000099 | Did Not Purchase Shares During Class Period |
| IDN000000108 | Did Not Incur A Recognized Loss |
| IDN000000109 | Did Not Incur A Recognized Loss |
| IDN000000111 | Did Not Incur A Recognized Loss |
| IDN000000118 | Did Not Incur A Recognized Loss |
| IDN000000119 | Did Not Incur A Recognized Loss |
| IDN000000120 | Did Not Incur A Recognized Loss |
| IDN000000126 | Deficient Claim Never Cured |
| IDN000000129 | Did Not Incur A Recognized Loss |
| IDN000000131 | Deficient Claim Never Cured |
| IDN000000145 | Did Not Incur A Recognized Loss |
| IDN000000146 | Did Not Incur A Recognized Loss |
| IDN000000151 | Did Not Purchase Shares During Class Period |
| IDN000000155 | Deficient Claim Never Cured |
| IDN000000156 | Did Not Purchase Shares During Class Period |
| IDN000000157 | Did Not Incur A Recognized Loss |
| IDN000000163 | Did Not Incur A Recognized Loss |
| IDN000000166 | Did Not Incur A Recognized Loss |
| IDN000000167 | Did Not Incur A Recognized Loss |
| IDN000000168 | Deficient Claim Never Cured |
| IDN000000169 | Did Not Purchase Shares During Class Period |

**Ideanomics Securities Litigation (Rudani Action)**

**Rejected or Ineligible Claimants**

**Exhibit C**

| Claim Number | Reason for Rejection |
|---|---|
| IDN000000170 | Did Not Incur A Recognized Loss |
| IDN000000171 | Did Not Incur A Recognized Loss |
| IDN000000173 | Did Not Purchase Shares During Class Period |
| IDN000000175 | Did Not Incur A Recognized Loss |
| IDN000000177 | Did Not Purchase Shares During Class Period |
| IDN000000180 | Did Not Purchase Shares During Class Period |
| IDN000000181 | Did Not Incur A Recognized Loss |
| IDN000000182 | Deficient Claim Never Cured |
| IDN000000183 | Did Not Purchase Shares During Class Period |
| IDN000000184 | Did Not Incur A Recognized Loss |
| IDN000000188 | Did Not Incur A Recognized Loss |
| IDN000000190 | Did Not Purchase Shares During Class Period |
| IDN000000192 | Did Not Incur A Recognized Loss |
| IDN000000194 | Did Not Incur A Recognized Loss |
| IDN000000200 | Did Not Purchase Shares During Class Period |
| IDN000000204 | Did Not Purchase Shares During Class Period |
| IDN000100001 | Did Not Incur A Recognized Loss |
| IDN000100002 | Did Not Incur A Recognized Loss |
| IDN000100003 | Did Not Incur A Recognized Loss |
| IDN000100004 | Did Not Incur A Recognized Loss |
| IDN000100005 | Did Not Incur A Recognized Loss |
| IDN000100006 | Did Not Incur A Recognized Loss |
| IDN000100008 | Did Not Incur A Recognized Loss |
| IDN000100009 | Did Not Incur A Recognized Loss |

## Ideanomics Securities Litigation (Rudani Action)

## Rejected or Ineligible Claimants

## Exhibit C

| Claim Number | Reason for Rejection |
| --- | --- |
| IDN000100010 | Did Not Incur A Recognized Loss |
| IDN000100011 | Did Not Incur A Recognized Loss |
| IDN000100012 | Did Not Incur A Recognized Loss |
| IDN000100013 | Did Not Incur A Recognized Loss |
| IDN000100014 | Did Not Incur A Recognized Loss |
| IDN000100015 | Did Not Incur A Recognized Loss |
| IDN000100016 | Did Not Incur A Recognized Loss |
| IDN000100017 | Did Not Incur A Recognized Loss |
| IDN000100018 | Did Not Incur A Recognized Loss |
| IDN000100019 | Did Not Incur A Recognized Loss |
| IDN000100020 | Did Not Incur A Recognized Loss |
| IDN000100021 | Did Not Incur A Recognized Loss |
| IDN000100022 | Did Not Incur A Recognized Loss |
| IDN000100023 | Did Not Incur A Recognized Loss |
| IDN000100024 | Did Not Incur A Recognized Loss |
| IDN000100025 | Did Not Incur A Recognized Loss |
| IDN000100026 | Did Not Incur A Recognized Loss |
| IDN000100027 | Did Not Incur A Recognized Loss |
| IDN000100028 | Did Not Incur A Recognized Loss |
| IDN000100029 | Did Not Incur A Recognized Loss |
| IDN000100030 | Did Not Incur A Recognized Loss |
| IDN000100031 | Did Not Incur A Recognized Loss |
| IDN000100032 | Did Not Incur A Recognized Loss |
| IDN000100033 | Did Not Incur A Recognized Loss |

**Ideanomics Securities Litigation (Rudani Action)**

**Rejected or Ineligible Claimants**

**Exhibit C**

| Claim Number | Reason for Rejection |
|---|---|
| IDN000100034 | Did Not Incur A Recognized Loss |
| IDN000100035 | Did Not Incur A Recognized Loss |
| IDN000100036 | Did Not Incur A Recognized Loss |
| IDN000100037 | Did Not Incur A Recognized Loss |
| IDN000100038 | Did Not Incur A Recognized Loss |
| IDN000100039 | Did Not Incur A Recognized Loss |
| IDN000100040 | Did Not Incur A Recognized Loss |
| IDN000100041 | Did Not Incur A Recognized Loss |
| IDN000100042 | Did Not Incur A Recognized Loss |
| IDN000100043 | Did Not Incur A Recognized Loss |
| IDN000100044 | Did Not Incur A Recognized Loss |
| IDN000100045 | Did Not Incur A Recognized Loss |
| IDN000100046 | Did Not Incur A Recognized Loss |
| IDN000100047 | Did Not Incur A Recognized Loss |
| IDN000100048 | Did Not Incur A Recognized Loss |
| IDN000100049 | Did Not Incur A Recognized Loss |
| IDN000100059 | Did Not Incur A Recognized Loss |
| IDN000100060 | Did Not Incur A Recognized Loss |
| IDN000100061 | Did Not Incur A Recognized Loss |
| IDN000100062 | Did Not Incur A Recognized Loss |
| IDN000100063 | Did Not Incur A Recognized Loss |
| IDN000100064 | Did Not Incur A Recognized Loss |
| IDN000100065 | Did Not Incur A Recognized Loss |
| IDN000100066 | Did Not Incur A Recognized Loss |

