# EXHIBIT D



## Cumulative Fees and  Costs for Notice & Administration Services
### *Ideanomics Securities Litigation*

| | Quantity (hours/pieces) | Rate | Amount |
|---|---|---|---|
| **Design & Development** | | | |
| Start Up - Development of Case-Specific Notice and Administration Plan | 12 | $ 215.00 | $ 2,580 |
| | | | |
| **Case Intake including Claim Form Design** | | | |
| Review Notice, Design and Typeset Forms and Notice. | 6 | $ 175.00 | $ 1,050 |
| Web Design Static Website with Court Documents | | | $ 1,200 |
| Monthly maintenance (months) | 12 | $ 75.00 | $ 900 |
| **Subtotal: Setup Cost** | | | **$ 5,730** |
| | | | |
| **Publication Notice** | | | **$ 4,000** |
| | | | |
| Publication of 1/8 Pg Ad in IBD | | | $ 2,500 |
| Issue Press release of less than 400 words in PRNewswire | | | $ 1,000 |
| Placement Fee | | | $ 500 |
| | | | |
| **Claimant Identification & Notification** | | | **$ 71,815** |
| 20-page notice and claim form self-mailer | 60,200 | $ 0.50 | $ 30,100 |
| Broker Mailing | 411 | $ 2.50 | $ 1,028 |
| Broker Contact | 16 | $ 8.50 | $ 136 |
| Compilation of List including Nominee Correspondence | 33,289 | $ 0.15 | $ 4,993 |
| Postage (included bulk packages) (22,323 sent in bulk) | | | $ 17,404 |
| Re-Imbursement to Nominees | | | $ 18,155 |
| | | | |
| **Claim Form Follow Up** | | | **$ 13,511** |
| Returned Notices - Process Mail & Update Database | 4,461 | $ 0.40 | $ 1,784 |
| Locate Missing Class Members (Locator Services)/ Troubleshoot | 4,461 | $ 1.25 | $ 5,576 |
| Remail Notices | 3,154 | $ 1.25 | $ 3,943 |
| Postage | 3,154 | $ 0.70 | $ 2,208 |
| **Subtotal: Notification Cost** | | | **$ 89,326** |
| | | | |
| **Claim Form Processing** | | | |
| Data Entry and Review of Up to 1,000 Claims | 997 | $ 9.75 | $ 9,721 |
| Correspondence Regarding Deficient/Rejected Claims | 823 | $ 1.25 | $ 1,029 |
| Processing of Responses | 112 | $ 4.95 | $ 554 |
| Claims Audit (Hrs) | 15 | $ 240.00 | $ 3,600 |
| | | | |
| **Subtotal: Processing Cost** | | | **$ 14,904** |

| | Quantity (hours/pieces) | Rate | Amount |
|---|---|---|---|
| **Claimant Communications** | | | |
| Live Operator* | | | |
| *Live Phone Support - minimum charge $250/month | 12 | | $ 3,000 |
| Email Responses | 94 | $ 4.50 | $ 423 |
| | | | |
| **Subtotal: Claimant Communications** | | | **$ 3,423** |



## Cumulative Fees and  Costs for Notice & Administration Services
### *Ideanomics Securities Litigation*

| | Quantity (hours/pieces) | | Rate | | Amount |
|---|---|---|---|---|---|
| **Distribution** | | | | | |
| Qualified Settlement Fund Tax Preparation (2 years) | | | | $ | 2,400 |
| Account Setup/Pro-Rating Damages | | | | $ | 1,250 |
| Printing and Mailing Settlement Checks | 276 | $ | 1.25 | $ | 345 |
| Postage | 276 | $ | 0.57 | $ | 157 |
| **Subtotal: Distribution & Reporting** | | | | **$** | **4,152** |
| | | | | | |
| Case Management, Data Analysis, Data Warehousing, Technical Support and Reporting to Counsel and the Court. | | | | $ | 9,167 |
| **Subtotal: Project Management** | | | | **$** | **9,167** |
| Total | | | | $ | 126,702 |
| Amount Previously Paid | | | | $ | (90,000) |
| Total Amount Due: | | | | $ | 36,702 |