M1PBRUDC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

JAYSUKH RUDANI, individually
and on behalf of all others
similary situated,

　　　　　　　　Plaintiffs,

　　　　v.　　　　　　　　　　　　19 Civ. 06741 (GBD)

IDEANOMICS, INC.,

　　　　　　　　Defendant.
　　　　　　　　　　　　　　　　　　Conference
------------------------------x
　　　　　　　　　　　　　　　　　　New York, N.Y.
　　　　　　　　　　　　　　　　　　January 25, 2022
　　　　　　　　　　　　　　　　　　11:00 a.m.

Before:

　　　　　　　　　HON. GEORGE B. DANIELS,

　　　　　　　　　　　　　　　　District Judge


　　　　　　　　　　　　APPEARANCES

FARUQI & FARUQI, LLP
　　　Attorneys for Plaintiffs
BY:　KATHERINE LENAHAN

VENABLE, LLP
　　　Attorneys for Defendants Ideanomics
BY:　GEORGE KOSTOLAMPOS
　　　XOCHITL STROHBEHN

ARNOLD & PORTER KAYE SCHOLER, LLP
　　　Attorneys for Defendants Zheng Wu, Bruno Wu
BY:　AMANDA RAINES

M1PBRUDC

(Case called)

THE DEPUTY CLERK:  Will parties please state their name for the record starting with the plaintiff.

MS. LENAHAN:  Good morning, your Honor.  This is Katherine Lenahan of Faruqi & Faruqi on behalf of lead Plaintiff Jaysukh Rudani.

THE COURT:  Good morning.

MR. KOSTOLAMPOS:  Good afternoon, your Honor. George Kostolampos.  I'm here with my colleague Xochitl Strohbehn. We represent Defendants Ideanomics, Simon Wang, Bing Yang, Jason Wu.

THE COURT:  Good morning.

MS. RAINES:  Good morning, your Honor.  Amanda Raines from Arnold & Porter. I represent Defendant Bruno Wu also known as Zheng Wu.

THE COURT:  Good morning.  Ms. Lenahan, me start with you.  Where are you at this point?  What's the status?

MS. LENAHAN:  The status at this point, your Honor, is that the notice has been sent out to the class.

THE COURT:  Could you stand up.

MS. LENAHAN:  Certainly.  I apologize.  At this point nearly 25,000 notices have been sent out to potential class members and nominees.  Summary notice has been published in Investors Business Daily and PR Newswire.

And the deadline for class member to exclude

M1PBRUDC

themselves from the settlement or to object to the settlement has expired, and no one has objected or sort exclusion.

THE COURT:  I believe you wanted to extend the date?

MS. LENAHAN:  Yes, your Honor.  We wanted to extend the claims filing deadline in fairness to a bunch of folks who might receive their notice late.

THE COURT:  You want to extend that to March 31st?

MS. LENAHAN:  Yes.  We think that will be able to accommodate the printing of the additional notices and then the mailing and allow class members to read everything and submit their claim forms.

THE COURT:  Is there anything unanticipated that we have to address?

MS. LENAHAN:  No, your Honor.  The additional extension of the claims filing deadline was the only unexpected thing on my end.

THE COURT:  Did the defense want to be heard?

MR. KOSTOLAMPOS:  No, your Honor.  We're all set.

THE COURT:  All right.  I find that the settlement is fair, reasonable and adequate for the client, and I'm going to give final approval to the settlement and attorneys fees application.  I will have the proposed order with the adjusted date filed today and you can move forward.

MS. LENAHAN:  Thank you, your Honor.

THE COURT:  Is there anything else that we need to

M1PBRUDC

address today then?

MS. LENAHAN:  Nothing from plaintiffs.

THE COURT:  Anything from the defense?

MR. KOSTOLAMPOS:  Nothing, your Honor.

THE COURT:  Thank you very much.  I'll make sure it's filed today.  It should be on the docket.

MS. LENAHAN:  Thank you, your Honor.

(Adjourned)