**Ideanomics Securities Litigation (Rudani Action)**

**Rejected or Ineligible Claimants**

**Exhibit C**

| Claim Number | Reason for Rejection |
|---|---|
| IDN000100067 | Did Not Incur A Recognized Loss |
| IDN000100068 | Did Not Incur A Recognized Loss |
| IDN000100069 | Did Not Incur A Recognized Loss |
| IDN000100070 | Did Not Incur A Recognized Loss |
| IDN000100071 | Did Not Incur A Recognized Loss |
| IDN000100072 | Did Not Incur A Recognized Loss |
| IDN000100073 | Did Not Incur A Recognized Loss |
| IDN000100074 | Did Not Incur A Recognized Loss |
| IDN000100075 | Did Not Incur A Recognized Loss |
| IDN000100077 | Did Not Incur A Recognized Loss |
| IDN000100078 | Did Not Incur A Recognized Loss |
| IDN000100079 | Did Not Incur A Recognized Loss |
| IDN000100080 | Did Not Incur A Recognized Loss |
| IDN000100081 | Did Not Incur A Recognized Loss |
| IDN000100082 | Did Not Incur A Recognized Loss |
| IDN000100083 | Did Not Incur A Recognized Loss |
| IDN000100084 | Did Not Incur A Recognized Loss |
| IDN000100085 | Did Not Incur A Recognized Loss |
| IDN000100086 | Did Not Incur A Recognized Loss |
| IDN000100087 | Did Not Incur A Recognized Loss |
| IDN000100088 | Did Not Incur A Recognized Loss |
| IDN000100089 | Did Not Incur A Recognized Loss |
| IDN000100090 | Did Not Incur A Recognized Loss |
| IDN000100091 | Did Not Incur A Recognized Loss |

**Ideanomics Securities Litigation (Rudani Action)**

**Rejected or Ineligible Claimants**

**Exhibit C**

| Claim Number | Reason for Rejection |
|---|---|
| IDN000100092 | Did Not Incur A Recognized Loss |
| IDN000100093 | Did Not Incur A Recognized Loss |
| IDN000100094 | Did Not Incur A Recognized Loss |
| IDN000100095 | Did Not Incur A Recognized Loss |
| IDN000100096 | Did Not Incur A Recognized Loss |
| IDN000100097 | Did Not Incur A Recognized Loss |
| IDN000100098 | Did Not Incur A Recognized Loss |
| IDN000100099 | Did Not Incur A Recognized Loss |
| IDN000100100 | Did Not Incur A Recognized Loss |
| IDN000100101 | Did Not Incur A Recognized Loss |
| IDN000100102 | Did Not Incur A Recognized Loss |
| IDN000100103 | Did Not Incur A Recognized Loss |
| IDN000100104 | Did Not Incur A Recognized Loss |
| IDN000100105 | Did Not Incur A Recognized Loss |
| IDN000100106 | Did Not Incur A Recognized Loss |
| IDN000100107 | Did Not Incur A Recognized Loss |
| IDN000100108 | Did Not Incur A Recognized Loss |
| IDN000100109 | Did Not Incur A Recognized Loss |
| IDN000100110 | Did Not Incur A Recognized Loss |
| IDN000100111 | Did Not Incur A Recognized Loss |
| IDN000100112 | Did Not Incur A Recognized Loss |
| IDN000100113 | Did Not Incur A Recognized Loss |
| IDN000100114 | Did Not Incur A Recognized Loss |
| IDN000100115 | Did Not Incur A Recognized Loss |

**Ideanomics Securities Litigation (Rudani Action)**

**Rejected or Ineligible Claimants**

**Exhibit C**

| Claim Number | Reason for Rejection |
|---|---|
| IDN000100116 | Did Not Incur A Recognized Loss |
| IDN000100117 | Did Not Incur A Recognized Loss |
| IDN000100118 | Did Not Incur A Recognized Loss |
| IDN000100119 | Did Not Incur A Recognized Loss |
| IDN000100120 | Did Not Incur A Recognized Loss |
| IDN000100121 | Did Not Incur A Recognized Loss |
| IDN000100122 | Did Not Incur A Recognized Loss |
| IDN000100123 | Did Not Incur A Recognized Loss |
| IDN000100124 | Did Not Incur A Recognized Loss |
| IDN000100125 | Did Not Incur A Recognized Loss |
| IDN000100126 | Did Not Incur A Recognized Loss |
| IDN000100127 | Did Not Incur A Recognized Loss |
| IDN000100128 | Did Not Incur A Recognized Loss |
| IDN000100130 | Did Not Incur A Recognized Loss |
| IDN000100131 | Did Not Incur A Recognized Loss |
| IDN000100133 | Did Not Incur A Recognized Loss |
| IDN000100134 | Did Not Incur A Recognized Loss |
| IDN000100135 | Did Not Incur A Recognized Loss |
| IDN000100137 | Did Not Incur A Recognized Loss |
| IDN000100138 | Did Not Incur A Recognized Loss |
| IDN000100139 | Did Not Incur A Recognized Loss |
| IDN000100140 | Did Not Incur A Recognized Loss |
| IDN000100141 | Did Not Incur A Recognized Loss |
| IDN000100142 | Did Not Incur A Recognized Loss |

**Ideanomics Securities Litigation (Rudani Action)**

**Rejected or Ineligible Claimants**

**Exhibit C**

| Claim Number | Reason for Rejection |
|---|---|
| IDN000100143 | Did Not Incur A Recognized Loss |
| IDN000100144 | Did Not Incur A Recognized Loss |
| IDN000100145 | Did Not Incur A Recognized Loss |
| IDN000100146 | Did Not Incur A Recognized Loss |
| IDN000100147 | Did Not Incur A Recognized Loss |
| IDN000100148 | Did Not Incur A Recognized Loss |
| IDN000100149 | Did Not Incur A Recognized Loss |
| IDN000100150 | Did Not Incur A Recognized Loss |
| IDN000100151 | Did Not Incur A Recognized Loss |
| IDN000100152 | Did Not Incur A Recognized Loss |
| IDN000100153 | Did Not Incur A Recognized Loss |
| IDN000100154 | Did Not Incur A Recognized Loss |
| IDN000100155 | Did Not Incur A Recognized Loss |
| IDN000100156 | Did Not Incur A Recognized Loss |
| IDN000100157 | Did Not Incur A Recognized Loss |
| IDN000100158 | Did Not Incur A Recognized Loss |
| IDN000100159 | Did Not Incur A Recognized Loss |
| IDN000100160 | Did Not Incur A Recognized Loss |
| IDN000100161 | Did Not Incur A Recognized Loss |
| IDN000100162 | Did Not Incur A Recognized Loss |
| IDN000100163 | Did Not Incur A Recognized Loss |
| IDN000100164 | Did Not Incur A Recognized Loss |
| IDN000100165 | Did Not Incur A Recognized Loss |
| IDN000100166 | Did Not Incur A Recognized Loss |

**Ideanomics Securities Litigation (Rudani Action)**

**Rejected or Ineligible Claimants**

**Exhibit C**

| Claim Number | Reason for Rejection |
|---|---|
| IDN000100167 | Did Not Incur A Recognized Loss |
| IDN000100168 | Did Not Incur A Recognized Loss |
| IDN000100169 | Did Not Incur A Recognized Loss |
| IDN000100170 | Did Not Incur A Recognized Loss |
| IDN000100171 | Did Not Incur A Recognized Loss |
| IDN000100172 | Did Not Incur A Recognized Loss |
| IDN000100173 | Did Not Incur A Recognized Loss |
| IDN000100174 | Did Not Incur A Recognized Loss |
| IDN000100175 | Did Not Incur A Recognized Loss |
| IDN000100176 | Did Not Incur A Recognized Loss |
| IDN000100177 | Did Not Incur A Recognized Loss |
| IDN000100178 | Did Not Incur A Recognized Loss |
| IDN000100179 | Did Not Incur A Recognized Loss |
| IDN000100180 | Did Not Incur A Recognized Loss |
| IDN000100181 | Did Not Incur A Recognized Loss |
| IDN000100182 | Did Not Incur A Recognized Loss |
| IDN000100183 | Did Not Incur A Recognized Loss |
| IDN000100186 | Did Not Incur A Recognized Loss |
| IDN000100188 | Did Not Incur A Recognized Loss |
| IDN000100189 | Did Not Incur A Recognized Loss |
| IDN000100192 | Did Not Incur A Recognized Loss |
| IDN000100193 | Did Not Incur A Recognized Loss |
| IDN000100196 | Did Not Incur A Recognized Loss |
| IDN000100198 | Did Not Incur A Recognized Loss |

## Ideanomics Securities Litigation (Rudani Action)

### Rejected or Ineligible Claimants

### Exhibit C

| Claim Number | Reason for Rejection |
| --- | --- |
| IDN000100199 | Did Not Incur A Recognized Loss |
| IDN000100200 | Did Not Incur A Recognized Loss |
| IDN000100201 | Did Not Incur A Recognized Loss |
| IDN000100202 | Did Not Incur A Recognized Loss |
| IDN000100203 | Did Not Incur A Recognized Loss |
| IDN000100204 | Did Not Incur A Recognized Loss |
| IDN000100205 | Did Not Incur A Recognized Loss |
| IDN000100206 | Did Not Incur A Recognized Loss |
| IDN000100207 | Did Not Incur A Recognized Loss |
| IDN000100208 | Did Not Incur A Recognized Loss |
| IDN000100210 | Did Not Incur A Recognized Loss |
| IDN000100211 | Did Not Incur A Recognized Loss |
| IDN000100212 | Did Not Incur A Recognized Loss |
| IDN000100213 | Did Not Incur A Recognized Loss |
| IDN000100214 | Did Not Incur A Recognized Loss |
| IDN000100215 | Did Not Incur A Recognized Loss |
| IDN000100216 | Did Not Incur A Recognized Loss |
| IDN000100217 | Did Not Incur A Recognized Loss |
| IDN000100218 | Did Not Incur A Recognized Loss |
| IDN000100219 | Did Not Incur A Recognized Loss |
| IDN000100221 | Did Not Incur A Recognized Loss |
| IDN000100222 | Did Not Incur A Recognized Loss |
| IDN000100223 | Did Not Incur A Recognized Loss |
| IDN000100224 | Did Not Incur A Recognized Loss |

**Ideanomics Securities Litigation (Rudani Action)**

**Rejected or Ineligible Claimants**

**Exhibit C**

| Claim Number | Reason for Rejection |
|---|---|
| IDN000100226 | Did Not Incur A Recognized Loss |
| IDN000100227 | Did Not Incur A Recognized Loss |
| IDN000100228 | Did Not Incur A Recognized Loss |
| IDN000100229 | Did Not Incur A Recognized Loss |
| IDN000100230 | Did Not Incur A Recognized Loss |
| IDN000100231 | Did Not Incur A Recognized Loss |
| IDN000100232 | Did Not Incur A Recognized Loss |
| IDN000100233 | Did Not Incur A Recognized Loss |
| IDN000100234 | Did Not Incur A Recognized Loss |
| IDN000100235 | Did Not Incur A Recognized Loss |
| IDN000100236 | Did Not Incur A Recognized Loss |
| IDN000100237 | Did Not Incur A Recognized Loss |
| IDN000100238 | Did Not Incur A Recognized Loss |
| IDN000100239 | Did Not Incur A Recognized Loss |
| IDN000100240 | Did Not Incur A Recognized Loss |
| IDN000100241 | Did Not Incur A Recognized Loss |
| IDN000100242 | Did Not Incur A Recognized Loss |
| IDN000100243 | Did Not Incur A Recognized Loss |
| IDN000100244 | Did Not Incur A Recognized Loss |
| IDN000100245 | Did Not Incur A Recognized Loss |
| IDN000100246 | Did Not Incur A Recognized Loss |
| IDN000100247 | Did Not Incur A Recognized Loss |
| IDN000100249 | Did Not Incur A Recognized Loss |
| IDN000100253 | Did Not Incur A Recognized Loss |

**Ideanomics Securities Litigation (Rudani Action)**

**Rejected or Ineligible Claimants**

**Exhibit C**

| Claim Number | Reason for Rejection |
| --- | --- |
| IDN000100254 | Did Not Incur A Recognized Loss |
| IDN000100257 | Did Not Incur A Recognized Loss |
| IDN000100258 | Did Not Incur A Recognized Loss |
| IDN000100259 | Did Not Incur A Recognized Loss |
| IDN000100260 | Did Not Incur A Recognized Loss |
| IDN000100261 | Did Not Incur A Recognized Loss |
| IDN000100262 | Did Not Incur A Recognized Loss |
| IDN000100263 | Did Not Incur A Recognized Loss |
| IDN000100264 | Did Not Incur A Recognized Loss |
| IDN000100265 | Did Not Incur A Recognized Loss |
| IDN000100266 | Did Not Incur A Recognized Loss |
| IDN000100268 | Did Not Incur A Recognized Loss |
| IDN000100270 | Did Not Incur A Recognized Loss |
| IDN000100271 | Did Not Incur A Recognized Loss |
| IDN000100272 | Did Not Incur A Recognized Loss |
| IDN000100274 | Did Not Incur A Recognized Loss |
| IDN000100275 | Did Not Incur A Recognized Loss |
| IDN000100277 | Did Not Incur A Recognized Loss |
| IDN000100278 | Did Not Incur A Recognized Loss |
| IDN000100279 | Did Not Incur A Recognized Loss |
| IDN000100281 | Did Not Incur A Recognized Loss |
| IDN000100284 | Did Not Incur A Recognized Loss |
| IDN000100285 | Did Not Incur A Recognized Loss |
| IDN000100286 | Did Not Incur A Recognized Loss |

**Ideanomics Securities Litigation (Rudani Action)**

**Rejected or Ineligible Claimants**

**Exhibit C**

| Claim Number | Reason for Rejection |
|---|---|
| IDN000100287 | Did Not Incur A Recognized Loss |
| IDN000100288 | Did Not Incur A Recognized Loss |
| IDN000100291 | Did Not Incur A Recognized Loss |
| IDN000100292 | Did Not Incur A Recognized Loss |
| IDN000100293 | Did Not Purchase Shares During Class Period |
| IDN000100296 | Did Not Incur A Recognized Loss |
| IDN000100298 | Did Not Incur A Recognized Loss |
| IDN000100299 | Did Not Incur A Recognized Loss |
| IDN000100300 | Did Not Incur A Recognized Loss |
| IDN000100301 | Did Not Incur A Recognized Loss |
| IDN000100302 | Did Not Incur A Recognized Loss |
| IDN000100303 | Did Not Incur A Recognized Loss |
| IDN000100304 | Did Not Incur A Recognized Loss |
| IDN000100305 | Did Not Incur A Recognized Loss |
| IDN000100306 | Did Not Incur A Recognized Loss |
| IDN000100307 | Did Not Incur A Recognized Loss |
| IDN000100308 | Did Not Incur A Recognized Loss |
| IDN000100309 | Did Not Incur A Recognized Loss |
| IDN000100310 | Did Not Incur A Recognized Loss |
| IDN000100311 | Did Not Incur A Recognized Loss |
| IDN000100312 | Did Not Incur A Recognized Loss |
| IDN000100313 | Did Not Incur A Recognized Loss |
| IDN000100314 | Did Not Incur A Recognized Loss |
| IDN000100315 | Did Not Incur A Recognized Loss |

**Ideanomics Securities Litigation (Rudani Action)**

**Rejected or Ineligible Claimants**

**Exhibit C**

| Claim Number | Reason for Rejection |
| --- | --- |
| IDN000100316 | Did Not Incur A Recognized Loss |
| IDN000100317 | Did Not Incur A Recognized Loss |
| IDN000100318 | Did Not Incur A Recognized Loss |
| IDN000100319 | Did Not Incur A Recognized Loss |
| IDN000100325 | Did Not Incur A Recognized Loss |
| IDN000100327 | Did Not Purchase Shares During Class Period |
| IDN000100328 | Did Not Purchase Shares During Class Period |
| IDN000100329 | Did Not Purchase Shares During Class Period |
| IDN000100330 | Did Not Purchase Shares During Class Period |
| IDN000100331 | Did Not Incur A Recognized Loss |
| IDN000100333 | Did Not Incur A Recognized Loss |
| IDN000100334 | Did Not Incur A Recognized Loss |
| IDN000100335 | Did Not Incur A Recognized Loss |
| IDN000100336 | Did Not Incur A Recognized Loss |
| IDN000100337 | Did Not Incur A Recognized Loss |
| IDN000100338 | Did Not Incur A Recognized Loss |
| IDN000100339 | Did Not Incur A Recognized Loss |
| IDN000100340 | Did Not Incur A Recognized Loss |
| IDN000100341 | Did Not Incur A Recognized Loss |
| IDN000100342 | Did Not Incur A Recognized Loss |
| IDN000100343 | Did Not Incur A Recognized Loss |
| IDN000100344 | Did Not Incur A Recognized Loss |
| IDN000100345 | Did Not Incur A Recognized Loss |
| IDN000100346 | Did Not Incur A Recognized Loss |

**Ideanomics Securities Litigation (Rudani Action)**

**Rejected or Ineligible Claimants**

**Exhibit C**

| Claim Number | Reason for Rejection |
|---|---|
| IDN000100347 | Did Not Incur A Recognized Loss |
| IDN000100348 | Did Not Incur A Recognized Loss |
| IDN000100349 | Did Not Incur A Recognized Loss |
| IDN000100350 | Did Not Incur A Recognized Loss |
| IDN000100352 | Did Not Incur A Recognized Loss |
| IDN000100353 | Did Not Incur A Recognized Loss |
| IDN000100354 | Did Not Incur A Recognized Loss |
| IDN000100356 | Did Not Incur A Recognized Loss |
| IDN000100357 | Did Not Incur A Recognized Loss |
| IDN000100358 | Did Not Incur A Recognized Loss |
| IDN000100360 | Did Not Incur A Recognized Loss |
| IDN000100361 | Did Not Incur A Recognized Loss |
| IDN000100362 | Did Not Incur A Recognized Loss |
| IDN000100363 | Did Not Incur A Recognized Loss |
| IDN000100364 | Did Not Incur A Recognized Loss |
| IDN000100365 | Did Not Incur A Recognized Loss |
| IDN000100366 | Did Not Incur A Recognized Loss |
| IDN000100367 | Did Not Incur A Recognized Loss |
| IDN000100368 | Did Not Incur A Recognized Loss |
| IDN000100370 | Did Not Incur A Recognized Loss |
| IDN000100371 | Did Not Incur A Recognized Loss |
| IDN000100373 | Did Not Incur A Recognized Loss |
| IDN000100374 | Did Not Incur A Recognized Loss |
| IDN000100375 | Did Not Incur A Recognized Loss |

**Ideanomics Securities Litigation (Rudani Action)**

**Rejected or Ineligible Claimants**

**Exhibit C**

| Claim Number | Reason for Rejection |
|---|---|
| IDN000100376 | Did Not Incur A Recognized Loss |
| IDN000100377 | Did Not Incur A Recognized Loss |
| IDN000100379 | Did Not Incur A Recognized Loss |
| IDN000100380 | Did Not Incur A Recognized Loss |
| IDN000100381 | Did Not Incur A Recognized Loss |
| IDN000100382 | Did Not Incur A Recognized Loss |
| IDN000100383 | Did Not Incur A Recognized Loss |
| IDN000100384 | Did Not Incur A Recognized Loss |
| IDN000100385 | Did Not Incur A Recognized Loss |
| IDN000100386 | Did Not Incur A Recognized Loss |
| IDN000100387 | Did Not Incur A Recognized Loss |
| IDN000100388 | Did Not Incur A Recognized Loss |
| IDN000100389 | Did Not Incur A Recognized Loss |
| IDN000100390 | Did Not Incur A Recognized Loss |
| IDN000100391 | Did Not Incur A Recognized Loss |
| IDN000100392 | Did Not Incur A Recognized Loss |
| IDN000100393 | Did Not Incur A Recognized Loss |
| IDN000100394 | Did Not Incur A Recognized Loss |
| IDN000100395 | Did Not Incur A Recognized Loss |
| IDN000100398 | Did Not Incur A Recognized Loss |
| IDN000100399 | Did Not Incur A Recognized Loss |
| IDN000100400 | Did Not Incur A Recognized Loss |
| IDN000100401 | Did Not Incur A Recognized Loss |
| IDN000100403 | Did Not Incur A Recognized Loss |

**Ideanomics Securities Litigation (Rudani Action)**

**Rejected or Ineligible Claimants**

**Exhibit C**

| Claim Number | Reason for Rejection |
|---|---|
| IDN000100404 | Did Not Incur A Recognized Loss |
| IDN000100405 | Did Not Incur A Recognized Loss |
| IDN000100406 | Did Not Incur A Recognized Loss |
| IDN000100408 | Did Not Incur A Recognized Loss |
| IDN000100409 | Did Not Incur A Recognized Loss |
| IDN000100410 | Did Not Incur A Recognized Loss |
| IDN000100411 | Did Not Incur A Recognized Loss |
| IDN000100412 | Did Not Incur A Recognized Loss |
| IDN000100413 | Did Not Incur A Recognized Loss |
| IDN000100414 | Did Not Incur A Recognized Loss |
| IDN000100415 | Did Not Incur A Recognized Loss |
| IDN000100416 | Did Not Incur A Recognized Loss |
| IDN000100417 | Did Not Incur A Recognized Loss |
| IDN000100419 | Did Not Incur A Recognized Loss |
| IDN000100420 | Did Not Incur A Recognized Loss |
| IDN000100421 | Did Not Incur A Recognized Loss |
| IDN000100423 | Did Not Incur A Recognized Loss |
| IDN000100424 | Did Not Incur A Recognized Loss |
| IDN000100425 | Did Not Incur A Recognized Loss |
| IDN000100426 | Did Not Incur A Recognized Loss |
| IDN000100427 | Did Not Incur A Recognized Loss |
| IDN000100428 | Did Not Incur A Recognized Loss |
| IDN000100430 | Did Not Incur A Recognized Loss |
| IDN000100431 | Did Not Incur A Recognized Loss |

**Ideanomics Securities Litigation (Rudani Action)**

**Rejected or Ineligible Claimants**

**Exhibit C**

| Claim Number | Reason for Rejection |
| --- | --- |
| IDN000100432 | Did Not Incur A Recognized Loss |
| IDN000100433 | Did Not Incur A Recognized Loss |
| IDN000100434 | Did Not Incur A Recognized Loss |
| IDN000100437 | Did Not Incur A Recognized Loss |
| IDN000100438 | Did Not Incur A Recognized Loss |
| IDN000100439 | Did Not Incur A Recognized Loss |
| IDN000100440 | Did Not Incur A Recognized Loss |
| IDN000100441 | Did Not Incur A Recognized Loss |
| IDN000100442 | Did Not Incur A Recognized Loss |
| IDN000100443 | Did Not Incur A Recognized Loss |
| IDN000100444 | Did Not Incur A Recognized Loss |
| IDN000100445 | Did Not Incur A Recognized Loss |
| IDN000100446 | Did Not Incur A Recognized Loss |
| IDN000100447 | Did Not Incur A Recognized Loss |
| IDN000100449 | Did Not Incur A Recognized Loss |
| IDN000100450 | Did Not Incur A Recognized Loss |
| IDN000100451 | Did Not Incur A Recognized Loss |
| IDN000100452 | Did Not Incur A Recognized Loss |
| IDN000100453 | Did Not Incur A Recognized Loss |
| IDN000100454 | Did Not Incur A Recognized Loss |
| IDN000100455 | Did Not Incur A Recognized Loss |
| IDN000100456 | Did Not Incur A Recognized Loss |
| IDN000100457 | Did Not Incur A Recognized Loss |
| IDN000100458 | Did Not Incur A Recognized Loss |

**Ideanomics Securities Litigation (Rudani Action)**

**Rejected or Ineligible Claimants**

**Exhibit C**

| Claim Number | Reason for Rejection |
| --- | --- |
| IDN000100459 | Did Not Incur A Recognized Loss |
| IDN000100460 | Did Not Incur A Recognized Loss |
| IDN000100461 | Did Not Incur A Recognized Loss |
| IDN000100462 | Did Not Incur A Recognized Loss |
| IDN000100464 | Did Not Incur A Recognized Loss |
| IDN000100465 | Did Not Incur A Recognized Loss |
| IDN000100467 | Did Not Incur A Recognized Loss |
| IDN000100468 | Did Not Incur A Recognized Loss |
| IDN000100469 | Did Not Incur A Recognized Loss |
| IDN000100470 | Did Not Incur A Recognized Loss |
| IDN000100474 | Did Not Incur A Recognized Loss |
| IDN000100475 | Did Not Incur A Recognized Loss |
| IDN000100476 | Did Not Incur A Recognized Loss |
| IDN000100477 | Did Not Incur A Recognized Loss |
| IDN000100478 | Did Not Incur A Recognized Loss |
| IDN000100479 | Did Not Incur A Recognized Loss |
| IDN000100481 | Did Not Incur A Recognized Loss |
| IDN000100482 | Did Not Incur A Recognized Loss |
| IDN000100483 | Did Not Incur A Recognized Loss |
| IDN000100484 | Did Not Incur A Recognized Loss |
| IDN000100485 | Did Not Incur A Recognized Loss |
| IDN000100486 | Did Not Incur A Recognized Loss |
| IDN000100487 | Did Not Incur A Recognized Loss |
| IDN000100488 | Did Not Incur A Recognized Loss |

**Ideanomics Securities Litigation (Rudani Action)**

**Rejected or Ineligible Claimants**

**Exhibit C**

| Claim Number | Reason for Rejection |
| --- | --- |
| IDN000100489 | Did Not Incur A Recognized Loss |
| IDN000100490 | Did Not Incur A Recognized Loss |
| IDN000100491 | Did Not Incur A Recognized Loss |
| IDN000100493 | Did Not Incur A Recognized Loss |
| IDN000100494 | Did Not Incur A Recognized Loss |
| IDN000100495 | Did Not Incur A Recognized Loss |
| IDN000100496 | Did Not Incur A Recognized Loss |
| IDN000100497 | Did Not Incur A Recognized Loss |
| IDN000100498 | Did Not Incur A Recognized Loss |
| IDN000100500 | Did Not Incur A Recognized Loss |
| IDN000100501 | Did Not Incur A Recognized Loss |
| IDN000100502 | Did Not Incur A Recognized Loss |
| IDN000100503 | Did Not Incur A Recognized Loss |
| IDN000100504 | Did Not Incur A Recognized Loss |
| IDN000100505 | Did Not Incur A Recognized Loss |
| IDN000100506 | Did Not Incur A Recognized Loss |
| IDN000100507 | Did Not Incur A Recognized Loss |
| IDN000100508 | Did Not Incur A Recognized Loss |
| IDN000100509 | Did Not Incur A Recognized Loss |
| IDN000100510 | Did Not Incur A Recognized Loss |
| IDN000100511 | Did Not Incur A Recognized Loss |
| IDN000100512 | Did Not Incur A Recognized Loss |
| IDN000100513 | Did Not Incur A Recognized Loss |
| IDN000100514 | Did Not Incur A Recognized Loss |

**Ideanomics Securities Litigation (Rudani Action)**

**Rejected or Ineligible Claimants**

**Exhibit C**

| Claim Number | Reason for Rejection |
|---|---|
| IDN000100516 | Did Not Incur A Recognized Loss |
| IDN000100517 | Did Not Incur A Recognized Loss |
| IDN000100518 | Did Not Incur A Recognized Loss |
| IDN000100519 | Did Not Incur A Recognized Loss |
| IDN000100520 | Did Not Incur A Recognized Loss |
| IDN000100521 | Did Not Incur A Recognized Loss |
| IDN000100522 | Did Not Incur A Recognized Loss |
| IDN000100523 | Did Not Incur A Recognized Loss |
| IDN000100524 | Did Not Incur A Recognized Loss |
| IDN000100525 | Did Not Incur A Recognized Loss |
| IDN000100527 | Did Not Incur A Recognized Loss |
| IDN000100528 | Did Not Incur A Recognized Loss |
| IDN000100529 | Did Not Incur A Recognized Loss |
| IDN000100530 | Did Not Incur A Recognized Loss |
| IDN000100531 | Did Not Incur A Recognized Loss |
| IDN000100532 | Did Not Incur A Recognized Loss |
| IDN000100533 | Did Not Incur A Recognized Loss |
| IDN000100534 | Did Not Incur A Recognized Loss |
| IDN000100535 | Did Not Incur A Recognized Loss |
| IDN000100536 | Did Not Incur A Recognized Loss |
| IDN000100537 | Did Not Incur A Recognized Loss |
| IDN000100538 | Did Not Incur A Recognized Loss |
| IDN000100539 | Did Not Incur A Recognized Loss |
| IDN000100540 | Did Not Incur A Recognized Loss |

**Ideanomics Securities Litigation (Rudani Action)**

**Rejected or Ineligible Claimants**

**Exhibit C**

| Claim Number | Reason for Rejection |
| --- | --- |
| IDN000100542 | Did Not Incur A Recognized Loss |
| IDN000100543 | Did Not Incur A Recognized Loss |
| IDN000100544 | Did Not Incur A Recognized Loss |
| IDN000100545 | Did Not Incur A Recognized Loss |
| IDN000100546 | Did Not Incur A Recognized Loss |
| IDN000100547 | Did Not Incur A Recognized Loss |
| IDN000100548 | Did Not Incur A Recognized Loss |
| IDN000100549 | Did Not Incur A Recognized Loss |
| IDN000100551 | Did Not Incur A Recognized Loss |
| IDN000100552 | Did Not Incur A Recognized Loss |
| IDN000100553 | Did Not Incur A Recognized Loss |
| IDN000100554 | Did Not Incur A Recognized Loss |
| IDN000100556 | Did Not Incur A Recognized Loss |
| IDN000100557 | Did Not Incur A Recognized Loss |
| IDN000100558 | Did Not Incur A Recognized Loss |
| IDN000100559 | Did Not Incur A Recognized Loss |
| IDN000100560 | Did Not Incur A Recognized Loss |
| IDN000100561 | Did Not Incur A Recognized Loss |
| IDN000100562 | Did Not Incur A Recognized Loss |
| IDN000100563 | Did Not Incur A Recognized Loss |
| IDN000100564 | Did Not Incur A Recognized Loss |
| IDN000100565 | Did Not Incur A Recognized Loss |
| IDN000100566 | Did Not Incur A Recognized Loss |
| IDN000100567 | Did Not Incur A Recognized Loss |

**Ideanomics Securities Litigation (Rudani Action)**

**Rejected or Ineligible Claimants**

**Exhibit C**

| Claim Number | Reason for Rejection |
|---|---|
| IDN000100568 | Did Not Incur A Recognized Loss |
| IDN000100569 | Did Not Incur A Recognized Loss |
| IDN000100570 | Did Not Incur A Recognized Loss |
| IDN000100572 | Did Not Incur A Recognized Loss |
| IDN000100573 | Did Not Incur A Recognized Loss |
| IDN000100574 | Did Not Incur A Recognized Loss |
| IDN000100575 | Did Not Incur A Recognized Loss |
| IDN000100577 | Did Not Incur A Recognized Loss |
| IDN000100578 | Did Not Incur A Recognized Loss |
| IDN000100579 | Did Not Incur A Recognized Loss |
| IDN000100580 | Did Not Incur A Recognized Loss |
| IDN000100581 | Did Not Incur A Recognized Loss |
| IDN000100582 | Did Not Incur A Recognized Loss |
| IDN000100583 | Did Not Incur A Recognized Loss |
| IDN000100584 | Did Not Incur A Recognized Loss |
| IDN000100585 | Did Not Incur A Recognized Loss |
| IDN000100586 | Did Not Incur A Recognized Loss |
| IDN000100587 | Did Not Incur A Recognized Loss |
| IDN000100588 | Did Not Incur A Recognized Loss |
| IDN000100589 | Did Not Incur A Recognized Loss |
| IDN000100590 | Did Not Incur A Recognized Loss |
| IDN000100591 | Did Not Incur A Recognized Loss |
| IDN000100592 | Did Not Incur A Recognized Loss |
| IDN000100593 | Did Not Incur A Recognized Loss |

**Ideanomics Securities Litigation (Rudani Action)**

**Rejected or Ineligible Claimants**

**Exhibit C**

| Claim Number | Reason for Rejection |
| --- | --- |
| IDN000100594 | Did Not Incur A Recognized Loss |
| IDN000100595 | Did Not Incur A Recognized Loss |
| IDN000100598 | Did Not Incur A Recognized Loss |
| IDN000100599 | Did Not Incur A Recognized Loss |
| IDN000100600 | Did Not Incur A Recognized Loss |
| IDN000100601 | Did Not Incur A Recognized Loss |
| IDN000100602 | Did Not Incur A Recognized Loss |
| IDN000100603 | Did Not Incur A Recognized Loss |
| IDN000100605 | Did Not Incur A Recognized Loss |
| IDN000100606 | Did Not Incur A Recognized Loss |
| IDN000100607 | Did Not Incur A Recognized Loss |
| IDN000100608 | Did Not Incur A Recognized Loss |
| IDN000100610 | Did Not Incur A Recognized Loss |
| IDN000100611 | Did Not Incur A Recognized Loss |
| IDN000100619 | Did Not Incur A Recognized Loss |
| IDN000100620 | Did Not Incur A Recognized Loss |
| IDN000100621 | Did Not Incur A Recognized Loss |
| IDN000100622 | Did Not Incur A Recognized Loss |
| IDN000100623 | Did Not Incur A Recognized Loss |
| IDN000100624 | Did Not Incur A Recognized Loss |
| IDN000100625 | Did Not Incur A Recognized Loss |
| IDN000100626 | Did Not Incur A Recognized Loss |
| IDN000100627 | Did Not Incur A Recognized Loss |
| IDN000100628 | Did Not Incur A Recognized Loss |

**Ideanomics Securities Litigation (Rudani Action)**

**Rejected or Ineligible Claimants**

**Exhibit C**

| Claim Number | Reason for Rejection |
|---|---|
| IDN000100629 | Did Not Incur A Recognized Loss |
| IDN000100630 | Did Not Incur A Recognized Loss |
| IDN000100631 | Did Not Incur A Recognized Loss |
| IDN000100632 | Did Not Incur A Recognized Loss |
| IDN000100633 | Did Not Incur A Recognized Loss |
| IDN000100634 | Did Not Incur A Recognized Loss |
| IDN000100635 | Did Not Incur A Recognized Loss |
| IDN000100639 | Did Not Incur A Recognized Loss |
| IDN000100640 | Did Not Incur A Recognized Loss |
| IDN000100643 | Did Not Incur A Recognized Loss |
| IDN000100644 | Did Not Incur A Recognized Loss |
| IDN000100645 | Did Not Incur A Recognized Loss |
| IDN000100646 | Did Not Incur A Recognized Loss |
| IDN000100649 | Did Not Incur A Recognized Loss |
| IDN000100650 | Did Not Incur A Recognized Loss |
| IDN000100651 | Did Not Incur A Recognized Loss |
| IDN000100653 | Did Not Incur A Recognized Loss |
| IDN000100655 | Did Not Incur A Recognized Loss |
| IDN000100656 | Did Not Incur A Recognized Loss |
| IDN000100657 | Did Not Incur A Recognized Loss |
| IDN000100658 | Did Not Incur A Recognized Loss |
| IDN000100659 | Did Not Incur A Recognized Loss |
| IDN000100661 | Did Not Incur A Recognized Loss |
| IDN000100662 | Did Not Incur A Recognized Loss |

**Ideanomics Securities Litigation (Rudani Action)**

**Rejected or Ineligible Claimants**

**Exhibit C**

| Claim Number | Reason for Rejection |
|---|---|
| IDN000100663 | Did Not Incur A Recognized Loss |
| IDN000100664 | Did Not Incur A Recognized Loss |
| IDN000100666 | Did Not Incur A Recognized Loss |
| IDN000100667 | Did Not Incur A Recognized Loss |
| IDN000100670 | Did Not Incur A Recognized Loss |
| IDN000100673 | Did Not Incur A Recognized Loss |
| IDN000100677 | Did Not Incur A Recognized Loss |
| IDN000100678 | Did Not Incur A Recognized Loss |
| IDN000100680 | Did Not Incur A Recognized Loss |
| IDN000100681 | Did Not Incur A Recognized Loss |
| IDN000100682 | Did Not Incur A Recognized Loss |
| IDN000100683 | Did Not Incur A Recognized Loss |
| IDN000100684 | Did Not Incur A Recognized Loss |
| IDN000100685 | Did Not Incur A Recognized Loss |
| IDN000100686 | Did Not Incur A Recognized Loss |
| IDN000100687 | Did Not Incur A Recognized Loss |
| IDN000100688 | Did Not Incur A Recognized Loss |
| IDN000100689 | Did Not Incur A Recognized Loss |
| IDN000100690 | Did Not Incur A Recognized Loss |
| IDN000100692 | Did Not Incur A Recognized Loss |
| IDN000100693 | Did Not Incur A Recognized Loss |
| IDN000100694 | Did Not Incur A Recognized Loss |
| IDN000100695 | Did Not Incur A Recognized Loss |
| IDN000100697 | Did Not Incur A Recognized Loss |

**Ideanomics Securities Litigation (Rudani Action)**

**Rejected or Ineligible Claimants**

**Exhibit C**

| Claim Number | Reason for Rejection |
|---|---|
| IDN000100700 | Did Not Incur A Recognized Loss |
| IDN000100713 | Did Not Incur A Recognized Loss |
| IDN000100714 | Did Not Incur A Recognized Loss |
| IDN000100719 | Did Not Incur A Recognized Loss |
| IDN000100720 | Did Not Incur A Recognized Loss |
| IDN000100723 | Did Not Incur A Recognized Loss |
| IDN000100725 | Did Not Incur A Recognized Loss |
| IDN000100726 | Did Not Incur A Recognized Loss |
| IDN000100728 | Did Not Incur A Recognized Loss |
| IDN000100729 | Did Not Incur A Recognized Loss |
| IDN000100730 | Did Not Incur A Recognized Loss |
| IDN000100731 | Did Not Incur A Recognized Loss |
| IDN000100732 | Did Not Incur A Recognized Loss |
| IDN000100733 | Did Not Incur A Recognized Loss |
| IDN000100734 | Did Not Incur A Recognized Loss |
| IDN000100737 | Did Not Incur A Recognized Loss |
| IDN000100738 | Did Not Incur A Recognized Loss |
| IDN000100739 | Did Not Incur A Recognized Loss |
| IDN000100740 | Did Not Incur A Recognized Loss |
| IDN000100741 | Did Not Incur A Recognized Loss |
| IDN000100742 | Did Not Incur A Recognized Loss |
| IDN000100744 | Did Not Incur A Recognized Loss |
| IDN000100745 | Did Not Incur A Recognized Loss |
| IDN000100746 | Did Not Incur A Recognized Loss |

**Ideanomics Securities Litigation (Rudani Action)**

**Rejected or Ineligible Claimants**

**Exhibit C**

| Claim Number | Reason for Rejection |
|---|---|
| IDN000100747 | Did Not Incur A Recognized Loss |
| IDN000100748 | Did Not Incur A Recognized Loss |
| IDN000100752 | Did Not Incur A Recognized Loss |
| IDN000100755 | Did Not Incur A Recognized Loss |
| IDN000100756 | Did Not Incur A Recognized Loss |
| IDN000100757 | Did Not Incur A Recognized Loss |
| IDN000100758 | Did Not Incur A Recognized Loss |
| IDN000100759 | Did Not Incur A Recognized Loss |
| IDN000100760 | Did Not Incur A Recognized Loss |
| IDN000100761 | Did Not Incur A Recognized Loss |
| IDN000100762 | Did Not Incur A Recognized Loss |
| IDN000100763 | Did Not Incur A Recognized Loss |
| IDN000100764 | Did Not Incur A Recognized Loss |
| IDN000100765 | Did Not Incur A Recognized Loss |
| IDN000100766 | Did Not Incur A Recognized Loss |
| IDN000100767 | Did Not Incur A Recognized Loss |
| IDN000100768 | Did Not Incur A Recognized Loss |
| IDN000100769 | Did Not Incur A Recognized Loss |
| IDN000100770 | Did Not Incur A Recognized Loss |
| IDN000100772 | Did Not Incur A Recognized Loss |
| IDN000100773 | Did Not Incur A Recognized Loss |
| IDN000100774 | Did Not Incur A Recognized Loss |
| IDN000100776 | Did Not Incur A Recognized Loss |
| IDN000100777 | Did Not Incur A Recognized Loss |

## Ideanomics Securities Litigation (Rudani Action)

## Rejected or Ineligible Claimants

## Exhibit C

| Claim Number | Reason for Rejection |
|---|---|
| IDN000100778 | Did Not Incur A Recognized Loss |
| IDN000100779 | Did Not Incur A Recognized Loss |
| IDN000100780 | Did Not Incur A Recognized Loss |
| IDN000100781 | Did Not Incur A Recognized Loss |
| IDN000100782 | Did Not Incur A Recognized Loss |
| IDN000100783 | Did Not Incur A Recognized Loss |
| IDN000100784 | Did Not Incur A Recognized Loss |
| IDN000100785 | Did Not Incur A Recognized Loss |
| IDN000100786 | Did Not Incur A Recognized Loss |
| IDN000100789 | Did Not Incur A Recognized Loss |
| IDN000100790 | Did Not Incur A Recognized Loss |
| IDN000100792 | Did Not Incur A Recognized Loss |
| IDN000100793 | Did Not Incur A Recognized Loss |
| IDN000100794 | Did Not Incur A Recognized Loss |
| IDN000100795 | Did Not Incur A Recognized Loss |
| IDN000100796 | Did Not Incur A Recognized Loss |
| IDN000100797 | Did Not Incur A Recognized Loss |
| IDN000100801 | Did Not Incur A Recognized Loss |
| IDN000100802 | Did Not Incur A Recognized Loss |
| IDN000100803 | Did Not Incur A Recognized Loss |
| IDN000100804 | Did Not Incur A Recognized Loss |
| IDN000100805 | Did Not Incur A Recognized Loss |
| IDN000100806 | Did Not Incur A Recognized Loss |
| IDN000100807 | Did Not Incur A Recognized Loss |

**Ideanomics Securities Litigation (Rudani Action)**

**Rejected or Ineligible Claimants**

**Exhibit C**

| Claim Number | Reason for Rejection |
|---|---|
| IDN000100808 | Did Not Incur A Recognized Loss |
| IDN000000205 | Deficient Claim Never Cured |
| IDN000000206 | Deficient Claim Never Cured |

**Total Claims:  723**